UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; AND JOHN DOES 1-10<br><br>Defendants. | Civil Action No.<br>1:09-CV-10750 (PBS) |

**PLAINTIFF'S UNOPPOSED TO MOTION TO CORRECT
SCHEUDLING ORDER AND DOCKET ENTRY 62**

Thomas U. Kenney ("Plaintiff") hereby respectfully moves to correct the Scheduling Order entered April 29, 2010 and corresponding docket entry 62. The basis for this motion is set forth below.

1.      The parties appeared before the Court on April 29, 2010 for a scheduling conference.

2.      At the conference, the Court set a schedule for amending the complaint, for completion of fact discovery, for expert designation, for completion of expert discovery, for class certification, for summary judgment and for mediation.

3. A Scheduling Order was issued by the Court with the same dates appearing in Docket Entry 62.

4. It is believed that the Scheduling Order does not reflect the intention of the Court in two respects. First, the Scheduling Order set 5/1/10 as the deadline for a motion to amend Plaintiffs' counsel believe although the Court stated a May 1 deadline it did not state a year but that in the context of the discussion between the parties' counsel and the Court it appeared that Court intended the deadline to be 2011. Second, the Scheduling Order and Docket Entry 62 refer to a motion to amend. Plaintiff's counsel inferred from the context of the discussion that further specific permission to file the new amended complaint would not be necessary so that the deadline would be one to file the Second Amended Complaint as opposed to filing a motion to amend. Of course, Plaintiff will file a motion to amend the complaint if the Court so requires. A copy of Docket Entry 62 and the corresponding Scheduling Order dated April 29, 2010 are attached hereto as Exhibit A.

5. Courtroom Clerk Robert C. Alba suggested that a motion would be an appropriate way to bring Plaintiff's concern to the Court's attention.

6. Defendants' counsel indicated that they do not oppose the instant motion insofar as Plaintiff wishes to request clarification of the Court's Order, but Defendants do oppose the filings of any further amended pleadings, and do not assent to any such filing.

7. Because of the nature of this unopposed motion, Plaintiff further requests that the memorandum of reasons, including citation of supporting authorities, why the motion should be granted required by L.R. 7.1(b)(a) be dispensed with.

## CONCLUSION

For the reasons set forth herein, Plaintiff respectfully requests that the Court grant his motion and correct the Scheduling Order so that the first entry reads, "Amend Complaint by 5/1/11" and that the associated docket entry 62 be similarly corrected.

May 4, 2010

                                                  Respectfully submitted,

                                                  **TODD & WELD, LLP**
                                                  Kevin T. Peters
                                                  28 State Street
                                                  Boston, MA  02109
                                                  Tel: (617) 720-2626
                                                  Fax: (617) 227-5777

                                                  **STULL, STULL & BRODY**

                                                  By: /s/ Mark Levine_____
                                                  Edwin J. Mills
                                                  Mark Levine
                                                  Michael J. Klein
                                                  6 East 45th Street
                                                  New York, NY  10017
                                                  Tel: (212) 687-7230
                                                  Fax: (212) 490-2022

                                                  **MAJOR KHAN, LLC**
                                                  Major Khan
                                                  1120 Avenue of the Americas
                                                  Suite 4100
                                                  New York, NY 10036
                                                  Tel: (646) 546-5664
                                                  Fax: (646) 546-5755

                                                  Counsel for Plaintiff

## Certification of Service

I, Mark Levine, certify that a true copy of the above document was served upon the attorneys of record for each party via ECF.

Dated: May 4, 2010

                                            _____/s/ Mark Levine_____
                                                    Mark Levine