# Exhibit A

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Thursday, April 29, 2010 3:32 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:09-cv-10750-PBS Kenney v. State Street Corporation et al Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 4/29/2010 at 3:31 PM EDT and filed on 4/29/2010
**Case Name:**       Kenney v. State Street Corporation et al
**Case Number:**    1:09-cv-10750-PBS
**Filer:**
**Document Number:** 62

**Docket Text:**
**Judge Patti B. Saris: ORDER entered. SCHEDULING ORDER: Motion to Amend due by 5/1/2010. Fact Discovery to be completed by 5/1/2011. Plaintiff's expert designation deadline: 6/11/11; defendant's 7/15/11. Expert Discovery to be completed by 9/15/2011. Class Certification and Summary Judgment Motions due by 5/15/2011. Case to be referred to Mediation program: Spring, 2011.(Patch, Christine)**


**1:09-cv-10750-PBS Notice has been electronically mailed to:**

Kevin T. Peters  kpeters@toddweld.com, dvidito@toddweld.com

William H. Paine  william.paine@wilmerhale.com

Jeffrey B. Rudman  jeffrey.rudman@wilmerhale.com

Mark Levine  mlevine@ssbny.com

John J. Butts john.butts@wilmerhale.com

Timothy J. Perla timothy.perla@wilmerhale.com

Edwin J Mills emills@ssbny.com

Michael J. Klein mklein@ssbny.com

**1:09-cv-10750-PBS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/29/2010] [FileNumber=3337097-0
] [32efa353ff3b5a98455bc37778e98d3f19e62ed53c5438ba2aa092d0bac6a343407
ecce174107dc3e044b3bbd6f9a9923121e76c700585efd33e47e19e3baa0d]]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thomas U Kenney
Plaintiff,

      V.                          Civil Action Number
                              09-10750-PBS

State Street Corporation
Defendant.                         April 29, 2010

## SCHEDULING ORDER

Saris, D.J.,

Motion to Amend by: 5/1/10

Fact Discovery deadline: 5/1/2011

Plaintiff's expert designation deadline: 6/1/11

Defendant's expert designation deadline: 7/15/11

Expert discovery deadline: 9/15/11

Class Certification Motion filing deadline: 5/15/11

Summary Judgment Motion filing deadline: 5/15/11

Case to be referred to Mediation program: Spring, 2011

                                            By the Court,

                                            /s/ Robert C. Alba
                                            Deputy Clerk