**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | X | |
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated, | : : : | |
| | : | 1:09-cv-10750 (PBS) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10 | : : : : : : : : : : : : | |
| | : | |
| Defendants. | : | |
| | X | |

**PLAINTIFF'S MOTION TO**
**COMPEL ERNST & YOUNG TO PRODUCE SUBPOENAED DOCUMENTS**

Plaintiff Thomas U. Kenney ("Plaintiff"), by his attorneys, moves the Court for an order compelling non-party Ernst & Young LLP ("Ernst & Young") to produce the documents set forth in Schedule A of the subpoena previously served on Ernst & Young.  A copy of the subpoena is attached as Exhibit A.

This motion is made on the grounds that Plaintiff served a subpoena upon Ernst & Young for production of the above-referenced documents.  Ernst & Young objected to producing any documents, by way of written objections, a copy of which is attached as Exhibit B.[1]  Ernst & Young also objected to this production in a "meet and confer" with Plaintiff's counsel conducted by telephone.  The documents requested by Plaintiff contain relevant and material evidence in the above-entitled action and their production is necessary for Plaintiff to prepare for trial.

The undersigned certifies that, in an unsuccessful effort to secure the requested information without court action, the undersigned has in good faith met and conferred by telephone with counsel for Ernst & Young.  The conference with counsel for Ernst & Young took place on the morning of May 3, 2010 and lasted for approximately five (5) minutes or less before it was terminated by counsel for Ernst & Young. Subsequent to that telephone conversation, there were a series of e-mails between counsel for Plaintiff and Ernst & Young in an attempt to reach an agreement with respect to production of documents.  One or more e-mails were sent to or received from counsel for Ernst & Young on the following dates: May 10, 2010, May 11, 2010, May 17, 2010, May 18, 2010, May 18, 2010, May 19, 2010, May 21, 2010, May 24, 2010 and May 25, 2010.  Despite the efforts reflected in the e-mails agreement was not reached.

---

[1] Ernst & Young does not contest the service of the subpoena.

2

Dated:  May 25, 2010

Respectfully Submitted:

**TODD & WELD**
Kevin T. Peters
28 State Street
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile:  (617) 227-5777

**STULL, STULL & BRODY**

By:/s/ Mark Levine
Edwin J. Mills
Mark Levine
James Henry Glavin IV
Michael J. Klein
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**MAJOR KHAN, LLC**
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 37.1

I, Mark Levine, counsel for Plaintiff, certify that the provisions of Local Rule 37.1 have

been complied with.

Dated: May 25, 2010.


__/s/ Mark Levine_____

Mark Levine

## CERTIFICATE OF SERVICE

I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the

EDF system on May 25, 2010, was sent electronically on that date to the registered participants

as identified in the Notice of Electronic Filing

A copy of the foregoing was also served on the following counsel for non-party Ernst &

Young by overnight delivery.

> Thomas J. Dougherty, Esq.
> Kara E. Fay, Esq.
> Skadden Arps, Slate, Meagher
>       & Flom LLP
> One Beacon Street
> Boston, MA 02108
>
> Steven Weiser, Esq.
> Associate General Counsel
> Ernst & Young LLP
> 5 Times Square
> New York, NY 10036

Dated May 25, 2010

                                        /s/ Mark Levine_____