# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated, | :<br>:<br>:<br>: |
| Plaintiff, | :     1:09-cv-10750 (PBS)(JGD)<br>: |
| v. | :<br>: |
| STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | :<br>: |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO <u>COMPEL ERNST & YOUNG LLP TO PRODUCE SUBPOENAED DOCUMENTS</u>**

Pursuant to Local Rule 7.1(b)(3) of the United States District Court for the District of Massachusetts, Plaintiff Thomas U. Kenney ("Plaintiff") respectfully requests leave to file a reply in support of his motion for an order compelling non-party Ernst & Young LLP ("Ernst & Young") to produce the documents set forth in Schedule A of the subpoena previously served on Ernst & Young.

On April 8, 2010, Plaintiff served a subpoena upon Ernst & Young for production of documents. On April 27, 2010, Ernst & Young objected to producing <u>any</u> documents by way of written objections, despite acknowledging in their opposition to Plaintiff's motion to compel that they were "<u>involv[ed] with both the [State Street] conduits and the [State Street] October 15, 2008 press release,</u>" the facts of which, are central to this action. *See* Non-Party Ernst &Young LLP's Opposition To Plaintiff's Motion To Compel Production Of Subpoenaed Documents (Docket Entry 70) (the "E&Y Response") at 3 (emphasis added). Ernst & Young maintained its objections to this production in a "meet and confer" with Plaintiff's counsel conducted by telephone and in several email exchanges leading up to the filing of Plaintiff's motion to compel, which resulted in Ernst & Young offering to produce some documents but not certain other key documents. Seeing no other alternative, Plaintiff filed his motion to compel production of documents on May 25, 2010. By its terms, Ernst & Young's offer to produce any documents was taken off the table when Plaintiff moved to compel production.

Plaintiff believes a reply is necessary in order to address Ernst & Young's opposition to Plaintiff's motion to compel, which skews facts and misinterprets the reasons why production of the documents requested by Plaintiff is necessary for Plaintiff to prepare for trial. As such, Plaintiff has attached as Exhibit A his proposed reply in order to correct the skewing of the facts in Ernst & Young's response and explain why he is entitled to production of the requested

2

documents by Ernst & Young LLP under Fed. R. Civ. P. 26(b)(1). A copy of the May 11, 2010 email referenced in Exhibit A is annexed hereto as Exhibit B.

Dated:  June 14, 2010

Respectfully Submitted:

**TODD & WELD**
Kevin T. Peters
28 State Street
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile:  (617) 227-5777

**STULL, STULL & BRODY**

By:/s/ Mark Levine
Edwin J. Mills
Mark Levine
James Henry Glavin IV
Michael J. Klein
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**MAJOR KHAN, LLC**
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

*Counsel for Plaintiff*

2

3

CERTIFICATE OF SERVICE

I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the ECF system on June 14, 2010, was sent electronically on that date to the registered participants as identified in the Notice of Electronic Filing.

A copy of the foregoing document was also served on the following counsel for non-party Ernst & Young LLP by First Class Mail:

Steven Weiser, Esq.
Associate General Counsel
Ernst & Young LLP
5 Times Square
New York, NY 10036

Dated: June 14, 2010

    /s/Mark Levine
    Mark Levine