UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THOMAS U. KENNEY, on Behalf of          :
Himself and a Class of Persons Similarly
Situated,                               :

        Plaintiff,                      :   Civil Action
                                            No. 09-10750-PBS
    v.                                  :

STATE STREET CORPORATION;               :
NORTH AMERICA REGIONAL
BENEFITS COMMITTEE OF STATE             :
STREET CORPORATION; ALISON
QUIRK; PAMELA GORMLEY; ROSS             :
MCLELLAN; DAVID O'LEARY; SKIP
CURTRELL; JAYNE DONAHUE; DAVID          :
GUTSCHENRITTER; JAMES MALERBA;
STATE STREET CORPORATION                :
INVESTMENT COMMITTEE; and JOHN
DOES 1-10,                              :

        Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ERNST & YOUNG LLP'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ERNST & YOUNG LLP TO PRODUCE SUBPOENAED DOCUMENTS

Ernst & Young LLP ("E&Y") hereby responds to plaintiff's request to file a reply memorandum in this matter (to which E&Y does not object). Although E&Y is a frequent target of third party subpoenas, it is exceptionally rare for such an event to require court intervention. Here, despite E&Y's repeated efforts (including following receipt of the reply) to reach an agreement with plaintiff's counsel and despite E&Y's offer to produce all requested workpapers during the class period, plaintiff persists in demanding that E&Y perform additional, extensive

searches for hypothetical documents generated substantially after the class period and/or which are in the possession of the parties to this action. In response to plaintiff's reply memorandum, E&Y renewed its offer to produce (1) work papers relating to the October 2008 press release and (2) work papers analyzing conduits in connection with its 2008 year-end audit, and offered to produce another category of documents first specifically enumerated in plaintiff's reply memorandum, namely: (3) work papers analyzing conduits in connection with E&Y's third quarter 2008 review. That offer was rejected by plaintiff.

At the same time, plaintiff's counsel has conceded that he did not even bother to inquire as to the identity of the conduits' auditor before serving this subpoena, despite the fact that such an inquiry could have been resolved by a phone call to E&Y or to the defendant. Equally deficiently, in his reply memorandum, plaintiff submits that E&Y "may have" conducted "ad hoc" analyses concerning conduits and seeks such documents, if any. Plaintiff's Reply at 8. But plaintiff has again done nothing to investigate whether E&Y has in fact performed any such work. For example, plaintiff has been unwilling to first seek documents, if any, from the parties to this action and to assess whatever documents are received, if any, before demanding a fishing expedition by E&Y. Accordingly, plaintiff would propose to place an <u>un</u>reasonable burden on E&Y to conduct extensive searches for <u>un</u>known documents related to <u>un</u>described "ad hoc" analyses. For all of these reasons, E&Y seeks not only the denial of plaintiff's motion but an award of attorneys' fees pursuant to Fed. R. Civ. P. 45(c)(1).

Dated:   June 22, 2010                                  Respectfully submitted,
         Boston, Massachusetts

                                                         /s/ Thomas J. Dougherty
Of Counsel:                                             Thomas J. Dougherty (BBO #132300)
                                                        Kara E. Fay (BBO #638260)
Steven Weiser                                           SKADDEN, ARPS, SLATE,
Associate General Counsel                                  MEAGHER & FLOM LLP
ERNST & YOUNG LLP                                       One Beacon Street
5 Times Square                                          Boston, Massachusetts 02108
New York, New York 10036                                dougherty@skadden.com
(212) 773-1402                                          kfay@skadden.com
                                                        (617) 573-4800

                                                        Counsel for Ernst & Young LLP

**Certificate Of Service**

       I, Thomas J. Dougherty, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 22, 2010.

Dated:  June 22, 2010                                   /s/ Thomas J. Dougherty
                                                        Thomas J. Dougherty