# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated,

        Plaintiff,

v.

STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10

        Defendants.

1:09-cv-10750 (PBS)(JGD)

---

**DECLARATION OF MARK LEVINE IN SUPPORT OF**
**PLAINTIFF'S MOTION TO COMPEL ERNST & YOUNG LLP**
**TO PRODUCE OF SUBPOENAED DOCUMENTS**

I, Mark Levine, hereby declare:

1. I am an attorney at the law firm of Stull, Stull & Brody, co-counsel for Plaintiff in this action. I am admitted *pro hac vice* to the bar of this Court and submit this Declaration in support of the motion of the Thomas U. Kenney ("Plaintiff") to Compel Ernst & Young LLP to Produce Subpoenaed Documents.

2. Attached hereto as Exhibit A is a true and correct copy of an email exchange between counsel for Plaintiff and counsel for Ernst & Young LLP that took place on May 10 and 11, 2010. The email exchange attached hereto as Exhibit A was previously attached as Exhibit B to Plaintiff's Motion for Leave to File a Reply Memorandum of Law in Further Support of Plaintiff's Motion to Compel Ernst & Young LLP to Produce Subpoenaed documents, filed June 14, 2010 (Docket No. 71).

Signed under penalty of perjury of the laws of the United States this 25th day of June, 2010.

/s/  Mark Levine_____
          Mark Levine

CERTIFICATE OF SERVICE

I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the ECF system on June 25, 2010, was sent electronically on that date to the registered participants as identified in the Notice of Electronic Filing.

A copy of the foregoing document was also served on the following counsel for non-party Ernst & Young LLP by First Class Mail:

>Steven Weiser, Esq.
>Associate General Counsel
>Ernst & Young LLP
>5 Times Square
>New York, NY 10036

Dated June 25, 2010

                                        /s/ Mark Levine_____