# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLEN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10<br><br>Defendants. | Civil Action<br>No. 09-10750-PBS (JGD)<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, defendants State Street Corporation, North America Regional Benefits Committee, Alison Quirk, Pamela Gormley, Ross McLellen, David O'Leary, Skip Curtrell, Jayne Donahue, David Gutschenritter, James Malerba, and State Street Corporation Investment Committee (the "Defendants") move for summary judgment with respect to the sole remaining claim of the Amended Complaint. The grounds for this Motion are set forth in the accompanying Memorandum of Law, Affidavit of Timothy J. Perla, and supporting exhibits.

As detailed in the Memorandum of Law, the Court should grant summary judgment because, based on the undisputed facts, Plaintiff cannot establish reliance on the October 15,

2008 Form 8-K that he challenges, which is required to state a claim for negligent misrepresentation under ERISA.

WHEREFORE, Defendants respectfully request that the Court:

(i) Grant their Motion for Summary Judgment and enter judgment for them and against Plaintiff; and

(ii) Grant such further relief as is fair and just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendants respectfully requests that the Court grant a hearing on his Motion for Summary Judgment.

    Respectfully Submitted,

STATE STREET CORPORATION, NORTH AMERICAN REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION, ALISON QUIRK, PAMELA GORMLEY, ROSS MCLELLAN, DAVID O'LEARY, CHARLES CURTRELL, JAYNE DONAHUE, DAVID GUTSCHENRITTER, JAMES MALERBA, AND STATE STREET CORPORATION INVESTMENT COMMITTEE

By their attorneys,

/s/ Timothy J. Perla
Jeffrey B. Rudman (BBO # 433380)
William H. Paine (BBO # 550506)
John J. Butts (BBO # 643201)
Timothy Perla (BBO # 660447)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
timothy.perla@wilmerhale.com

Dated:       July 1, 2010

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Counsel for Defendants have attempted in good faith to resolve or narrow the issues raised in this Motion, but have been unable to do so.

*/s/ Timothy J. Perla*
Timothy J. Perla

**CERTIFICATE OF SERVICE**

I, Timothy J. Perla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated July 1, 2010.

*/s/ Timothy J. Perla*
Timothy J. Perla