UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS U. KENNEY, *on Behalf of Himself and a Class of Persons Similarly Situated*,<br><br>      Plaintiffs,<br><br>  v.<br><br>STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10<br><br>      Defendants. | Civil Action<br>No. 09-cv-10750-PBS (JGD) |

**LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS OF DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

  Pursuant to Local Rule 56.1 and in support of their Motion for Summary Judgment, Defendants submit this statement of the material facts of record as to which there is no genuine issue to be tried.

  1. Plaintiff was a State Street Corporation ("State Street") employee at times between June 2000 and December 2008. Affidavit of Timothy J. Perla ("Aff."), Ex. A (Deposition of Thomas U. Kenney, Apr. 26, 2010 ("Kenney Dep.")) at 11:17-12:4, 15:18-16:12, 17:6-17:15.

2.  Plaintiff began participating in the State Street Salary Savings Program ("Plan") during his employment and held a Plan account through at least April 2010. Amended Compl. (Dkt. No. 9) ¶¶ 1, 5; Aff., Ex. B (Plaintiff's Plan account statements 2003-2010).

3.  One Plan investment option is State Street's Employee Stock Ownership Plan ("ESOP"), which enables participants to invest in State Street common stock. Aff., Ex. C (June 2008 Summary Plan Description ("SPD")) at 21.

4.  Plaintiff has not made payroll contributions to the ESOP, and has not transferred funds within his Plan account from another Plan investment option into the ESOP, since 2006. Aff., Ex. A (Kenney Dep.) at 61:13-62:16.

5.  On October 15, 2008, State Street issued a Form 8-K, which Plaintiff claims contains a negligent misrepresentation. Amended Compl. ¶¶ 52, 76-83.

6.  At his deposition, Plaintiff testified:

    Q:  Did you read that 8-K?
    A:  Absolutely not.

Aff., Ex. A (Kenney Dep.) at 89:8-9.

7.  At his deposition, Plaintiff testified:

    Q:  Do you know roughly how much you spent per month in 2008 buying State Street common stock?
    A:  I believe I purchased no State Street common stock in 2008.

Aff., Ex. A (Kenney Dep.) at 61:13-16.

Respectfully Submitted,

STATE STREET CORPORATION, NORTH AMERICAN REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION, ALISON QUIRK, PAMELA GORMLEY, ROSS MCLELLAN, DAVID O'LEARY, CHARLES CURTRELL, JAYNE DONAHUE, DAVID GUTSCHENRITTER, JAMES MALERBA, AND STATE STREET CORPORATION INVESTMENT COMMITTEE

By their attorneys,

*/s/ Timothy J. Perla*
Jeffrey B. Rudman (BBO # 433380)
William H. Paine (BBO # 550506)
John J. Butts (BBO # 643201)
Timothy Perla (BBO # 660447)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
timothy.perla@wilmerhale.com

**CERTIFICATE OF SERVICE**

I, Timothy J. Perla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Timothy J. Perla*
Timothy J. Perla

July 1, 2010