# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLEN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10,<br><br>Defendants. | Civil Action<br>No. 09-10750-PBS (JGD) |

## AFFIDAVIT OF TIMOTHY J. PERLA

I, Timothy J. Perla, hereby state under oath:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court, and am a Senior Associate at the firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am one of the counsel representing the above captioned Defendants.

2. I submit this Affidavit in connection with Defendants' Motion for Summary Judgment, filed herewith.

3. Attached hereto are true and correct copies of the following documents, which are referenced in Defendants' Memorandum in Support of its Motion for Summary Judgment:

- 1 -

- 2 -

4.  Exhibit A is excerpts from the transcript of the Deposition of Thomas U. Kenney, taken on Apr. 26, 2010.

5.  Exhibit B is copies of Plaintiff's State Street Salary Savings Program annual statements from the years 2003-2010, filed under seal pursuant to Local Rule 7.2.

6.  Exhibit C is a copy of the June 2008 Summary Plan Description for the State Street Salary Savings Program.

                                                                  /s/ Timothy J. Perla
                                                                  Timothy J. Perla

Dated:  July 1, 2010

## CERTIFICATE OF SERVICE

I, Timothy J. Perla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                  /s/ Timothy J. Perla
                                                                  Timothy J. Perla