# EXHIBIT B

Exhibit Being Filed Under Seal Pursuant to Assented to Motion to Impound.