# EXHIBIT C



# State Street Salary Savings Program
# The "401(k) Plan"

## Summary Plan Description
## STATE STREET CORPORATION

This booklet is a Summary Plan Description (SPD) of the State Street Salary Savings Program ("SSP" or "the Plan"), your State Street tax-qualified 401(k) plan. The Plan allows you to make pre-tax 401(k) contributions and Roth post-tax contributions, and receive a Company match. This SPD replaces all prior descriptions of the Plan. The information contained in this booklet is a summary of the State Street Salary Savings Program in effect as of January 1, 2008. This booklet is intended to be an easy-to-understand explanation of your benefits. It is not, however, a comprehensive explanation of each and every provision of the Plan, which is described in detail in the official Plan document. In the event of any conflict between the Plan provisions as stated in the Plan document and this SPD, the provisions of the Plan document will govern. State Street Corporation reserves the right to amend or terminate the SSP at any time, for current and/or future participants, former participants who still have account balances, beneficiaries and alternate payees, and no provision in this SPD shall grant a vested or guaranteed right in any future benefit.

The SSP is subject to approval by the Internal Revenue Service (IRS). Participation in the SSP is not an offer or guarantee of employment or an employment contract. State Street Corporation reserves the right to change, terminate or merge the Plan at any time.

---

**Due to the Inclusion of the Employee Stock Ownership Plan (ESOP) as an Investment Option in the SSP (See Description in "Investment Options" Below):**

**This Is Part of a Prospectus**

This document constitutes part of a prospectus that covers up to a maximum of 7,000,000 shares of the Common Stock, $1.00 Par Value (the "Common Stock") of State Street Corporation (the "Company") and interests in the State Street Salary Savings Program (SSP). Shares of Common Stock and interests in the SSP may be acquired by eligible employees of the Company and certain of its affiliates under the provisions of the SSP. Additional shares of Common Stock may be issued with respect to the shares already acquired or to be acquired pursuant to the SSP by reason of stock dividends, stock splits or similar transactions.

This document and the financial data relating to investment fund performances—available in the Fund Fact Sheets found on the State Street Benefits Center Website at http://statestreet.csplans.com in the "Salary Savings Program 401(k)" option or by calling the State Street Benefits Center Voice Response Unit at 1-800-985-3863—are part of a prospectus covering securities that have been registered under the Securities Act of 1933.

---

**Publication Date: June 10, 2008**

# What's Inside

Highlights ................................................................................................................... 1

Eligibility .................................................................................................................. 2

Enrollment ................................................................................................................. 2

Automatic Enrollment ................................................................................................ 3

    Participation ........................................................................................................... 7

    Your Beneficiary ................................................................................................... 7

Plan Contributions ..................................................................................................... 8

    Your 401(k) and Roth Contributions ..................................................................... 9

    Changing Your Contributions .............................................................................. 10

    Company Matching Contributions ........................................................................ 10

    Catch-up Contributions ....................................................................................... 13

    Performance-Based Contributions ........................................................................ 14

    Rollover Contributions ........................................................................................ 15

    Taxes on Your Contributions ............................................................................... 15

Vesting ..................................................................................................................... 16

Investment Options .................................................................................................. 16

    Investment Information ........................................................................................ 17

    Overview of Investment Funds ............................................................................. 17

    A Closer Look at the Funds .................................................................................. 18

    Special Investment Guidance in the SSP .............................................................. 22

    Changing Your Investments ................................................................................. 23

    Fund Performance ............................................................................................... 23

    Fees .................................................................................................................... 23

    Daily Valuations ................................................................................................. 24

Accessing Your SSP Account .................................................................................... 24

    Account Statements ............................................................................................. 24

Borrowing or Withdrawing from Your Account ......................................................... 25

    Loans .................................................................................................................. 25

    In-Service Withdrawals ....................................................................................... 27

Distribution Options When Leaving the Company ...................................................... 31

    Distribution Options ............................................................................................ 31

    Installment Payments .......................................................................................... 32

    Deferring Distribution ......................................................................................... 33

    Distribution Options for Balances in the Self-Managed Brokerage Account (SMBA) ............ 34

Taxation of Distributions ........................................................................................................... 34

More Information About Distributions ....................................................................................... 34

In the Event of Your Death ............................................................................................................ 34

If You Are on a Leave of Absence ................................................................................................. 35

If You Become Permanently Disabled ....................................................................................... 35

If You Are on a Military Leave of Absence ................................................................................ 35

If You Are on Another Type of Authorized Unpaid Leave of Absence .................................... 36

When Participation Ends ................................................................................................................ 36

Forfeitures ..................................................................................................................................... 36

If You Leave the Company and Are Rehired ............................................................................. 36

Special Provisions in the Event of Merger or Acquisition ........................................................... 38

General Salary Savings Program Information ............................................................................... 40

Assignments and Liens ................................................................................................................ 40

Qualified Domestic Relations Orders (QDROs) ........................................................................ 40

Plan Continuation ........................................................................................................................ 40

Maximum Limitations .................................................................................................................. 40

Top-Heavy Rules ......................................................................................................................... 40

Participation Requirement ........................................................................................................... 40

Claims and Appeal Procedures ..................................................................................................... 41

Submitting an Appeal ................................................................................................................... 41

What Happens When ...................................................................................................................... 37

Administrative Information ............................................................................................................ 43

Plan Information ........................................................................................................................... 43

Plan Administrator ....................................................................................................................... 44

Plan Sponsor ................................................................................................................................ 44

Trustee of the State Street Salary Savings Program ................................................................... 44

Agent for Legal Process ............................................................................................................... 44

Plan Fiduciary Responsibility ..................................................................................................... 44

IRS Approval ............................................................................................................................... 44

Your ERISA Rights ....................................................................................................................... 44

Plan Prospectus .............................................................................................................................. 46

# Highlights

The State Street Salary Savings Program ("SSP" or "the Plan") is a tax-qualified plan with an employee stock ownership feature that helps you accumulate savings for retirement. The SSP offers you a convenient way to partner with State Street Corporation and its participating subsidiaries and affiliates (collectively, "State Street" or the "Company") to build resources for your financial future.

The State Street Salary Savings Program:

- **Lets you save on a pre-tax and/or post-tax basis.** Generally, you may save up to 50% of your eligible pay through convenient payroll deduction, up to the IRS limits. When you contribute to the Plan on a 401(k) pre-tax basis, your current taxable income is reduced by the amount you save, reducing your current taxes. With Roth post-tax contributions, you pay taxes now, but when you take these contributions from the Plan later, they will not be taxed and if certain conditions are met, the earnings on those contributions will also not be taxed.

- **Automatically enrolls you at a 3% contribution rate.** State Street will automatically contribute 3% of your Eligible Pay (which includes annual cash incentive bonus) to the Plan on a pre-tax basis if you haven't made any election. Your contribution percentage will automatically increase each year by 1% until you reach 6% to help you maximize your Company matching contribution. Special rules apply if your initial eligibility to participate occurs between November 16, 2007 and December 31, 2007. See the *Automatic Escalation* section for more details.

- **Immediately supplements your contributions with Company matching contributions**. State Street contributes an amount equal to 100% of your 401(k) pre-tax contributions and Roth post-tax contributions, of eligible pay up to 6% of your Eligible Pay that you contribute each pay period, which makes your savings grow even faster.

- **Discretionary performance-based contribution opportunity added.** If State Street meets and exceeds certain financial growth targets, the Company may make a contribution to participants' performance-based accounts.

- **Gives you the opportunity to invest for your future.** You can invest your savings and the Company contributions in any one or a combination of investment options – from conservative to aggressive options, including a Self-Managed Brokerage Account (SMBA) option.

- **Offers 100% vesting of Company contributions after one year of service.** Company matching contributions and performance-based Company contributions are fully vested after one year of service (including eligible service with State Street prior to 2008). You are always 100% vested in your 401(k) and Roth contributions.

- **Lets you save for retirement or meet short-term needs.** You may take your SSP account with you when you leave the Company for any reason. While you are employed, loans and certain withdrawals are available.

This is a Summary Plan Description (SPD) of the key features of the SSP and applies to eligible employees of State Street. Complete details of the SSP can be found in the official Plan document, which legally governs the operation of the SSP. All statements made in this SPD are subject to the terms and provisions of the Plan document and are not intended to create new Plan provisions or add to the SSP in any way. State Street reserves the right to amend or terminate the SSP at any time for current and/or future participants, former participants who still have account balances, beneficiaries and alternate payees. No provision in this SPD shall grant a vested or guaranteed right in any future benefit. If there is a conflict between the SSP document and this summary, the official SSP document is controlling.

Publication Date: June 10, 2008

**Two Ways to Access Your Account**

You may access your SSP account in two ways:

- ♦ Go to the State Street Benefits Center Website at http://statestreet.csplans.com and select the "Salary Savings Program 401(k)" option;

or

- ♦ Call the State Street Benefits Center Voice Response Unit (VRU) at 1-800-985-3863. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708.

You'll find references to the Website and VRU throughout this booklet. To protect the confidentiality of your information, you will need your ID number (e.g., employee badge number or Social Security number) and your Personal Identification Number (PIN) to access both the Website and VRU. See the section, Accessing Your SSP Account, for more information.

# Eligibility

You may be eligible to participate in the SSP as soon as you join State Street or a subsidiary or affiliate of State Street that is a participating employer (see the Plan Information section for a list of "Participating Employers") *provided* you are not in one of the ineligible groups listed below. If you are a participant in the SSP on January 1, 2008, you will continue to be a participant so long as you are not employed in one of the ineligible groups listed below and you have an account balance in the Plan.

Once you receive your Personal Identification Number (PIN), you may elect to make pre-tax 401(k) and/or post-tax Roth contributions to the SSP.

Once you become an active participant in the SSP you are eligible for the State Street company matching contributions.

You may be immediately eligible for the discretionary company performance-based contributions, regardless of whether you elect to make 401(k) or Roth contributions.

You are not eligible to join the SSP if you are:

- ♦ A non-resident alien who receives no income from a Participating Employer that is considered income from within the United States;

- ♦ A student who participates in an internship program or is employed in an established cooperative education program;

- ♦ An employee of an affiliated company that does not participate in the Plan;

- ♦ An independent contractor or leased employee; or

- ♦ A member of a unit that is covered by a collective bargaining agreement (unless such agreement provides for eligibility to participate).

# Enrollment

Shortly after you become eligible to participate, you will be able to enroll in the SSP and start saving in your 401(k) pre-tax account and/or Roth post-tax account. As a newly eligible employee, you will be sent a Personal Identification Number (PIN) in the mail to your home. Once you receive your PIN, you may elect to begin contributions and to select your investment funds.

2

♦   Go to the State Street Benefits Center Website at http://statestreet.csplans.com

  o   Choose the "Salary Savings Program 401(k)" option,

  o   Select the "Enroll" option, and

  o   Follow the on-line instructions;

or

♦   Call the State Street Benefits Center Voice Response Unit (VRU) at 1-800-985-3863 and follow the instructions. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708.

To protect the confidentiality of your information on the Website and VRU, you will need your ID number (i.e., employee badge number or Social Security number) and your PIN to access either system.

**Once you become eligible to participate in the Plan, you should:**

♦   Read this SPD and understand how the Plan works;

♦   Decide what percentage of your pay you want to contribute to the Plan;

♦   Decide whether to contribute on a pre-tax and/or post-tax basis; and

♦   Decide how to invest your contributions in the SSP investment options.

When you enroll, you will be asked to authorize deductions from your pay for investment in your account and to make your investment elections. You may elect your beneficiary(ies) on the website or by downloading the SSP beneficiary form and following the instructions on the form to name your beneficiary(ies) for your SSP account.

Once you are enrolled, your payroll deductions will begin as soon as administratively possible. Contributions will continue until you elect to stop contributing, reach the IRS limits, or your employment status changes in a way that makes you ineligible to continue contributing. These changes include your retirement or other termination of employment, an unpaid leave of absence or death.

# Automatic Enrollment

If you do not elect to make pre-tax 401(k) contributions or post-tax Roth contributions to the Plan, the Company will make automatic pre-tax contributions on your behalf at a rate of 3% of Eligible Pay (as defined below).

Your automatic 3% contribution will be matched by the Company at 100%.

If you do not want to be automatically enrolled at 3% you must either (i) make an election not to contribute ("opt-out") or (ii) elect a different percentage of your eligible pay before the automatic contributions begin. Automatic enrollment will generally begin after 45 days from your date of hire (see special rules below).

Publication Date: June 10, 2008

**Eligible Pay**

For purposes of determining your 401(k) contributions, Roth contributions and Company matching contributions under the Plan, "Eligible Pay" means your base salary plus shift differential, overtime, commissions, annual cash incentive bonus and any differential paid by the Company while on military leave.

For purposes of determining your performance-based contributions, "Eligible Pay" means your base pay plus shift differential and overtime.

A salary reduction election you make under the pre-tax Health Care or Dependent Care Flexible Spending Accounts or under the pre-tax transportation program does not reduce your eligible pay for this purpose.

All other items including, but not limited to, the following items are excluded from the definition of Eligible Pay:

- Retention, spot or referral bonuses;
- All reimbursed expenses;
- Annual life insurance flex credits;
- Medical opt-out credits;
- Any amounts you elect to defer under the Management Supplemental Savings Plan; and
- Any other items not constituting direct compensation for services.

**Effective Date of Automatic Enrollment**

The effective date of your automatic enrollment will depend on your hire date.

The following chart describes the various effective dates for automatic enrollment:

Publication Date: June 10, 2008

| Your Initial Hire Date* | Effective Date of Automatic Enrollment | Initial Contribution Rate | Matching Contribution Rate |
|---|---|---|---|
| Prior to November 16, 2007 | Next available pay check after January 1, 2008 | 3% | 3% |
| Between November 16, 2007 and December 31, 2007 | Next available pay check after February 15, 2008 (45 days after January 1, 2008) | 3% | 3% |
| January 1, 2008 and after | Next available pay check after 45 days from your hire date** | 3% | 3% |

*For this purpose, hire date for Legacy Investors Bank & Trust Company employees and employees of Palmeri Fund Administrators, Inc., International Fund Services (N.A.) L.L.C. and Investment Management Services, Inc. means January 1, 2008 (the date you became eligible for the Plan).

**Legacy Investors Bank & Trust Company employees and employees of Palmeri Fund Administrators, Inc., International Fund Services (N.A.) L.L.C. and Investment Management Services, Inc. will be automatically enrolled in the next available pay period effective after February 15, 2008 (which is 45 days after January 1, 2008).

The 3% automatic contribution will be reflected in the next paycheck you receive following the effective date of your automatic enrollment (as described in the chart above).

## Withdrawal of Automatic Contributions

If you were automatically enrolled in the Plan, you may be able to withdraw your automatic contributions and any related earnings (gains or losses) if you elect to withdraw the contributions within 90 days after your first automatic contribution is made to the Plan.

***A withdrawal is allowed only if you have not made any changes to your account (including changes to the investments) within this 90-day period.***

Please note all Company matching contributions made in connection with these contributions will be forfeited if you withdraw your automatic contributions.

## Automatic Escalation of 401(k) Contributions

To help maximize your Company matching contributions, your 401(k) contributions to the Plan will be automatically escalated in January of each year by 1% until you reach a maximum 6% contribution rate. This automatic increase feature will only apply after you are a participant in the plan for one full plan year (January 1 through December 31).

> For example, if your 3% automatic enrollment becomes effective on April 1, 2008, your contribution level will be increased to 4% effective January 2010.  Your contribution rate will increase by an additional 1% each January thereafter until your contribution rate equal 6%.

The annual automatic escalation will cease once you make any changes to your account (including changing investment options).

5

**Special Rules for Effective Date of Automatic Escalation**

The effective date of your automatic escalation may vary depending on your date of hire and the level of your current contributions.  The following chart describes these special rules for automatic escalation:

| Your Hire Date | Effective Date | New Contribution Rate | Matching Contribution Rate |
|---|---|---|---|
| Prior to November 16, 2007 with current contribution rate less than 3% | January 2008<br>January 2009<br>January 2010<br>January 2011 | 3%<br>4%<br>5%<br>6% | 3%<br>4%<br>5%<br>6% |
| Between November 16, 2007 and December 31, 2007 with a current contribution rate of 1% or 2% or prior to January 1, 2008 as a result of an acquisition* with a current contribution rate of 1% or 2% | January 2009<br>January 2010<br>January 2011<br>January 2012 | 3%<br>4%<br>5%<br>6% | 3%<br>4%<br>5%<br>6% |
| Between November 16, 2007 and December 31, 2007 with no current contribution or prior to January 1, 2008 as a result of an acquisition* with no current contribution | February 2008<br>January 2009<br>January 2010<br>January 2011<br>January 2012 | 3%<br>3%<br>4%<br>5%<br>6% | 3%<br>3%<br>4%<br>5%<br>6% |

**\*** Including the acquisition of Investors Bank & Trust Company, Palmeri Fund Administrators, Inc., International Fund Services (N.A.) and Investment Management Services, Inc.

## Voluntary Automatic Escalation

The voluntary automatic escalation feature allows you to elect to increase the percentage of your 401(k) contributions or Roth contributions by the percentage you designate (up to Plan limits) and at the frequency you designate.  You may elect to escalate your contributions on an annual, semi-annual, quarterly or one-time basis.  The voluntary automatic escalation feature does not apply to catch-up contributions.

To elect the voluntary escalation feature follow the instructions below:

**Two Ways to Access Your Account**

You may access your SSP account in two ways:

♦  Go to the State Street Benefits Center Website at http://statestreet.csplans.com and select the "Salary Savings Program 401(k)" option, select the "Contribution" option and follow the online instructions for making a voluntary automatic escalation election.

6

or
- ♦ Call the State Street Benefits Center Voice Response Unit (VRU) at 1-800-985-3863. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708.

- ♦ To protect the confidentiality of your information, you will need your ID number (e.g., employee badge number or Social Security number) and your Personal Identification Number (PIN) to access both the Website and VRU. See the section, Accessing Your SSP Account, for more information.

**Please note, if you make any changes to the percentage you contribute to the Plan, the voluntary escalation feature will be cancelled.  You may restart your voluntary automatic escalation contributions at any time by following the instructions above.**

## *Participation*

Once you become a participant in the SSP, you will remain a participant for as long as you maintain an account. However, additional contributions can only be made to the Plan as long as you satisfy the eligibility criteria described in the Eligibility section.

In the event you are a participant but cease to continue to meet the eligibility criteria, your account will be maintained. As soon as you again satisfy the eligibility criteria, you will be able to resume making contributions to the SSP.

If you are a participant or former participant who is reemployed, you are eligible to participate in the Plan upon reemployment if you satisfy the eligibility criteria described in the Eligibility section.

## *Your Beneficiary*

### Naming Your Beneficiary

The full value of your SSP account (less any loan balance) will be payable to your designated beneficiary(ies) at your death if he or she survives you.

**Naming a Beneficiary is Important.** You may choose or change your beneficiary(ies) on-line by going to http://statestreet.csplans.com, selecting the "Salary Savings Program 401(k)"option and following the instructions on the form to name your beneficiary(ies) for your SSP account.

You will be able to name your primary beneficiary(ies) and your contingent (or secondary) beneficiary(ies) in the event your primary beneficiary(ies) does not survive you.

---

**Definition of Spouse and Federal Spouse**

The term "spouse" means your partner, as recognized under the laws of any state or lawful jurisdiction as married or, in the case of a domestic partner, as a legally recognized partner (*i.e.*, registered partner or civil union).  The term "Federal Spouse" means spouse as determined under applicable federal law which is defined as the legal union between a man and a woman as a husband and a wife and does not include same-sex marriages or domestic partnerships.  Certain provisions of the plan apply to Federal Spouse only and are described in the applicable sections of this document.

---

### If You Have a Spouse

Your spouse is automatically the beneficiary of your SSP account unless you name an alternate beneficiary with your spouse's consent. Your spouse's consent must be witnessed by a notary public. If the Plan

7

Administrator has not received this consent, your spouse will be considered your beneficiary if you die, regardless of the beneficiary you may have designated.

Before your spouse provides consent, it's important for your spouse to understand what it means to waive his or her rights. Your spouse may not unilaterally withdraw consent once given.

Spousal consent is required unless it is established to the satisfaction of the Plan Administrator that:

- Spousal consent cannot be obtained because there is no spouse;
- The spouse has died;
- The spouse cannot be located (based on an independent investigation); or
- There is a court order certifying that you are legally separated from your Federal spouse or have been abandoned by the Federal spouse and a Qualified Domestic Relations Order does not otherwise require spousal consent.

If your spouse is legally incompetent, his or her legal guardian (even if it is you) may give consent on behalf of your spouse. A copy of the legal guardian documentation will be required.

### If You Do Not Have a Spouse

If you do not have a spouse, you may name anyone as your beneficiary. If you have a domestic partner who is *not* your legally recognized spouse, he or she does not need to consent for you to name a different beneficiary. If more than one beneficiary becomes entitled to receive benefits, payments will be paid in equal shares to the designated persons who survive you, unless you make a different election on the beneficiary designation form.

### If There Is No Named Beneficiary

If you do not name a beneficiary, your account balance will be paid as follows:

- First, to your spouse (see definition above) or domestic partner specified in the State Street Affidavit of Domestic Partnership; or
- Second, to your children; or
- Third, to your parents; or
- Fourth, to your estate.

If your beneficiary is under age 18, a copy of the legal guardianship documentation will be required in order to process the death benefit claim.

### Changing Your Beneficiary

You may change your beneficiary designation at any time by naming a new beneficiary via the Website or by completing a new beneficiary designation form (available from the State Street Benefits Center Website). It is your responsibility to keep your beneficiary designation up-to-date. The last valid beneficiary designation form that the Plan Administrator receives before your death will be used and will supersede all others that you had previously submitted.

# Plan Contributions

There are six types of contributions that can be made to the SSP:

- 401(k) pre-tax contributions;

Publication Date: June 10, 2008

- Roth post-tax contributions;
- Catch-up 401(k) or Roth contributions
- Company matching contributions;
- Performance-based contributions, and
- Rollover contributions.

## Separate Deferral for Annual Cash Bonus

You may elect to defer a percentage of your annual cash incentive bonus separately from your other deferrals under the Plan as 401(k) pre-tax or Roth post-tax contributions.  To make a separate bonus deferral election, follow the procedures described below.  Your election to separately defer your bonus must be made by the payroll cut-off date communicated each year by Global Human Resources.  Otherwise the percentage you have elected with respect to your base pay will also apply to your incentive bonus award. This means that your 2007 annual cash bonus (paid in 2008) will be defaulted to your current deferral percentage unless you elect a separate deferral rate for your annual cash bonus.  To change your bonus deferral percent, follow these instructions:

---

**Two Ways to Access Your Account**

You may access your SSP account in two ways:

- Go to the State Street Benefits Center Website at http://statestreet.csplans.com and select the "Salary Savings Program 401(k)" option, select the "Enroll" option and follow the online instructions for making a separate bonus deferral election.

or

- Call the State Street Benefits Center Voice Response Unit (VRU) at 1-800-985-3863. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708.

You'll find references to the Website and VRU throughout this booklet. To protect the confidentiality of your information, you will need your ID number (e.g., employee badge number or Social Security number) and your Personal Identification Number (PIN) to access both the Website and VRU. See the section, Accessing Your SSP Account, for more information.

---

## *Your 401(k) and Roth Contributions*

You may choose to direct from 1% up to 50% of your eligible pay into the SSP on a pre-tax 401(k) basis or a Roth post-tax basis, or both, subject to the annual IRS savings limit ($15,500 in 2008).  *The IRS limit of $15,500 applies to your combined 401(k) and Roth contributions.*

Your contribution election must be in 1% increments. These contributions go directly from your eligible pay into your SSP and will be placed in either your 401(k) account or your Roth account. Contributions to your 401(k) account are deducted on a pre-tax basis. Contributions to your Roth account are deducted on a post-tax basis.

Publication Date: June 10, 2008

If you reach the annual IRS savings limit during the year, your contributions will be automatically discontinued. Ordinarily, contributions will resume during the first pay period of the following calendar year under the same terms as your previous payroll instructions, unless you change your election.

If you are a new employee you should note that the annual IRS savings limit applies to the amount you contribute to all plans during the calendar year. If you have contributed to another plan in the same year you begin to participate in the SSP, you should let the Payroll Department know how much you contributed to your prior plan so that your total savings do not exceed the annual IRS limit.

If you exceed the annual IRS savings limit and notify the State Street Benefits Center VRU at 1-800-985-3863 on or before the March 1 following the taxable year in which the excess contributions are made, the Plan Administrator will make reasonable efforts to return such excess deferral, adjusted for allocable income, by April 15.

If your pay changes during the year, the dollars contributed to your SSP account will also change, since your election to contribute is a percentage of your eligible pay.

## *Changing Your Contributions*

You may change (or stop) your contribution amount daily by going to the State Street Benefits Center Website at http://statestreet.csplans.com, selecting the "Salary Savings Program 401(k)" option and using the "Change Contributions" option of the "Contributions" section. You may also call the State Street Benefits Center VRU at 1-800-985-3863. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708. Changes completed on any business day before 4 p.m. Eastern Time will be effective as of the close of the same business day.  Transactions completed at or after 4 p.m. Eastern time will be processed at the end of the next business day. Any changes you make to your contribution percentage will take effect within two pay periods, depending on when you make the change.

If you stop your contributions, the Company matching contributions will also stop. The money in your account, however, will continue to be credited with any investment earnings (or losses), and you can continue to manage the investments in your account. No further deductions will be taken from your pay until you elect a new savings percentage via the State Street Benefits Center Website or the State Street Benefits Center VRU.

## *Company Matching Contributions*

You have an added incentive to save for retirement—Company matching contributions. State Street will contribute an amount equal to 100% of your contributions to your 401(k) and/or Roth account, up to the first 6% of eligible pay you contribute each pay period.

Company matching contributions will be credited to your account(s) each pay period and will be invested according to your SSP investment elections in effect at that time.

Company matching contributions (and any earnings) are tax-deferred until you receive a Plan distribution.

Publication Date: June 10, 2008

**Company Matching Contributions Example** – The following example shows the annual Company matching contribution on various combinations of 401(k) pre-tax contributions and Roth post-tax contributions. It assumes annual pay of $50,000.

*All Company matching contributions are tax deferred until they are distributed to you from the Plan.*

| 401(k) Pre-Tax Contribution | Roth Post-Tax Contribution | Your Total Annual Contribution | Annual Company Matching Contributions |
|---|---|---|---|
| 3% of pay -- $1,500 | -0- | 3% of pay -- $1,500 | 3% of pay -- $1,500 |
| -0- | 3% of pay -- $1,500 | 3% of pay -- $1,500 | 3% of pay -- $1,500 |
| 2% of pay -- $1,000 | 2% of pay -- $1,000 | 4% of pay -- $2,000 | 4% of pay -- $2,000 |
| 3% of pay -- $1,500 | 3% of pay -- $1,500 | 6% of pay -- $3,000 | 6% of pay -- $3,000 |
| 6% of pay -- $3,000 | -0- | 6% of pay -- $3,000 | 6% of pay -- $3,000 |
| -0- | 6% of pay -- $3,000 | 6% of pay -- $3,000 | 6% of pay -- $3,000 |

## True-up Match

The Company may make a "true-up" matching contribution to your account if you are unable to receive the full Company matching contribution during any pay period and again at the end of the plan year to be sure you receive the maximum matching contribution.

**True-up Match Example #1:**

**This example illustrates how the true-up works for a participant who contributes up to the IRS limit ($15,500 for 2008).**

Assume the following:

Eligible pay for the year is $200,000 or $16,667 per month

You elect to contribute 9%

As the following table illustrates, from January through October, you contribute $1,500 per month ($16,667 monthly eligible pay x 9% contribution rate) and you receive Company matching contributions of $1,000 per month ($16,667 monthly eligible pay x 6% x 100% Company matching contribution).

In November 2008, you can contribute only $500 due to the annual IRS savings limit ($15,500 in 2008.) If it weren't for the true-up match, you would receive only a $500 Company matching contribution for November (100% of $500) and, as a result, your total annual match would be only $10,500. The true-up match ensures that you receive the full 100% Company matching contribution on the first 6% of eligible pay you contribute, which equals a $12,000 annual Company matching contribution ($200,000 annual salary x 6% x 100% company matching contribution). The table below shows regular Company matching contributions along with true-up matching contributions for this example.

The SSP is an IRS tax-qualified plan—a plan that offers certain tax advantages to employees. The IRS limits how much compensation can be used in this type of plan for benefit purposes. That limit, which is adjusted periodically, is $230,000 in 2008. It may be necessary from time to time to modify or suspend your 401(k) contributions to the SSP to comply with IRS regulations. In such a case, you will be notified.

| Month | Accumulated eligible pay | Your 401(k) Deferrals | Accumulated 401(k) Deferrals as a % of Accumulated eligible pay | Company Match | True-up Match | Accumulated 401(k) Match as a % of Accumulated eligible pay |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

11

| January | $16,667 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
|---|---|---|---|---|---|---|
| February | $33,333 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| March | $50,000 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| April | $66,667 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| May | $83,333 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| June | $100,000 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| July | $116,667 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| August | $133,333 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| September | $150,000 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| October | $166,667 | $1,500 | 9.00% | $1,000 | $0 | 6.00% |
| November | $183,333 | $500 ($15,500 annual IRS savings limit reached) | 8.45% | $500 | $500 | 6.00% |
| December | $200,000 | $0 | 7.75% | $0 | $1,000 | 6.00% |
| **Total** | **$200,000** | **$15,500** | **7.75%** | **$10,500** | **$1,500** | **6.00%** |

**True-up Match Example #2**

**In this example we show how the true-up works for a participant who changes the level of contributions during the year**

Assume the following:

Eligible pay for the year is $90,000 or $7,500 per month.

You elect to contribute 20% of your monthly eligible pay beginning in January. However in June, you decide to change your deferral election to 4% and, in November you decide to change your contribution to 0%.

Annual cash incentive bonus paid in March is $10,000.

You elect to contribute 15% of your annual cash incentive bonus.

From January through May, you contribute $1,500 per month ($7,500 monthly eligible pay x 20% contribution rate). You receive Company matching contributions of $450 per month ($7,500 monthly eligible pay x 6% x 100% Company matching contribution) from January through May.

In March, you receive a cash incentive bonus of $10,000 and you elect to contribute 15% of this bonus amount to the SSP in March. You contribute a total of $3,000, $1,500 of your eligible pay and $1,500 of your cash incentive bonus ($10,000 one-time bonus x 15% contribution rate). You receive Company matching contributions of $450 + $600 ($10,000 one-time bonus x 6% x 100%) = $1,050

In June, let's assume that you elect to change your contribute percentage to 4%. You contribute $300 per month ($7,500 monthly eligible pay x 4% contribution rate). You receive Company matching contributions of $300 per month ($7,500 monthly eligible pay x 4% x 100% Company matching contribution).

In November, let's assume that you elect to change your contribution percentage again, but this time to 0%. You contribute $0 and receive $0 in Company matching contributions for November and December. If it weren't for the true-up match, you would not receive Company matching contributions in November or December and, as a result, your total annual match would be only $4,350.

The true-up match ensures that you receive the full 100% Company matching contribution on the first 6% of eligible pay you contribute, which equals a $6,000 annual Company matching contribution (($90,000 annual salary + $10,000 bonus) x 6% x 100% company matching contribution). You contributed 4.00%

12

percent from June through October (2% less than the full matching 6%), however, you had previously contributed greater than 6% during the months January through May, you are eligible for the full 6% Company match, as your accumulated contribution percentage at year end is 10.50%  As a result, your true-up match for June through October is calculated as $150 per month (($7,500 monthly eligible pay x 6%) - $300) Company matching contributions and your true-up match for November and December is calculated as $450 ($7,500 monthly eligible pay x 6%) for each month.  The table below shows regular Company matching contributions along with true-up matching contributions for this example.

| Month | Accumulated eligible pay | Your 401(k) Deferrals | Accumulated 401(k) Deferrals as a % of Accumulated eligible pay | Company Match | True-up Match | Accumulated 401(k) Match as a % of Accumulated eligible pay |
|---|---|---|---|---|---|---|
| January | $7,500 | $1,500 | 20.00% | $450 | $0 | 6.00% |
| February | $15,000 | $1,500 | 20.00% | $450 | $0 | 6.00% |
| *March | $32,500 | $3,000 | 18.46% | $1,050 | $0 | 6.00% |
| April | $40,000 | $1,500 | 18.75% | $450 | $0 | 6.00% |
| May | $47,500 | $1,500 | 18.95% | $450 | $0 | 6.00% |
| June | $55,000 | $300 | 16.91% | $300 | $150 | 6.00% |
| July | $62,500 | $300 | 15.36% | $300 | $150 | 6.00% |
| August | $70,000 | $300 | 14.14% | $300 | $150 | 6.00% |
| September | $77,500 | $300 | 13.16% | $300 | $150 | 6.00% |
| October | $85,000 | $300 | 12.35% | $300 | $150 | 6.00% |
| November | $92,500 | $0 | 11.35% | $0 | $450 | 6.00% |
| December | $100,000 | $0 | 10.50% | $0 | $450 | 6.00% |
| **Total** | **$100,000** | **$10,500** | **10.50%** | **$4,350** | **$1,650** | **6.00%** |

* March includes the cash incentive bonus assumptions.

## *Catch-up Contributions*

For each calendar year beginning with the year you reach age 50, if you have elected to contribute the maximum annual amount allowed by the SSP (50% of your Eligible Pay or $15,500 in 2008, whichever is lower), you may make additional *catch-up* contributions to the SSP. They're called catch-up contributions because they help you "catch-up" on years that your contributions may have been subject to lower limits. This is an opportunity to enhance your retirement savings and lower your taxes.

If you are eligible in 2008, you may contribute up to an additional $5,000 to your SSP account. This catch-up contribution limit may increase in future years as it is indexed by the IRS for inflation. Be sure to review your election at the end of each year.

Catch-up contributions can be made to your 401(k) or Roth Account.  Catch-up contributions to your 401(k) Account are made on a pre-tax basis for federal and most states' income tax purposes; currently some states will not defer taxes on catch-up contributions.  Catch-up contributions to your Roth Account will be made on a post-tax basis. You may want to seek advice from your financial or tax advisor before deciding if you should elect a catch-up contribution.

13

Publication Date: June 10, 2008

If, at the end of the year, your SSP contribution has not been maximized (for 2008, reached 50% of your base salary or $15,500, whichever is lower) all or a portion of your catch-up contribution will be "re-characterized" as regular 401(k) pre-tax contributions or Roth post-tax contributions as appropriate.

**BE CAREFUL WHEN YOU ELECT CATCH-UP CONTRIBUTIONS!** The Company does **NOT** match your catch-up contributions. Even if you have elected to make catch-up contributions and these contributions are "re-characterized" as 401(k) contributions because you have not reached your 401(k) limits, these "re-characterized" contributions will **NOT** be matched.

Whatever amount is left over will be considered your catch-up contribution for the year.

---

**How to Elect Catch-up Contributions**

You may make, change or cancel your catch-up contribution election at any time by logging on to the State Street Benefits Center Website at http://statestreet.csplans.com, selecting the "Salary Savings Program 401(k)" option and using the "Change Contributions" option of the "Contributions" section. You may also call the State Street Benefits Center VRU at 1-800-985-3863. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708. Any changes you make to your contribution percentage will take effect within two pay periods, depending on when you make the change.

Before you make the change, calculate the **dollar amount** (rather than the percentage) you want deducted from **each paycheck** to reach your annual catch-up contribution goal amount. To do so, divide the contribution amount by the number of pay periods remaining in the year. Remember that payroll is normally processed at least a week before a pay date. Please refer to the chart in the "Forms" section of the Website to determine how many pay periods remain in the calendar year, based on the date you are making your election.

The amount you enter will be deducted from each of your paychecks until you reach the annual limit or until you change the dollar amount of your election. If, by mistake, the deduction amount you enter would exceed the net pay in your paychecks, no deduction will be taken and you will have to correct your election in order to have any catch-up deductions.

Your election will remain in effect until you change it. You should review this election every year to ensure that you maximize your catch-up contribution election.

---

## *Performance-Based Contributions*

♦ If State Street meets and exceeds certain financial goals it sets, the Company may, at its discretion, contribute up to 5% of your base pay (including shift differential and overtime) to the Plan on your behalf. To be eligible for the performance-based contributions, you must be (i) hired prior to October 15 of the year in which the contribution is earned and (ii) actively employed on December 31 of the year in which the contribution is earned. However, if you die, retire or become disabled during that year and a performance-based contribution is paid by the Company, it will be made to your account.

♦ Regardless of whether you are making pre-tax 401(k) contributions and/or post-tax Roth contributions, if you meet the eligibility requirements above, you will receive any performance-based contributions paid by the Company.

♦ The amounts contributed to the Plan as performance-based contributions are tax-deferred and accounted for separately in the Plan.

14

Publication Date: June 10, 2008

♦ If you do not make an investment election, your performance-based contributions will be invested in the Target Retirement Date Fund that corresponds to your assumed target retirement year based on your birth date.

## *Rollover Contributions*

You may roll over into the SSP certain distributions you receive from another tax-qualified plan of a previous employer, including pre- and post-tax distributions and distributions from 403(b) and some 457(b) plans. *Roth contributions from another employer may not be rolled over in to the SSP at this time.* You may roll over directly from the other tax-qualified plan or from a "conduit" IRA. Any rollover from a "conduit" IRA must contain only money that came from another employer's qualified plan.

If you decide to roll over funds into the SSP, you avoid the 20% federal withholding (as well as a 10% penalty tax if applicable) that you would incur if you took the distribution as income. Your rollover (and any earnings) will be subject to any applicable taxes and penalties when you receive a Plan distribution. Contact a tax consultant to discuss all tax implications before making a rollover contribution.

## *Taxes on Your Contributions*

### 401(k) Account

Contributions to your *401(k) account* are deducted from your paycheck on a pre-tax basis—that is, before federal and most state income taxes are withheld. This reduces your income taxes during the year in which you make your contributions but does not reduce your Social Security tax withholding. Your Social Security benefits are not affected by your participation in the SSP. And, although your pay is reduced for income tax purposes when you make pre-tax 401(k) contributions, these contributions do not reduce your other pay-related benefits, such as life insurance. You will not have to pay income taxes on your pre-tax 401(k) contributions and their earnings, and Company contributions and their earnings until you receive a Plan distribution.

### Roth Account

Contributions to your *Roth account* are deducted from your paycheck on a post-tax basis, meaning they are subject to current federal and state income taxes. However, later, when Roth contributions are distributed to you, you will not be taxed on any Roth contributions.  In addition, earnings on Roth contributions will not be taxed if the first Roth contribution has been in a qualified plan for at least five taxable years and you meet certain additional IRS requirements, such as having reached age 59½ when the distribution is made or you elect a direct rollover of your Roth 401(k) account to a Roth IRA or another employer's plan Roth account.  For this purpose, the five taxable year period begins on the first day of the taxable year of which you made your first Roth Contribution to the Plan and ends when five consecutive taxable years have ended.  (See the **Roth Withdrawals** section for more information.)

### Tax Credit for Savers

You may qualify for a tax credit if you make contributions to eligible retirement savings plans, including 401(k) plans like the SSP, 403(b) and 457 plans, and IRAs. This is a credit (a reduction in the amount you owe) that you can claim on your federal income tax return, and it applies to your first $2,000 in retirement savings plan contributions (reduced by any taxable plan withdrawals or distributions during the year and the preceding two years). The actual amount of your credit is expressed as a percentage and is based on your tax filing status and adjusted gross income (AGI) as shown below:

Publication Date: June 10, 2008

| Tax Credit | Joint Return AGI | Single (other filers) AGI | Head of Household AGI |
|---|---|---|---|
| 50% | Less than $30,000 | Less than $15,000 | Less than $22,500 |
| 20% | $30,001 - $32,500 | $15,001 - $16,250 | $22,501 - $24,375 |
| 10% | $32,501 - $50,000 | $16,251 - $25,000 | $24,376 - $37,500 |
| 0% | Over $50,000 | Over $25,000 | Over $37,500 |

If you take this tax credit, you can still deduct your contributions to a qualified retirement savings plan as allowed under current law. For complete details, please contact your tax or financial advisor.

# Vesting

You are always 100% vested in your pre-tax 401(k) account and Roth account.  On or after January 1, 2008, the Company matching contribution account and performance-based contribution account are 100% vested upon completion of one full year of employment with State Street or a subsidiary or affiliate of State Street's controlled group.  Your company accounts will also be fully vested if, while you are still employed at State Street or a Participating Employer, you leave the Company after attaining Normal Retirement Age (65), die or become permanently disabled.  This means that the money in your account is yours and that you have a right to receive the full value of your account when you qualify for a Plan distribution, unless a valid qualified domestic relations order (QDRO) has granted an interest in your account to another person.

# Investment Options

Whether you are a participant or a beneficiary of a deceased participant, the SSP gives you the opportunity to invest your contributions, the Company matching contributions, the performance-based contributions and any rollover amounts among several investment options.

> **Investment Decisions Are Your Responsibility**
>
> Under U.S. Department of Labor regulations, the SSP qualifies as a Section 404(c) plan, and neither State Street nor the Plan fiduciaries are responsible for the consequences of your investment decisions.

As you make your investment decisions, you may want to contact a financial planner or an investment counselor or consider getting investment advice from Financial Engines[®].

### Financial Engines[®]

Financial Engines is a retirement and investment-planning tool available to SSP participants through the Financial Engines Investment Advisor service. This on-line program puts sophisticated financial analysis at your fingertips. This tool may help you answer these important questions:

- ♦ Will I have enough money to retire?
- ♦ How should I invest my account balance?
- ♦ What should I do if my situation changes?

This service incorporates the same investment techniques used for years by some of the largest pension fund managers. This sophisticated technology is designed to help you improve your chance of reaching your retirement goal using your available fund balances in the SSP. To help you stay on track, the Advisor

service projects the performance of your SSP investments, tracks each investment every day and even recommends specific funds and how much to invest in each.

---

**How to Access Financial Engines**

Please click on the Financial Engines® link, which can be found on the "Balances," "Contributions," or "Manage Investments" screens on the "Salary Savings Program 401(k)" option of the Website at http://statestreet.csplans.com.

---

The Advisor service is not a feature of the SSP. If you have problems using Financial Engines, you may call them directly at 1-888-624-9055 between 9:00 a.m. and 9:00 p.m. Eastern Time. You may want to consult a financial planner in addition to using Financial Engines.

## Investment Information

You can find detailed information about the SSP investment options on the State Street Benefits Center Website at http://statestreet.csplans.com at the "Salary Savings Program 401(k)" option or you may contact a Participant Service Representative at 1-800-985-3863 to request Fund Fact Sheets for each commingled fund. Fund Fact Sheets contain a description of the fund objectives, a list of the assets, information on past performance, and a description of annual operating expenses (investment management fees).

## Overview of Investment Funds

The SSP funds offer a wide range of investment choices that vary in their potential growth rate and risk. These funds are managed by the SSgA Division of the Company.

You may choose to invest your contributions and Company contributions in any combination of the following funds (your election must be in 1% increments and must total 100%):

| Core Funds | Target Retirement Date Funds | Brokerage Option | Company Stock |
|---|---|---|---|
| ▪ Short Term Investment Fund (STIF)<br>▪ Principal Preservation Fund<br>▪ Daily Bond Market Index Fund<br>▪ S&P® 500 Index Fund<br>▪ Matrix Equity Fund<br>▪ Growth & Income Fund<br>▪ S&P® MidCap Index Fund<br>▪ Russell 2000® Index Fund<br>▪ International Index (EAFE) Fund | ▪ Target Retirement Date Income Fund<br>▪ 2010 Target Retirement Date Fund<br>▪ 2015 Target Retirement Date Fund<br>▪ 2020 Target Retirement Date Fund<br>▪ 2025 Target Retirement Date Fund<br>▪ 2030 Target Retirement Date Fund<br>▪ 2035 Target Retirement Date Fund<br>▪ 2040 Target Retirement Date Fund<br>▪ 2045 Target Retirement Date Fund<br>▪ 2050 Target Retirement Date Fund | ▪ Self-Managed Brokerage Account (SMBA) | ▪ State Street Corporation ESOP Fund |

**If you do not make an investment election, your contributions will be invested in the Target Retirement Date Fund that corresponds to your assumed target retirement year based on your birth date.**

17

**The Importance of Diversification**

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return while minimizing your overall risk of losing money. This is because market or other economic conditions that may cause one category or asset, or one particular security, to perform well often causes another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to manage investment risk.

> **Remember:  Investment Decisions Are <u>Your</u> Responsibility.**

## *A Closer Look at the Funds*

Following is an overview of the SSP investment options.  Fund Fact Sheets are located at the end of this document.

> Additional information on each of the funds is available on the State Street Benefits Center Website at http://statestreet.csplans.com by following these steps:
>
> - Under "Select a Plan" click on the "Salary Savings Program 401(k)" option
> - Select "Plan Investments" (see first tab on top of page)
> - Select "Fund Information"

**Core Funds**

- **Short Term Investment Fund**—Seeks to maintain a diversified portfolio of short-term securities by investing in high-quality money market securities and other short-term debt instruments.

- **Principal Preservation Fund**—Seeks to preserve principal without market value fluctuations while maintaining a rate of return comparable to other similar fixed income investments.  You should note that no direct transfers of existing balances are permitted from the Principal Preservation Fund to the Short Term Investment Fund, the Daily Bond Market index Fund or the Self-Managed Brokerage Account.  You must transfer principal preservation Fund balances to another SSP investment fund for a minimum of 90 days prior to moving to one of the funds named here.

- **Daily Bond Market Index Fund\***—Seeks to closely match the returns of the Lehman Brothers Aggregate Bond Index®, which invests primarily in U.S. Treasury, Agency, corporate bonds and mortgage-backed securities.

- **S&P® 500 Index Fund**\*—Seeks to closely match the performance of the Standard & Poor's (S&P's) 500® Index by investing in the same 500 stocks that comprise the Index in proportion to their weighting in the Index. The 500 Index is made up of 500 top companies with established track records, including State Street.

---

\* Lehman Brothers Aggregate Bond® Index is a registered trademark of Lehman Brothers, Inc.  Standard & Poor's S&P 500® Index is a registered trademark of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and has been licensed for use by State Street Bank and Trust Company.  Standard & Poor's S&P MidCap 400® Index is a registered trademark of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and has been licensed for use by State Street Bank and Trust Company. The Russell 2000® Index is a trademark of the Frank Russell Company. The MSCI EAFE® Index is a trademark of Morgan Stanley Capital International.

Publication Date: June 10, 2008

- **Matrix Equity Fund—**Seeks to outperform the Standard & Poor's (S&P's) 500® Index over the long term, while delivering similar characteristics as the Index by using a systematic investment discipline incorporating uncorrelated security evaluation measures.

- **Growth & Income Fund**—Seeks to outperform the Standard & Poor's (S&P's) 500® Index over the long term through investment in large capitalization stocks for long-term capital appreciation, while managing risk across all market cycles.

- **S&P® MidCap Index Fund**\*—Seeks to match the performance of the Standard & Poor's (S&P's) MidCap 400® Index closely by investing in the same 400 stocks that comprise the Index in proportion to their weighting in the Index. The 400 Index is made up of medium-size companies not included in the S&P 500 Index.

- **Russell 2000® Index Fund**\*—Seeks to match the performance of the Russell 2000® Index by investing in all 2,000 stocks that comprise the Index in proportion to their weighting in the Index. The Russell 2000® Index represents the smallest two-thirds of the 3,000 largest U.S. companies based on total market capitalization.

- **International Index (EAFE) Fund**\*—Seeks to match closely the returns of the Morgan Stanley Capital International Europe, Australasia, Far East (MSCI EAFE®) Index. This Index consists of stocks from 20 countries outside of North America and represents about 60% of the total market value of all publicly traded stocks in those countries.  You should note that this fund has a 30-day re-entry restriction which means that once you have transferred all or part of your account out of the EAFE Fund, you would not be able to transfer part or all of your account back into the EAFE Fund within 30 calendar days of the last prior transfer out.  (This rule does not apply to new contributions being invested into the fund – only transfers in or out of the EAFE Fund.)

## Target Retirement Date Funds

Target Retirement Date Funds invest in a combination of U.S. stocks, U.S. bonds and international stock index funds. They are designed for investors who seek a single investment vehicle that provides diversification through balanced exposure across the major global asset classes.

Over time, the stock allocation of the Target Retirement Date Funds decreases and the bond allocation increases, moving from an aggressive mix to a conservative mix as the target retirement date approaches. The Target Retirement Date Funds are a good investment option if you prefer professional oversight and automatic rebalancing of your account balance instead of having to choose your own asset mixes and the best time to rebalance.

The investment objective of the Target Retirement Date Funds is to provide you as an investor with an appropriately balanced fund that matches your time horizon to retirement. The Funds seek to meet retirement goals through a combination of capital appreciation and income. As your time horizon to retirement shortens the Funds automatically shift as well, from aggressive to conservative, without any action on your part.

Each Target Retirement Date Fund has a name that includes a specific year corresponding to an investor's approximate year of retirement – or the year in which the investor plans to begin withdrawing money from the portfolio (i.e., the name of the fund reflects the assumed year of retirement except the Income Fund which assumes retirement in 2007 or earlier). Generally, you would choose the Target Retirement Date Fund that most closely matches the year you expect to retire, the so-called "target retirement year."

The Target Retirement Date Funds include:

---

Publication Date: June 10, 2008

| | |
|---|---|
| Target Retirement Date Income Fund | 2007 or earlier |
| 2010 Target Retirement Date Fund | 2008 – 2012 |
| 2015 Target Retirement Date Fund | 2013 – 2017 |
| 2020 Target Retirement Date Fund | 2018 – 2022 |
| 2025 Target Retirement Date Fund | 2023 – 2027 |
| 2030 Target Retirement Date Fund | 2028 – 2032 |
| 2035 Target Retirement Date Fund | 2033 – 2037 |
| 2040 Target Retirement Date Fund | 2038 – 2042 |
| 2045 Target Retirement Date Fund | 2043 – 2047 |
| 2050 Target Retirement Date Fund | 2048 or later |

*For example, if you are currently 40 years old, and you plan to retire between 2028 (age 60) and 2032 (age 64), you would likely select the* **2030 Target Retirement Date** *Fund.*

These Funds are managed by the SSgA Division of the Company.

## The Self-Managed Brokerage Account (SMBA)

The Self-Managed Brokerage Account (SMBA) is a brokerage option that gives you access to a wide range of investments including stocks (equities), fixed income vehicles and mutual funds, through State Street Global Markets, LLC. If your total SSP account balance is at least $10,000 (net of any outstanding loan balance), you may transfer part of your existing account balance to the SMBA. The SMBA option should be selected only by participants knowledgeable of investing.

As you consider a Self-Managed Brokerage Account, keep the following in mind:

- **You may not make direct contributions to a SMBA**. If you wish to invest in the SMBA you can transfer of all or a part of your account balance from another investment option under the SSP into the SMBA. Transfers generally can be made on any day that the NYSE is open.

- At this time, SMBA cannot be used as an investment choice for your Roth post-tax account.

- Any transfer into your SMBA cannot cause your SMBA account to exceed **30%** of your total SSP account balance (minus any outstanding loan balances). Transfers must be made in dollar increments.

- If the total valuation of your SMBA exceeds **30%** of your total SSP account balance (most likely due to market fluctuations), you will not be allowed to make further transfers to the SMBA account.

- To establish an SMBA, an initial minimum transfer of $2,500 from your SSP account into your SMBA is required. Thereafter, the minimum transfer transaction into your SMBA is $1,000.

- Any funds you direct to this investment option and all cash dividends and distributions are automatically invested in the Money Market Fund pending purchase of securities. You should request and review the prospectus for any fund within the SMBA before investing.

- You may transfer balances into your SMBA from the other SSP investment options only once per business day.

- You may execute transactions within your SMBA on any business day (excluding stock market holidays). To place trades, obtain quotes or request information about your SMBA, visit the On-line Trading Website at [www.fiibg.com/my/citistreet](www.fiibg.com/my/citistreet). To access the site, the system will prompt you for

Publication Date: June 10, 2008

a User Identification Number (User ID) and a Personal Identification Number (PIN) or call an SMBA representative at 1-877-505-6279. This information will be sent to you directly from State Street Global Markets once you open an SMBA. On-line trading services allow you to retrieve information on your SMBA, access market information and place trades at your convenience.

- There is a variable sales load associated with load mutual funds and a flat transaction fee on no-load funds.

- Loans and withdrawals are not permitted directly from the SMBA; assets must first be transferred into the SSP fund(s) of your choice prior to the transaction. Please refer also to the Distribution Options for Balances in the SMBA section.

- You may not engage in margin trades, short sales or third-party sales under this option, and you may not invest in tax-exempt mutual funds, tax-exempt bonds, unit investment trusts, futures, commodities, options, limited partnerships, private placements, individual foreign securities and certain bank and insurance investments.

To open an SMBA, you can download the application from the "Forms" section of State Street Benefits Center Website at http://statestreet.csplans.com in the "Salary Savings Program 401(k)" option or you may also call the State Street Benefits Center VRU at 1-800-985-3863 to request an SMBA application. Please read the Fund Fact Sheet and customer agreement (attached to the application) carefully. Complete the application and return it to the address on the form.

## Company Stock

The State Street Corporation ESOP Fund gives you the opportunity to become an owner of the Company and share directly in its financial performance by investing in State Street Corporation common stock. Because the Fund is considered to be an ESOP (Employee Stock Ownership Plan), the Corporation is allowed to take a tax deduction on all dividends paid to the ESOP.

You may not make direct payroll contributions to the ESOP Fund.  If you wish to invest in the ESOP Fund you can transfer all or a part of your account balance from another investment option under the SSP into the ESOP Fund. Transfers generally can be made on any day that the NYSE is open.

The Plan limits the amount you can invest in the ESOP Fund to **25%** of your account balance.  If as of January 1, 2007 you were already invested in the ESOP Fund and your account balance exceeded the **25%** limit,

- You will not be allowed to make further investments transfers into this Fund until the balance falls below the 25% limit; and

- If you did not change your ESOP contribution election instruction, your future contributions were placed in the Target Retirement Date Funds applicable for your age.

If you have funds invested in the ESOP Fund, you have several options for your ESOP dividends:

- Reinvest dividends paid on State Street common stock into the ESOP Fund; or

- Take a quarterly distribution of your dividends in cash. If you would like to have dividends paid to you in cash, you may go to the State Street Benefits Center Website at http://statestreet.csplans.com, select the "Salary Savings Program 401(k)" option and use the "Dividends" option in the "My Account" section. You may also call the State Street Benefits Center VRU at 1-800-985-3863. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708. Any changes you make to your contribution percentage will normally take effect within two pay periods.

If you do nothing, the dividends will be reinvested in the ESOP Fund.

21

Publication Date: June 10, 2008

If you elect to receive the dividends in cash, they will be paid to you by a check sent to your home as soon as possible after they are received by the SSP. (Currently State Street pays dividends on the fifteenth day of the first month of a quarter.) The dividend payments will be subject to federal and state income taxes in the year they are paid to you and will be reported on Form 1099-DIV at year-end for tax-reporting purposes. Income taxes will not be withheld from the payment; you will be responsible for any taxes due. There will be no early withdrawal penalty and you may not roll over the dividends into another retirement plan or IRA.

You may change your ESOP dividend election at any time. The election on file as of 4:00 p.m. Eastern Time on the last business day before the dividend payment date will be used to determine the treatment of your dividend.

---

**For More Complete Fund Descriptions**

Please see the "Fund Information" section of the State Street Benefits Center Website http://statestreet.csplans.com in the "Salary Savings Program 401(k)" option for more complete descriptions of the funds, including Fund Fact Sheets and up-to-date fund returns, or call the State Street Benefits Center Voice Response Unit (VRU) at 1-800-985-3863. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708.

---

## *Special Investment Guidance in the SSP*

### Limitations on Investments

As you make your elections, please note that investments in the SSP:

- Are not deposits or obligations of, or guaranteed by, State Street Corporation or any of its affiliates, including State Street Bank and Trust Company, State Street Global Markets, LLC, or the SSP;

- Are not bank deposits or guaranteed by the Federal Deposit Insurance Corporation, the Federal Reserve Bank or any other federal agency; and

- Involve investment risks, including the possible loss of principal. (Investment performance is reported net of fees and expenses. Results are calculated on an annualized basis for one-, three- and five-year periods.)

The Company may add or delete funds or other investment alternatives at any time. In addition, the investment objectives, procedures and restrictions are subject to change at any time.

### Your Rights

You have the right to obtain copies of the Fund Fact Sheets upon request. They contain the following information**:**

- A description of the fund's objectives;

- A description of the annual operating expenses of each fund that reduce the rate of return to participants and beneficiaries, and the total amount of those expenses expressed as a percentage of average net assets of the fund;

- A list of the major assets comprising the portfolio of each fund; and

- Information concerning the past and current investment performance of the funds, determined net of expenses.

Publication Date: June 10, 2008

## *Changing Your Investments*

You may change how your future contributions are invested or reallocate your account balances among investment options—in 1% increments—on a daily basis. You may make these changes through State Street Benefits Center Website at http://statestreet.csplans.com by selecting the "Salary Savings Program 401(k)" option and using the "Manage Investments" section. You may also call the State Street Benefits Center VRU at 1-800-985-3863.

Fund transfers made before 4:00 p.m. Eastern Time will be effective by the close of the same business day. Transfers made at or after 4:00 p.m. Eastern Time will be effective by the close of the next business day. You may cancel a transaction if you do so before 4:00 p.m. Eastern Time on the same business day. You will receive a confirmation statement in the mail after any change.

**Special Transfer Restrictions**: The following special restrictions apply to transfers of existing balances in the following funds.

- Principal Preservation Fund - No direct transfers of existing balances are permitted from the Principal Preservation Fund to the Short Term Investment Fund, the Daily Bond Market Index Fund or the Self-Managed Brokerage Account. You must transfer Principal Preservation Fund balances to another SSP investment fund for a minimum of 90 days prior to moving to one of the funds named here.

- International Index (EAFE) Fund – You should note that this fund has a 30-day re-entry restriction which means that once you have transferred all or part of your account out of the EAFE Fund, you would not be able to transfer part or all of your account back into the EAFE Fund within 30 calendar days of the last prior transfer out.  (This rule does not apply to new contributions being invested into the fund – only transfers in or out of the EAFE Fund.)

## *Fund Performance*

Fund performance information is available through the Website at http://statestreet.csplans.com if you select the "Salary Savings Program 401(k)" option and the "Manage Investments" section. You may also call the State Street Benefits Center VRU at 1-800-985-3863.

## *Fees*

The following fees apply to the SSP:

- **Investment management fees.** Each SSP investment fund charges an investment management fee, which you pay directly by having the fee deducted from the fund's returns. Investment management fees are computed using basis points. One basis point equals 1/100 of a percent. For example, 50 basis points equals 50/100 or 1/2 of 1% or .50%. If a fund charges a fee of .50% and has an annual return of 10%, then the return posted to your account would be 9.50% (10% - .50% = 9.50%).

- **SMBA fees.** Fees associated with the SMBA are addressed in the SMBA Fund Fact Sheet, or may be obtained by speaking with an SMBA service representative.

- **Administration and recordkeeping fees.** The SSP also is charged with most costs associated with Plan administration, including preparation of employee communications, proxy materials, and audit fees. Recordkeeping fees include expenses for dedicated service providers, communication materials and the Financial Engines Investment Advisor Service. The total annual cost, estimated at 6 basis points, will accrue on a daily basis and be reflected in the SSP's investment returns. (A basis point is 1/100 of 1%, so 6 basis points is equal to .06%.)

23

Please see the Fund Fact Sheets in the "Fund Information" section of the Website for each fund's fees. You may also request the Fund Fact Sheets for each fund by contacting a Participant Service Representative.

## *Daily Valuations*

Your SSP account is valued each day that the New York Stock Exchange is open. This daily valuation will update your account to reflect earnings, gains and losses on your pre-tax 401(k) contributions, your Roth post-tax contributions, and Company contributions, loan activity and withdrawals, or any other type of contribution. You may obtain account information anytime through the Website at http://statestreet.csplans.com if you select the "Salary Savings Program 401(k)" option and use the "Manage Investments" section. You may also call the State Street Benefits Center VRU at 1-800-985-3863.

# Accessing Your SSP Account

Subject to SSP rules, most Plan transactions and information requests can be made 24 hours a day, 7 days a week through the Website at http://statestreet.csplans.com if you select the "Salary Savings Program 401(k)" option or call the State Street Benefits Center VRU at 1-800-985-3863. To access either, you will need your ID number (*i.e.*, employee badge number or Social Security number) and your Personal Identification Number (PIN). Once you have access, you may:

- ♦ Access information about your account balances, including balances by investment fund, your savings percentage, current investment elections and amounts available for withdrawal;

- ♦ Make changes, such as changing your PIN, your savings percentage the deferral percentage for your annual cash bonus and your investment elections for future contributions;

- ♦ Transfer existing balances from one fund to another;

- ♦ Receive information on loans (how much you can borrow, any outstanding loan balance, loan interest rates) and model or apply for a loan;

- ♦ Access an SMBA representative; and

- ♦ Request forms and information, such as rollover forms, hardship withdrawal applications, beneficiary and distribution forms, and SSP fund information.

If you call the VRU, Participant Service Representatives (PSRs) are available Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time, except on New York Stock Exchange holidays. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708.

Transactions completed before 4:00 p.m. Eastern Time will be processed as of the close of the same business day. Transactions completed at or after 4:00 p.m. Eastern Time will be processed at the close of the next business day.

## *Account Statements*

You may view your SSP statement anywhere, any time from the Website at http://statestreet.csplans.com if you elect the "Salary Savings Program 401(k)" option. You may set the date parameters you would like to see (quarterly, annual, year-to-date, *etc.*) and print your statement from your computer, at home or at work. The statement will detail the value of your account and any account activity during the period. You can also download your SSP account information to Quicken® or Microsoft Money®, two popular personal financial management software programs.

You may also request a statement at any time by calling the State Street Benefits Center VRU at 1-800-985-3863. Participant Service Representatives (PSRs) are available Monday through Friday, 8:00 a.m. to 8:00

Publication Date: June 10, 2008

p.m. Eastern Time, except on New York Stock Exchange holidays. If you are calling from outside the United States, you must call 617-479-4211. Hearing impaired participants may call the TDD number at 1-800-579-5708.

Paper statements with December 31 figures will be mailed to you once per year, generally within several weeks after year end.

# Borrowing or Withdrawing from Your Account

While you are employed at State Street, you have access to your SSP account through loans and certain withdrawals.

## *Loans*

Although the SSP is designed for long-term savings, you can borrow from the Plan to meet short-term financial needs if you are an active employee. The SSP's loan feature lets you borrow from your SSP account for any reason, and continue to defer taxes on these funds as long as you repay the amount plus interest when due into your SSP account. This means that the money you borrow from your account is not taxable when it is borrowed but will become taxable if you default on your loan. You must repay the loan through monthly automatic payroll deductions, unless you pay the outstanding balance early.

### Amount of Loans

The minimum amount you may borrow is $1,000.  You may borrow up to 50% of your vested account balance, to a maximum of $50,000, reduced by the highest outstanding loan balance during the preceding 12 months, and any defaulted loans, including accrued interest on defaulted loans. Any balances in the SMBA are not available for a loan and are not considered in determining the amount available for a loan.

You may have two outstanding loans at a time.

### Security Interest

You must execute a promissory note in which you agree to repay your loan in equal payroll deductions (except for the last one) of principal and interest. In addition, you must pledge 50% of the vested interest in your SSP account (up to the amount borrowed) as security for your loan.

### Loan Funding

Your loan will be taken from the assets in your SSP accounts proportionately from each of your investment options (excluding the SMBA) by source. Source refers to the type of contribution originally made into your account. The sources in the SSP, in the order of hierarchy for loans, are:

- ♦ 401(k) Pre-Tax Contributions (including all 401(k) and Catch-Up contributions);
- ♦ Rollover Contributions;
- ♦ Company Matching Contributions;
- ♦ Performance-Based Contributions
- ♦ Prior Company Matching Contributions
- ♦ Roth Post-Tax Contributions; and
- ♦ Employee Pre-1987 Post-Tax (TIP) Contributions.

25

## Interest Rate on Your Loan

The interest rate for loans is the prime rate, as quoted in the *Wall Street Journal* on the last business day of the prior month, plus 1%. The loan rate you receive when the loan is established remains fixed for the term of the loan.

## Loan Repayment

Your loan repayments, including interest, go directly into your SSP account, according to your current investment election. Just like your car or home loan payments, your SSP loan repayments, including interest, are made with after-tax dollars. If you are an active employee, the loan repayments will automatically be taken out of your paycheck.

You may prepay the entire outstanding loan balance by certified check at any time. However, partial prepayments are not allowed.

## Terms of Your Loan

Loans are available with different repayment periods, ranging from 12 months up to 60 months. If the loan is for the purchase of a primary residence, you may have up to 120 months for repayment.

For residential loans, you will be sent a promissory note. Within 30 days, you must sign and return the promissory note with a signed copy of the purchase and sale agreement before the loan in final.

## Late Loan Payments

In general, you will automatically be notified each time you are 30, 60 or 90 days late in your loan payments. Each notification will provide the repayment options that are available to you to prevent your loan from being defaulted.

If a scheduled payment is not made within 90 days of the due date, your loan will be in default and will be treated as a Plan distribution for tax purposes in the year that the distribution is made. If you default on a loan, the outstanding balance of the loan and the interest due on it through the date of default will be reported to the IRS as a taxable distribution to you in the year of the default. The distribution also may be subject to a 10% federal early withdrawal penalty. Unless the defaulted loan is later repaid in full (through an offset of your account or otherwise), a defaulted loan will continue to count as a loan for purposes of determining loan availability.

## If You Terminate Employment

If you terminate employment for any reason prior to repaying a loan, and you do not fully repay the loan upon termination, you can make arrangements with the State Street Benefits Center on behalf of the Plan to continue to repay your loan directly to the Trustee. If you do not continue to repay, the outstanding loan balance, and the interest due on it through the date of default, will be reported as a taxable distribution to you.

## If You Are on an Unpaid Leave of Absence

If you are on an approved unpaid medical leave of absence, your loan repayments may be suspended for up to six months. During this period, interest will continue to accrue on the outstanding loan balance. At the end of the suspension period, outstanding loan payments plus interest will be due unless another agreement is made with the Plan Administrator.

Please see the Loans While on Military Leave section for special provisions that apply to loans while on qualified military leave of absence.

26

Publication Date: June 10, 2008

For all other unpaid leaves of absence, your obligation to continue making loan repayments continues. You are responsible for sending the loan repayments via cashier's check to the State Street Benefits Center.

**How to Apply for a Loan**

To apply for a loan, log on to the Website at http://statestreet.csplans.com and select the "Salary Savings Program 401(k)" option or call the State Street Benefits Center VRU at 1-800-985-3863 to find out how much you can borrow and the applicable interest rate. You can also model different loan amounts and repayment schedules on the Website.

If your loan is approved, your loan check will be mailed to your home address within two to five days after your signed paperwork, as applicable, is received and approved.  (Note:  Residential loans require a signed copy of the promissory note along with a signed copy of the purchase and sale agreement before the loan is approved.)  There are no loan fees charged to participants in the SSP.

## In-Service Withdrawals

Due to the special tax advantages afforded by the SSP, IRS regulations limit your right to withdraw money from your SSP account while you are working and under age 59½. While you are an employee of State Street, these five in-service withdrawal options may be available to you:

- Rollover Withdrawals;
- Age 59½ In-Service Withdrawals;
- Disability Withdrawals;
- Post-Tax Withdrawals (available for pre-1987 Thrift Incentive Plan (TIP) balances); and
- Hardship Withdrawals.

The rules for withdrawals depend on the type of contributions that are to be withdrawn. Withdrawals are not permitted directly from the SMBA; you must first transfer the amount from the SMBA to one or more investment funds in the SSP of your choice prior to the withdrawal.

Following is a summary of these withdrawal options.

### Rollover Withdrawals

If you made a rollover contribution into the SSP, you may withdraw this contribution and any earnings, if applicable, at any time. Depending on your age, tax consequences may apply due to a withdrawal of your rollover contribution before you are age 59½.

### Age 59½ In-Service Withdrawals

Once you are age 59½ or older, you may withdraw all sources of contributions and any earnings, if applicable, with no tax penalty. Regular income taxes do apply unless you directly roll over your withdrawal and continue to defer taxes, or to the extent your withdrawal includes employee pre-1987 post-tax (TIP) contributions.

### Disability Withdrawals

If you become permanently disabled and are still employed by State Street, you may elect to withdraw up to your entire account balance at any time, for any reason. For purposes of the SSP, you are considered permanently disabled if you are either receiving Long Term Disability benefits

27

from the State Street Long Term Disability Plan or if you have been approved for disability benefits by the Social Security Administration.

## Roth Withdrawals

A distribution of earnings attributable to your Roth contributions (including earnings) is not taxable if the distribution is a "qualified distribution."  A distribution is a qualified distribution if it satisfies the following two conditions:

1. The distribution is made on or after the date you attain age 59 1/2 , die or become permanently disabled; <u>and</u>

2. The Roth contributions have satisfied the "five-year participations rule" (described below).

The five-year participation rule begins on the first day of the first taxable year in which you made a Roth contribution to the Plan and ends when five consecutive taxable years have been completed.

Here's an example:

Let's say your Roth account holds $10,000, consisting of $9,400 in contributions and $600 investment earnings and you terminate employment at age 40.  You can withdraw your account, but because you are younger than age 59 ½, the amount received is a nonqualified distribution: it will be treated partly as a tax-free return of contributions ($9,400) and partly as taxable investment earnings ($600).  The Roth account is treated as a "separate contract" for this purpose – the distribution of your pre-tax contributions and Company contribution accounts would be taxable.  Note that you can avoid current taxation of Roth account earnings by electing a direct rollover of your Roth account to a Roth IRA or another employer's plan Roth rollover account.

## After-Tax Withdrawals

If you contributed to the pre-1987 Thrift Incentive Plan (TIP), you may withdraw these post-tax contributions and any earnings, if applicable, at any time for any reason. Earnings on TIP contributions are taxable in the year of withdrawal. Payment of your post-tax contributions to you is not a taxable event since you already paid taxes on these contributions**.**

---

**How to Apply for Rollover, Age 59½, Disability and Post-Tax Withdrawals**

You may request any one of the above in-service withdrawals by calling the State Street Benefits Center VRU at 1-800-985-3863.

Withdrawals from the SSP are limited to the following contribution sources and are withdrawn (pro-rata from the funds) in the following source order:

- ♦ Employee Pre-1987 Post-Tax (TIP) contributions, plus earnings;*

- ♦ Roth Post-Tax Contributions;

- ♦ Rollover Contributions, plus earnings;*

- ♦ Prior Company Matching Contributions;

- ♦  Performance-Based Contributions;

---

28

♦  Employee Pre-Tax Contributions, and

♦  Company Matching Contributions.

♦

Your withdrawal will be taken from each of the funds (excluding the SMBA) in which you have invested, in the same proportion that each fund represents to your total account balance.

**Keep in mind that once your withdrawal is processed,
the money cannot be returned to your account.**

*If your withdrawal can be satisfied solely with funds from these sources, it will not be considered a hardship withdrawal, since these funds are available for any reason through an After-Tax Withdrawal and/or Rollover Withdrawal.

## Hardship Withdrawals

You may request a hardship withdrawal to help meet one of the following financial needs:

♦  Purchase of your primary residence, excluding mortgage payments or refinancing;

♦  Tuition, related educational fees, and room and board expenses for the next 12 months of post-secondary education for you, your Federal Spouse, child, dependent or Beneficiary;

♦  Extraordinary uninsured medical expenses for you, your Federal Spouse, a dependent or Beneficiary;

♦  The payment of amounts necessary to prevent eviction from or foreclosure on the mortgage of your primary residence;

♦  To pay burial or funeral expenses for your deceased parent, Federal Spouse, children, dependent or Beneficiary; and

♦  To repair damage to your principal residence that would qualify for the casualty deduction under Section 165 of the Internal Revenue Code (determined without regard as to whether the loss exceeds 10% of adjusted gross income).

Hardship withdrawals are available to satisfy an immediate and heavy financial need, provided that you certify that this need cannot be satisfied with all other resources including the following:

♦  Distributions from all other In-Service Withdrawals available from the SSP or other qualified plans;

♦  Discontinuing Plan contributions and all other voluntary contributions to all other employee benefit plans, except for health and welfare plans;

♦  Loans from the SSP or other qualified plans;

♦  Liquidation of all other stocks, bonds or other securities or other assets easily converted to cash, including those held in your account in the State Street Equity Incentive Plan;

♦  Borrowing from commercial sources; and

♦  Insurance reimbursements.

Certification is made by completing and signing the Hardship Withdrawal form.

29

Publication Date: June 10, 2008

If you do not provide the required certification as explained above, a hardship withdrawal can be taken if you demonstrate your financial need and:

♦ All other distributions and non-taxable loans from the SSP (and all other qualified plans maintained by State Street) are not available or sufficient;

♦ Your SSP contributions are suspended for 12 months, beginning with the pay period after the hardship withdrawal is approved; and

♦ The IRS limit on the amount of your pre-tax contributions made in the calendar year following the year your withdrawal will be reduced by the amount you contributed in the previous year.

The withdrawal can include amounts necessary to meet federal, state and local taxes and tax penalties.

Hardship withdrawals from the SSP are limited to the following contribution sources and are withdrawn (pro-rata from the funds) in the following source order:

♦ Employee Pre-1987 Post-Tax (TIP) contributions, plus earnings;*

♦ Roth Post-Tax Contributions;

♦ Rollover Contributions, plus earnings;* and

♦ Employee Pre-Tax Contributions.

Your withdrawal will be taken from each of the funds (excluding the SMBA) in which you have invested, in the same proportion that each fund represents to your total account balance.

To find out how much you have available in your SSP for a hardship withdrawal, check the Website at http://statestreet.csplans.com by selecting the "Salary Savings Program 401(k)" option in the "My Account" section under "Withdrawals" or contact a Participant Service Representative at 1-800-985-3863.

---

**How to Apply for Hardship Withdrawals**

You may obtain a hardship withdrawal application by downloading the application from the "Forms" section of State Street Benefits Center Website in the "Salary Savings Program 401(k)" option at http://statestreet.csplans.com, or you may call the State Street Benefits Center VRU at 1-800-985-3863.

**Keep in mind that once your withdrawal is processed, the money**
**cannot be returned to your account.**

If your request is denied, you will be notified and the reason for the denial will be explained to you. You may appeal the decision by sending a written request for review to the U.S. Appeals Committee. See Claims and Appeal Procedures for more information about appealing the decision.

---

## Taxes on Any Withdrawals by an Active Employee

In general, taxable withdrawals of taxable amounts of $200 and more are subject to a mandatory 20% federal tax withholding (10% for hardship withdrawals) and any applicable state tax withholding. You may elect to have greater than the 20% (10% for hardship withdrawals) federal tax withheld on the pre-tax contributions at the time of withdrawal. You may also elect to waive the federal withholding on pre-tax

---

* If your withdrawal can be satisfied solely with funds from these sources, it will not be considered a hardship withdrawal since these funds are available for any reason through an After-Tax Withdrawal and/or Rollover Withdrawal.

Publication Date: June 10, 2008

contributions at the time of the hardship withdrawal. Roth post-tax contributions are not subject to tax at the time of distribution, but earnings on these amounts are unless the distribution is a qualified distribution.

If you are under age 59½, you may be subject to a 10% early withdrawal penalty on the taxable amount of your withdrawal.

You are responsible for understanding and planning for the tax implications of any withdrawal or distribution. It is recommended that you read the Special Tax Notice Regarding Plan Payments that is attached to your hardship withdrawal application and/or contact your financial/tax advisor before submitting the application.

# Distribution Options When Leaving the Company

Upon retirement or termination, you are entitled to a full distribution of your SSP account. Following your separation from service, you will receive notification mailed to your home address regarding how to request a distribution from your SSP account and how to obtain the Special Tax Notice Regarding Plan Payments.

## *Distribution Options*

If you have balances in the State Street Corporation ESOP Fund, you may elect to take the balance in cash or in whole shares (with any fractional share paid in cash). Partial distributions are not allowed.

Your distribution options depend on your account balance (including rollovers) on the date of your **separation from service**, as shown in the chart below.

Publication Date: June 10, 2008

| Account Balance | Payment Options |
|---|---|
| More than $5,000 | ▪ Take your entire account balance in a single lump sum payment;<br><br>▪ Take your entire account balance in a single lump sum payment as a direct rollover to an IRA, 403(b) plan, governmental 457 plan, or to the qualified defined contribution plan of another employer that accepts rollovers*;<br><br>▪ Take your entire account balance paid in part to you directly and in part as a direct rollover;<br><br>▪ Take your entire account in installments (see Installment Payments for eligibility and other details);<br><br>▪ Defer receipt of your SSP account until your required minimum distribution date (April 1 following the year that you reach age 70 1/2). |
| More than $1,000 but not more than $5,000 | ▪ You must submit a distribution form within 90 calendar days of your termination date and you may elect to:<br><br>– Take your entire account balance in a single lump sum payment;<br><br>– Take your entire account balance in a single lump sum payment as a direct rollover to an IRA, 403(b) plan, governmental 457 plan, or to the qualified defined contribution plan of another employer that accepts rollovers*;<br><br>– Take your entire account balance paid in part to you directly and in part as a direct rollover.<br><br>▪ If no form is received within 90 days, the Plan will automatically roll over your account balance to a traditional IRA held at Citibank, N.A. The IRA will be invested in an investment product designed to preserve principal and provide a reasonable rate of return and liquidity. Any fees and expenses will be paid from the IRA. |
| $1,000 or less | ▪ You must submit a distribution form electing a cash payment or direct rollover within 90 calendar days of your termination date.  If no form is received, your account will automatically be distributed to you in cash by check. |

* To rollover all or a portion of your Roth account to another Roth account, the rollover must be a direct rollover.

---

**How to Elect a Distribution**

A Termination Distribution Package, including a distribution form, will automatically be sent to you when you terminate employment. This package is also available from the "Forms" section at http://statestreet.csplans.com in the "Salary Savings Program 401(k)" option or you may call the State Street Benefits Center VRU at 1-800-985-3863.

Your account distribution is based on the valuation for the day the transaction is processed. Your distribution will be payable to you (or to a new trustee based on your instructions), and mailed to your home within 60 days after your completed application has been submitted and received.

## *Installment Payments*

If you are considered a retiree under the SSP at your termination of employment, you (or your Beneficiary if you die before electing a form of distribution) may elect installment payments.

To be considered a retiree:

- ♦ Your employment must end after you reach age 65 (your normal retirement date); or

Publication Date: June 10, 2008

♦ Your employment must end after you reach age 55 with 5 or more years of service with State Street. (**NOTE:** If you retired under the Voluntary Separation Program offered in 2003, you needed to be only age 50 with at least 5 years of service as of August 31, 2003.)

Please note, however, that if you are invested in an SMBA when you make your installment election, you must liquidate your SMBA account prior to making the election.

### Installment Period

You may select any installment period listed below, and you may select any payment amount you wish, as long as your election is within the maximum and minimum limitations allowed.

♦ The maximum number of years may not exceed your single life expectancy. If your beneficiary is making this election following your death, this maximum is measured based on your beneficiary's single life expectancy, not your life expectancy.

♦ The minimum installment amount you may receive must fall within the following guidelines:

| Period | Minimum Installment Amount |
|---|---|
| Monthly | $50 |
| Quarterly | $150 |
| Semi-annually | $300 |
| Annually | $600 |

### Changes to Installment Period

You may increase or decrease (but not below the applicable minimum dollar amount) the amount of your installment ONCE during each six-month calendar period until the account is fully paid to you.

♦ A change made from January 1 through June 30 will be effective on July 1.

♦ A change made from July 1 through December 31 will be effective on January 1.

### Changes to Installment Frequency Election

Once you elect the installment method of payment, you cannot suspend installments or change the frequency (for example, from annually to monthly). You may, however, request a lump sum distribution of the total remaining balance in your SSP at any time after installments have commenced.

### If You Are Rehired After Installments Begin

Once you elect the installment method of payment, you will continue to receive your installments even if you are rehired by State Street.

### Tax Considerations

All distributions, including installments, will have tax consequences for you. Installments over a period of 10 years or less have particular tax consequences. It is strongly recommended that you review these tax consequences with a tax expert, such as a tax accountant or financial advisor.

## *Deferring Distribution*

If your account balance is more than $5,000 and you choose to defer distribution of your SSP account, no action is needed on your part. Your balances will remain in the investments of your choice. You may

Publication Date: June 10, 2008

continue to transfer your account among the investment funds in the SSP through the State Street Benefits Center Website at http://statestreet.csplans.com, selecting the "Salary Savings Program 401(k)" option and then the "Manage Investments" section or via the State Street Benefits Center VRU at 1-800-985-3863.

You must, however, begin to receive annual required minimum distributions by the April 1 following the year you reach age 70½ (unless you are an active State Street employee at that time). You will be notified by mail when your annual required minimum distributions are scheduled to begin.

### *Distribution Options for Balances in the Self-Managed Brokerage Account (SMBA)*

If you have a balance in the SMBA, you must take an extra step before your SSP account can be distributed to you. You must liquidate or transfer your SMBA balance before your final SSP distribution will be processed. You have two options:

♦ You may sell your SMBA investments and transfer the cash proceeds into your SSP account and invest the proceeds among one or more investment funds in the SSP; or

♦ You may request an "in-kind" distribution from your SMBA in the form of a broker-to-broker transfer to your personal brokerage account at the brokerage firm of your choice.

To speak with an SMBA representative, call 1-877-505-6279.

### *Taxation of Distributions*

Your SSP account balance is considered taxable income by the IRS when it is received by you, except for any pre-1987 after-tax (TIP) contributions, qualified Roth post-tax contributions (see the Roth Withdrawal section for more information) and the investment earnings on the Roth contributions. Any taxable portion of your benefit that you receive as a lump sum payment may be subject to a mandatory 20% income tax withholding. In addition, if you are under age 59½ when you receive your distribution, your benefit may be subject to a 10% penalty tax in addition to income taxes. Generally, you may defer taxes and avoid tax penalties if you roll over the taxable portion of a lump sum distribution into an IRA or other tax-qualified plans that accept rollovers. Any balance in the TIP or other after-tax contributions may also be eligible to be rolled over. Your Roth account may be directly rolled over to another qualified plan with a Roth account that accepts rollovers, or a Roth IRA.

You will find a Special Tax Notice Regarding Plan Payments in your distribution materials. You are responsible for understanding and planning for the tax implications of any distribution. It is recommended that you read the Tax Notice and/or contact your financial/tax advisor before submitting the termination distribution form.

### *More Information About Distributions*

You may obtain a copy of the termination distribution package and the Special Tax Notice Regarding Plan Payments at any time by downloading (printing) a copy from the "Forms" section of the Website at http://statestreet.csplans.com in the "Salary Savings Program 401(k)" option, or by calling the State Street Benefits Center VRU at 1-800-985-3863.

# In the Event of Your Death

If you die before commencing benefits under the Plan, your account balance will be paid to your spouse or designated beneficiary in a lump sum payment as soon as practicable (usually within 90 days) after your death.

Publication Date: June 10, 2008

Your surviving spouse or alternate payee may choose to have your account balance paid as a direct rollover to an IRA or other eligible qualified plan that accepts rollovers.  In addition, your non-spouse beneficiary may choose to rollover your account balance to an IRA or annuity in the form of a direct trustee-to-trustee transfer.

If you had qualified for the installment payment option before your death and your account balance is more than $5,000, your beneficiary may choose between a lump sum payment and monthly installment payments for a period not to exceed his or her life expectancy.

If payments do not begin by December 31 of the year following the year of your death, the account will be fully distributed:

- ♦ Within five years of your death; or

- ♦ If you are age 70½ or older on the date of your death, as rapidly as the account would have been paid to you.

See the Your Beneficiary section for information about designating a beneficiary.

# If You Are on a Leave of Absence

This section explains how your SSP participation is affected by certain leaves of absence. See the What Happens When section to learn how other events affect your SSP participation.

## *If You Become Permanently Disabled*

For purposes of the SSP, you are considered permanently disabled if you are receiving Long Term Disability benefits from the State Street Long Term Disability Plan or if you have been approved for disability benefits by the Social Security Administration.

If you are an employee of State Street and you become permanently disabled (as defined above), you may continue to leave your account balance in the SSP and change your investment elections. You may also make a withdrawal from your account at any time by following the withdrawal procedures. You will no longer be able to make contributions to the SSP (and thus no Company matching contributions will be made to your account) because you are no longer receiving any pay from State Street.  However, you will continue to receive any performance-based contributions made by the Company until the earlier of (i) the date you withdraw your account balance from the Plan or (ii) the date you are no longer eligible for long term disability benefits.

## *If You Are on a Military Leave of Absence*

If your leave is granted for service in the armed forces of the United States, special provisions apply under the Uniformed Services Employment and Reemployment Rights Act of 1994, as amended. You may be entitled to a pay differential to compensate for the difference between your military pay and regular State Street pay for up to six months.

### How Your SSP Participation Is Affected

Your SSP participation depends on whether you are receiving differential pay:

- ♦ **If you are receiving differential pay,** SSP contributions (and Company matching contributions) will continue, unless you choose to change or suspend your contributions while on military leave.

- ♦ **If you are not receiving differential pay,** SSP contributions (and Company matching contributions) will stop.

Publication Date: June 10, 2008

You will continue to earn service for purposes meeting the vesting requirement for Company matching contributions and performance-based Company contributions.

If you return to work from a qualified military leave, within 90 days following reemployment you may elect to make up the appropriate elective contributions to the SSP. If you make up your contributions, the Company will also make up the appropriate Company matching contributions. All contributions must be made up over a period of three times the period of uniformed service, not to exceed five years.

**Loans While on Military Leave**

You are not required to make a loan payment during a qualified military leave until the earlier of:

- The date of your reemployment; or
- The end of your qualified military leave.

At the earlier of such time, you will be given information about your repayment options.

You may continue to make loan payments while on military leave via check or money order, or by payroll deduction if you are receiving differential pay. If you choose not to make loan payments during this period, the amount of interest you will owe on your outstanding loan balance will continue to grow.

## *If You Are on Another Type of Authorized Unpaid Leave of Absence*

If you are on an authorized unpaid leave of absence, your contributions and Company matching contributions will also stop until you return to work.

Your account balance will continue to be credited with earnings (or losses) during your leave. If you decide not to return to work, you may elect to receive your account balance, roll it over into another tax-qualified plan or leave it in the SSP. Please refer to the section titled Distribution Options When Leaving the Company.

# When Participation Ends

Your participation will end when you receive your entire account balance. If the Plan is terminated, all distributions and withdrawals will be made in accordance with the terms of the Plan in effect on the date of the Plan termination.

## *Forfeitures*

If your employment terminates prior to your becoming 100% vested in your Company matching contributions or your performance-based contributions, the non-vested portion of your contributions will be forfeited on the earlier of (i) the date you receive a distribution of your entire vested account balance or (ii) after five years have passed since your termination date.

## *If You Leave the Company and Are Rehired*

If you were previously a Salary Savings Program participant and left State Street, you will become eligible to participate again as soon as practicable after the first day you are reemployed and perform an hour of service as an eligible employee.

If you were eligible for Company matching contributions on your termination date, you will again be eligible on the date your Plan participation begins.

If you are rehired by State Street as an eligible employee within five years, any forfeited contributions from your prior participation in the SSP will be restored to your account (without interest).

36

# What Happens When

The SSP is designed to help and support you during the different stages and events in your life. This section provides an overview of how the SSP benefits are affected if you experience certain life events.

| What Happens When . . . | How Your SSP Participation May Be Affected |
|---|---|
| You get married | ◆ Your Spouse automatically becomes your beneficiary, unless he or she provides written, notarized consent to a different beneficiary. Any beneficiary designation you made before you were married automatically becomes invalid. |
| You get divorced or legally separated | ◆ You may want to review and, if necessary, change your beneficiary designation.<br>◆ Contact the State Street Benefits Center VRU at 1-800-985-3863 if you have questions about a Qualified Domestic Relations Order (QDRO) or to request a QDRO administration package. |
| You take an approved leave of absence | ◆ If your leave is paid, your SSP contributions (and Company matching contributions) will continue, unless you choose to change or suspend your contributions. Loan repayments will continue to be deducted.<br>◆ If your leave is unpaid, your SSP contributions (and Company matching contributions) will be suspended. If you are on an approved medical leave of absence, your loan repayments may be suspended for up to six months. Otherwise, you must continue your loan repayments by sending cashier's checks to the State Street Benefits Center for the required repayment amounts on a timely basis.<br>◆ If you take a military leave, see the Military Leave section for information about participation and loans. |
| You become unable to work due to long term disability | ◆ You will no longer be able to contribute to the SSP or receive a Company matching contribution if you no longer receive wages or salary from State Street.<br>◆ You may request a withdrawal if 1) you are receiving Long Term Disability benefits from the State Street Long Term Disability Plan (even if you remain an employee) or 2) if you have been approved for disability benefits by the Social Security Administration. |
| Your employment ends | ◆ You will no longer be able to contribute to the SSP or receive a Company matching contribution or performance-based contributions.<br>◆ You may request a distribution. |
| You retire | ◆ You will no longer be able to contribute to the SSP or receive a Company matching contribution or future performance-based contributions.<br>◆ You may request a distribution, including the option to receive installment payments. |
| You or a dependent dies | ◆ If you die, your SSP account will be paid to your designated beneficiary.<br>◆ If a dependent dies, you may want to review and, if necessary, change your beneficiary designation. |

Publication Date: June 10, 2008

# Special Provisions in the Event of Merger or Acquisition

If you joined the SSP as a result of a merger or acquisition, special provisions may apply to your SSP participation, as summarized in the chart below. Complete information about these provisions was provided to affected individuals when they joined the SSP.

If you have any questions about special provisions related to a merger or acquisition, please call the State Street Benefits Center at 1-800-985-3863.

| Merger or Acquisition | Prior Plan Assets Transferred or Merged into SSP | Special Provisions |
|---|---|---|
| Investors Fiduciary Trust Company (IFTC) (1/1/2000) | IFTC Savings Plan | ◆ You may elect a hardship withdrawal of your IFTC Savings Plan matching contribution account balance as of July 1, 2000.<br>◆ Loans that transferred to the SSP continue to be subject to the terms of the IFTC Savings Plan.<br>◆ Your service with IFTC was credited as though it was service with State Street. |
| Pacific Investment Management Co. (8/1/2000) | PIMCO Plan | ◆ Your service with PIMCO was credited as though it was service with State Street. |
| Liberty Financial Companies, Inc. (2/1/2001) | Savings and Investment Plan | ◆ Your service with Merrill Lynch was credited as though it was service with State Street.<br>◆ Loans that transferred to the SSP continue to be subject to the terms of the Savings and Investment Plan. |
| DST Portfolio Systems, Inc. (7/1/2001) | DST Systems, Inc. 401(k) Profit Sharing Plan (DST Plan) | ◆ The amount transferred from the DST Plan includes loan balances but excludes ESOP and profit sharing contribution accounts. Protected benefits transferred.<br>◆ Your service with DST was credited as though it was service with State Street. |
| Citigroup Incorporated (9/1/2005) | Elective Rollover Option | ◆ Loans that transferred to the SSP continue to be subject to the terms of the Citigroup Plan.<br>◆ Your service with Citigroup was credited as though it was service with State Street. |

Publication Date: June 10, 2008

| Merger or Acquisition | Prior Plan Assets Transferred or Merged into SSP | Special Provisions |
|---|---|---|
| Merrill Lynch (1/1/2001) <br><br> Russell Fund Distributors, Inc. (3/1/2002) <br><br> Atlantic Trust Company, N.A. (10/7/2002) <br><br> J. & W. Seligman & Co. Inc. (10/22/2002) <br><br> Deutsche Bank (2/1/2003) <br><br> Deutsche Investment Management Americas (4/1/2003) <br><br> Deutsche Bank Trust Company Americas Employees (7/16/2003) <br><br> Princeton Financial Systems, Inc. (PFS) (2/6/2004 & 1/1/2005) <br><br> Putnam LLC and Affiliates (1/1/07) <br><br> International Fund Services (N.A.) L.L.C. (8/1/02) <br><br> Investment Management Services, Inc. (8/1/02) <br><br> Evergreen Investment Management Company (10/23/06) <br><br> Currenex, Inc. (3/26/07) | Not applicable | ♦ For each transfer, service with the applicable prior employer was credited as though it was service with State Street. |

39

Publication Date: June 10, 2008

# General Salary Savings Program Information

## Assignments and Liens

Generally, you may not assign, pledge, borrow against or otherwise promise any benefit from the SSP before you receive that benefit. Except for approved SSP loans, the SSP provides that no right or interest you have in your account will be liable for or subject to any obligation or payment of debt. Any portion of your account, however, may be paid to a spouse, ex-spouse, child and/or other dependent under the terms of certain court orders, called Qualified Domestic Relations Orders (QDROs) relating to alimony and/or marital property rights or child support. QDROs can be followed only if they conform to detailed legal requirements (see below).

## Qualified Domestic Relations Orders (QDROs)

A QDRO is a court order, judgment or decree that requires the Plan to distribute all or part of your vested account balance to your Federal Spouse, former Federal Spouse, child or other dependent (any one of these may be considered an "alternate payee") to meet marital, alimony or child support obligations imposed on you by law.

The SSP will comply with any court-issued QDRO. The Plan Sponsor has established procedures for the administration of QDROs. A distribution to an alternate payee pursuant to a QDRO may be made regardless of whether you are then eligible for a distribution of your account, if the QDRO so provides.

You may obtain, free of charge, a QDRO administration package, which contains the guidelines for processing QDROs and the required model form of a QDRO by contacting the State Street Benefits Center at 1-800-985-3863.

## Plan Continuation

State Street Corporation expects to continue the SSP indefinitely for the benefit of its employees, participants and beneficiaries, but reserves the right to amend, modify, merge, suspend or terminate the SSP at any time and for any reason in its sole discretion. The Board of Directors, acting for the Company, has the authority to take such action and may delegate some or all of those rights to other persons or entities.

## Maximum Limitations

Federal regulations under Internal Revenue Code Section 401(a) currently limit the amount of annual base pay earnings used in computing the amount of contributions to the SSP. (The limit is $230,000 for 2008 and is increased periodically.) The IRS also limits the amount you may contribute to this Plan and any other defined contribution plan maintained by any related company.

## Top-Heavy Rules

A top-heavy plan is a plan that provides more than 60% of its benefits to key employees (or to certain officers of the company). If the Plan becomes top heavy, you will be informed and the Plan will be modified as prescribed by law.

## Participation Requirement

The IRS requires that plans with tax-deferred savings opportunities pass a test that is designed to ensure a fair mix of savings among employees at all income levels. For the SSP to pass this test, it may be necessary to adjust the tax-deferred savings rate for certain highly paid employees. You will be notified if you are affected by this requirement.

Publication Date: June 10, 2008

# Claims and Appeal Procedures

If you have made a request for benefits to the SSP administrator and your request is denied, in whole or in part, you may make a claim for those benefits by requesting a review. To make a request for review, you should submit your request to:

GHR U.S. Benefits Planning
State Street Corporation
c/o Vice President, GHR-U.S. Benefits Planning
2 Avenue de Lafayette, LCC1E
Boston, MA 02111-1724

When making your request, please be as specific as you can. Your request for review should:

- State exactly what you are requesting; and
- The reason(s) you believe your request should be approved (specifying the Plan terms upon which you rely).

Your claim must be submitted within 120 days after you are notified of the "Notice Date":

- In the case where benefits are paid to you in a lump sum, the Notice Date is the date of the payment of the lump sum.
- If your benefits are paid in the form of an annuity or as installments, the Notice Date is the date of payment of the first installment of the annuity or payment of the first installment.
- If you receive notice from the Plan that you are not entitled to benefits prior to your filing of a claim for benefits (for example, if your employment with State Street ends and it is determined that you are not vested in your account, the Notice Date is the date you receive such notice).
- If you receive a written statement of your account in the Plan as of a specific date or the amounts credited to or charged against your account within a specified period, the Notice Date relating to the matter described in the statement is the date you or your beneficiary receives such statement.

Within 90 days after your claim is received by the Plan Administrator, you will be notified in writing of the decision. If your claim is denied, the notification will include:

- The specific reason(s) for the adverse benefit determination;
- Reference to the specific Plan provisions on which the determination is based;
- A description of any additional material or information necessary for you to perfect the claim and an explanation of why it is needed;
- A description of the Plan's appeal procedures and time limits; and
- A description of your rights under Section 502(a) of ERISA to bring a civil action with respect to any appeal of a benefit denial.

If more than 90 days is needed to make a decision, you will be notified within the initial 90-day period, and an explanation regarding why more time is needed will be provided. If additional time is needed, a decision will be rendered within 180 days of the date you filed your request for review.

## *Submitting an Appeal*

If your claim is denied in whole or in part, you or your authorized representative may appeal the claim denial.  Your claim appeal must be in writing and must be made within 60 days after the denial is received. Send the appeal directly to:

41

U.S. Appeals Committee
State Street Corporation
c/o Vice President, GHR-U.S. Benefits Planning
2 Avenue de Lafayette, LCC1E
Boston, MA 02111-1724

In your appeal, state the reasons why you believe the claim was improperly denied and include all additional information that you consider relevant in support of the claim. You may also request reasonable access to and copies of all documents, records and other information relevant to your denied claim, free of charge.

The U.S. Appeals Committee serves as the final review committee. It will conduct a review at its next quarterly meeting following receipt of your written request for review, provided the written request is received at least 30 days before the meeting. If the written request is not received within 30 days of the next U.S. Appeals Committee meeting, the Committee will conduct a review at the second meeting following receipt of your written request for review.

The U.S. Appeals Committee will typically notify you of its final decision within five business days after the date of the quarterly meeting at which your appeal is reviewed. If the U.S. Appeals Committee needs additional time to make a decision, it will notify you in writing within five business days from the quarterly meeting and explain why more time is needed. The U.S. Appeals Committee may then take until no later than the third quarterly meeting following receipt of your written request for review to decide and will notify you of its decision within five business days following that meeting.  In addition, if additional time is needed because the Appeals Committee determines you did not provide sufficient information to make a determination on your claim, the period of time in which your claim is required to be considered will be tolled from the date on which notification of the extension is sent to you until the date on which you respond to the request for information.

The decision will be in writing and, if your claim is denied on appeal, will include the following:

- ♦ The specific reason or reasons for the adverse determination;

- ♦ Reference to the specific Plan provisions on which the determination is based;

- ♦ A statement that you are entitled to receive, upon request and free of charge, reasonable access to and copies of all relevant documents relied upon in determining the claim; and

- ♦ A statement informing you about the right to bring a civil action under section 502(a) of ERISA.

Any interpretation or decision by the U.S. Appeals Committee shall be binding and conclusive upon all interested persons. Any interpretation or decision of the U.S. Appeals Committee will only be set aside if the Committee is found to have acted arbitrarily and capriciously in interpreting or construing the terms of the Plan.

You may not bring any legal proceeding regarding your benefits under the Plan prior to the earliest of the following:

- ♦ Two years after the applicable Notice Date (defined above);

- ♦ One year after the date you receive a decision from the U.S. Appeals Committee regarding your appeal; or

- ♦ The date otherwise prescribed by applicable law.

Also, you must exhaust the claim appeals procedure before you can bring a legal action regarding your Plan benefits.

42

# Administrative Information

## *Plan Information*

**Plan Number:** 002

**History:**        The State Street Salary Savings Program was originally established as of January 1, 1965 by the Company for the benefit of its employees and has been amended from time to time.

**Plan Year:**      The Plan operates and maintains records on a calendar-year basis: January 1 through December 31.

**Type of Plan:**   The Plan is classified as a defined contribution plan. The Plan qualifies as a profit-sharing plan under Code section 401(a).  The trust qualifies as a trust under Code section 501(a). The Plan contains a stock feature consisting of an employee stock ownership plan. This Plan is intended to comply with section 404(c) of the Internal Revenue Code.

**Funding Medium:**     Trust

**Plan Funding:**  Company and employees pay contributions to provide benefits.

| Participating Employers: | Employer Identification Number |
|---|---|
| State Street Bank & Trust Co. | 04-1867445 |
| State Street Bank & Trust Co. N.A. | 13-3191724 |
| State Street Mass. Securities Corp | 04-3137444 |
| State Street California Inc. | 06-1588730 |
| State Street Financial Services Inc. | 04-2835718 |
| State Street Bank & Trust Co. of CA | 06-1143380 |
| Princeton Financial Systems, Inc. | 22-2874983 |
| Elkins/McSherry LLC | 04-3463496 |
| State Street Bank & Trust Co. of NH | 02-0447429 |
| State Street Global Advisors Capital Management Trust Company LLC | 42-1704580 |
| Investors California LLC | 13-4229875 |
| Currenex, Inc. | 94-3345255 |
| Palmeri Fund Administrators, Inc. | 22-3114019 |
| Investment Management Services Inc. | 13-3637605 |
| International Fund Services (N.A.) L.L.C. | 11-3644300 |

43

## *Plan Administrator*

North America Regional Benefits Committee
c/o Vice President, GHR U. S. Benefits Planning
2 Avenue de Lafayette, LCC1E
Boston, MA 02111-1724

The Plan Administrator has the duty and the sole discretionary authority to interpret the terms of the Plan and to decide any dispute that may arise regarding the rights of any individual participant in the Plan. This includes the discretionary authority to make determination as to eligibility for participation and benefits under the Plan. Any interpretation or decision by the Plan Administrator will apply uniformly to all persons similarly situated and shall be binding and conclusive upon all interested persons. Any interpretation or decision of the Plan Administrator will only be set aside if the Plan Administrator is found to have acted arbitrarily and capriciously in interpreting or construing the terms of the Plan.

## *Plan Sponsor*

State Street Corporation
P.O. Box 5501
Boston, MA 02206-5501
EIN:  04-2456637

## *Trustee of the State Street Salary Savings Program*

State Street Bank and Trust Company
225 Franklin Street
Boston, MA 02110

## *Agent for Legal Process*

If you believe that your rights under the Plan have been violated, you have the right to bring legal action against the Plan in a court of law. The Plan Administrator is the agent named to receive service of legal process. The Plan Trustee may also receive service of legal process.

You may contact the Plan's agent:

(a)  For service of legal process; or

(b)  Whenever any written material has to be submitted to a Plan fiduciary.

## *Plan Fiduciary Responsibility*

Plan fiduciaries are the Company, the Benefit Plans Committee, the Plans Investment Committee and the Trustee. Plan Fiduciaries may delegate some or all of its fiduciary responsibility to other persons or entities. The Executive Committee of the Board of Directors may appoint and remove members of the North America Regional Benefits Committee.

## *IRS Approval*

The Salary Savings Program is subject to the approval of the IRS. If changes are required for continuing approval of the Plan, you will be notified.

# Your ERISA Rights

The Plan is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), including the provisions thereof pertaining to reporting and disclosure, participation, vesting, nonalienation

Publication Date: June 10, 2008

of benefits, fiduciary duty and enforcement. It is not subject to Title IV of ERISA, and benefits under the Plan, which are determined solely by the balance of a participant's account, are not guaranteed by the Pension Benefit Guaranty Corporation.

ERISA provides that as a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974, as amended (ERISA). ERISA provides that all plan participants shall be entitled to:

## Receive Information About Your Plan and Benefits

- ◆ Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites, all documents governing the Plan, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- ◆ Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and an updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.

- ◆ Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary financial report.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, or any other person, may terminate you or otherwise discriminate against you in any way in order to prevent you from obtaining a benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a benefit is denied, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in a federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

Publication Date: June 10, 2008

**Assistance With Your Questions**

If you have questions about your Plan, you should contact the State Street Benefits Center. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, NW, Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# Plan Prospectus

## State Street Corporation

7,000,000 Shares Common Stock
Registrant: State Street Corporation
$1.00 Par Value, and Interests in the State Street Salary Savings Program

Common Stock of the Company offered under the SSP consists of shares that may be purchased:

♦   In the open market;

♦   Through an independent agent;

♦   By the Trustee of the SSP;

♦   In private purchases (which may be made from the Company and its affiliates); or

♦   Contributed by the Company.

State Street Corporation
PO Box 5501
Boston, MA 02206-5501
617-664-3000

The date of this Prospectus is March 13, 2007.

## Incorporation of Certain Documents by Reference

The Company files annual, quarterly and special reports, proxy statements and other information with the Securities and Exchange Commission. You may read and copy any document the Company files at the SEC's public reference rooms in Washington, D.C., New York, New York and Chicago, Illinois. Please call the SEC at 1-800-SEC-0330 for further information on the public reference rooms. The Company's SEC filings are also available to the public from the SEC's Website at http://www.sec.gov.

The SEC allows the Company to "incorporate by reference" the documents it files with them, which means that the Company can disclose important information to you by referring you to those documents. The information incorporated by reference is considered to be part of this Prospectus, and the information that the Company will file later with the SEC will automatically update and supersede this information. On July 11, 2006, the Company filed a registration statement in accordance with SEC Form S-8, Part II with respect to shares of Company stock deliverable under the Plan, which incorporated certain documents by reference. The Company incorporates those documents by reference in this Prospectus as well. In addition, all documents filed by us under Sections 13(a), 13(c), 14, or 15(d) of the Securities Exchange Act of 1934 after the date of this Prospectus and prior to the end of this offering are deemed incorporated in this Prospectus from the date of their filing.

46

You may obtain, without charge, copies of documents incorporated by reference in this document by requesting them in writing or by telephone from:

Corporate Secretary
State Street Corporation
One Lincoln Street
PO Box 5501
Boston, MA 02206-5501

## Plan Description

The description of the SSP can be found in this Summary Plan Description. This document and the financial data relating to investment fund performance (available in the Fund Fact Sheets on the State Street Benefits Center Website at http://statestreet.csplans.com by selecting the "Salary Savings Program 401(k)" option or by calling the State Street Benefits Center Voice Response Unit at 1-800-985-3863) are part of a prospectus covering securities that have been registered under the Securities Act of 1933.

## Brokerage Transactions

Purchases of Common Stock for the State Street Corporation ESOP Fund will be made pursuant to an Investment Agency Agreement with Boston Private Bank and Trust Company. The latter has full discretion regarding selection of a broker to effect securities transactions, and the SSP is advised of these transactional costs only by means of the itemization of Boston Private's costs.

## Restriction on Resale of Common Stock

If you are an "affiliate" of the Company at the time you receive a distribution under the Plan in the form of shares of State Street Corporation Common Stock, your ability to resell those shares may be restricted. To resell such shares, you will be required either to observe the resale limitations of Rule 144 of the Securities Act of 1933, as amended (the Securities Act) or offer your shares for resale in compliance with another applicable exemption from the registration requirements of the Securities Act.

An "affiliate" is defined, for purposes of the Securities Act, as a person who directly, or indirectly through one or more intermediaries, controls, or is controlled by, or is under common control with the Company. A "person" is defined to include any relative or spouse of the person and any relative of the person's spouse who has the same home as the person; any trust, estate, corporation or other organization in which the person or any of the foregoing persons has collectively more than a 10% beneficial interest; and any trust or estate for which the person or any of the foregoing persons serves as trustee, executor or in any similar capacity.

A person "controls, is controlled by, or is under common control with" the Company when that person directly or indirectly possesses the power to direct or cause the direction of the management and policies of the Company whether through the ownership of voting securities, by contract or otherwise.

Publication Date: June 10, 2008

> **Securities Trading Provisions that Apply to All Employees**
>
> The federal securities laws prohibit all State Street employees from buying or selling State Street securities on the basis of material nonpublic information about the Company, or from disclosing material nonpublic information to others who might trade on the basis of that information.  In light of these legal requirements, all State Street employees are subject to the State Street Standard of Conduct, which includes provisions relating to "Personal Trading in Securities".
> (http://statestreet.com/company/investor_relations/SOC_Employees.pdf on the State Street internet).
>
> Some business areas have adopted additional restrictions beyond those contained in the Standard of Conduct or the Securities Trading Policy, as described below.  Affected employees are separately notified of any applicable additional restrictions.  In the event of any inconsistencies among applicable policies, the most restrictive provision will apply (unless you are expressly notified to the contrary by the Chief Legal Officer or the General Counsel).

## Securities Trading Policy

On March 16, 2006, the Board of Directors of State Street approved a Securities Trading Policy (http://legal.statestr.com/securitiestradingpolicywithsoc.pdf on the State Street internet). The Securities Trading Policy applies to:

- All Section 16 officers (and their assistants);

- All executive vice presidents (and their assistants);

- Designated finance, senior business development, merger and acquisitions, legal, compliance and Investor Relations personnel (and their assistants);

- All other employees as designated from time to time by the Chief Legal Officer;

- All State Street Directors; and

- Each family member of any of the persons listed above who shares the same address as, or is financially dependent on, such person and any other person (other than a tenant or employee) sharing the household of any of the persons listed above.

If you are subject to the Securities Trading Policy, you cannot make certain changes to your SSP accounts during certain "blackout" or restricted periods if the change would affect your investment in the State Street Corporation ESOP Fund. Blackout or restricted periods include the following:

- The period beginning on the first trading day of the last month of each fiscal quarter and ending upon the completion of one full trading day after the public announcement of earnings for that quarter;

- The period beginning at the time of any public earnings-related announcement or public announcement of a significant corporate transaction or event and ending upon the completion of one full trading day after that announcement; and

- Other periods as may be established from time to time by the Chief Legal Officer in light of particular events or developments affecting the Company.

Actions that are not permitted in your SSP account *during a blackout or restricted period* include:

- You are not permitted to make an initial election to invest any of your contributions to the State Street Corporation ESOP Fund;

- If all or part of your 401(k), Roth contributions, and/or catch-up contributions are currently being invested in the State Street Corporation ESOP Fund as they are contributed to the

48

SSP, you may not change the percentage of your base salary that you contribute to the SSP or make a rollover contribution;

- You are not permitted make any future contributions to the State Street Corporation ESOP Fund;

- You are not permitted to transfer all or part of your account balance in the SSP into or out of the State Street Corporation ESOP Fund;

- You are not permitted to purchase or sell State Street securities through your Self-Managed Brokerage Account in the SSP;

- You are not allowed to change your ESOP dividend election;

- If any of your account balance in the SSP is invested in the State Street Corporation ESOP Fund, you are not allowed to take a new loan from the SSP; and

- If any of your account balance in the SSP is invested in the State Street Corporation ESOP Fund, you may receive an in-service withdrawal from the SSP during a blackout or restricted period only if it has been approved in advance by the Chief Legal Officer.

(For a summary of actions under employee savings and equity plans that are not permitted during a blackout or restricted period, see http://legal.statestr.com/attachments/summary_of_plan_impact.pdf.)

Violation of any of these rules is grounds for disciplinary action by State Street, including termination of employment.

**Voting of Common Stock**

If you have invested in the State Street Corporation ESOP Fund, you have the right to direct the Trustee as to the voting or tendering of any shares of Company stock held on your behalf in the State Street Corporation ESOP Fund. The Company is responsible for the timely distribution of proxy solicitation materials or other materials in connection with any shareholder votes or tender decisions, including a form for you to complete to direct the Trustee with regard to voting or tendering.

The Trustee is responsible for tabulating and complying with the voting or tendering instructions it receives from the participants. The Trustee holds these instructions in confidence and will not divulge or release specific information regarding such instructions, on an individual basis, to any person, including officers or employees of the company, except to the extent required by law.

Any shares of stock that have been (1) allocated but not voted and (2) any shares that have not been allocated, shall be voted by the Trustee in the same proportion as shares allocated to, and voted by participants, are voted. If a matter arises at a shareholder meeting, or such other time as affords no practical means for securing participant direction, the Trustee will follow the direction of the Company, unless to do so would be a breach of the Trustee's fiduciary duty.

**Federal Income Tax Consequences**

As set forth above, your SSP account balance is considered taxable income by the IRS when it is received by you, except for any pre-1987 after-tax (TIP) contributions, Roth post-tax contributions and the investment earnings on the Roth 401(k) contributions. Any taxable portion of your benefit that you receive as a lump sum payment may be subject to a mandatory 20% income tax withholding. In addition, if you are under age 59½ when you receive your distribution, your benefit may be subject to a 10% penalty tax in addition to income taxes. Generally, you may defer taxes and avoid tax penalties if you roll over the taxable portion of a lump sum distribution into an IRA or other tax-qualified plan that accepts rollovers. Any balance in the TIP or other after-tax contributions may also be eligible to be rolled over. Your Roth account may be rolled over to another plan with a Roth account that accepts rollovers, or a Roth IRA.

49

You will receive a Special Tax Notice Regarding Plan Payments in your benefit election materials. You are responsible for understanding and planning for the tax implications of any distribution. It is recommended that you read the Tax Notice and/or contact your financial/tax advisor before submitting the termination distribution form.

**Circular 230 Notice**
To ensure compliance with requirements imposed by the IRS, you are hereby notified that the U.S. tax advice contained herein (i) is written in connection with the promotion or marketing of the transactions or matters addressed herein, and (ii) is not intended or written to be used, and cannot be used by you or any taxpayer, for the purpose of avoiding U.S. tax penalties. You should seek individualized tax advice based on your particular circumstances from an independent tax advisor.

Publication Date: June 10, 2008



# State Street Corporation Salary Savings Program (SSP)
## Short Term Investment Fund

**31 March 2008**

## What is the Fund's goal?

The Fund seeks to maximize current income while preserving capital and liquidity through investing in a diversified portfolio of short-term securities. The Fund's yield reflects short-term interest rates.

## What is the Fund's investment strategy?

The Fund seeks to maintain a diversified portfolio of short-term securities by investing in high-quality money market securities and other short-term debt investments. Most of the investments in the Fund may have a range of maturity from overnight to 90 days; however, 20% of the value of the Fund may be invested in assets with a maturity date in excess of 90 days, but not to exceed 13 months. All securities are required to meet strict guidelines for credit quality and must be rated at least A1 by Standard & Poor's and P1 by Moody's Investors Service.

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity (stock) and fixed income (bond and money market) funds. Equity funds help build the value of your portfolio over the long term, while fixed income funds provide income and stability of principal. As a fixed income fund, this Fund may be appropriate for you if you have a short investment time frame or if you are looking to generate income and add stability of principal to your portfolio as you near retirement.

## What are the risks?

Securities with shorter maturities, such as those held by this Fund, are generally less affected by price changes, but they also have little potential for high returns. The rate of daily interest will fluctuate, generally in response to changes in short-term interest rates. Money market investments are less volatile than either stocks or bonds, so short-term risks are generally lower. Like bonds, there is a risk of the loss of principal if the issuer of a security in the Fund fails to pay back the principal securities.

## Performance

| Cumulative Total Return | The Fund |
|---|---|
| 3 Months | 0.88% |
| Year to Date | 0.88% |

| Annualized Total Return | |
|---|---|
| 1 Year | 4.80% |
| 3 Year | 4.55% |
| 5 Year | 3.23% |
| 10 Year | 3.86% |

Returns shown have been reduced for investment management fees of 0.10% and estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

## Characteristics

| | |
|---|---|
| Average Quality | A1+/P1 |
| Current Yield | 2.98% |
| Average Maturity | 21 |

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low          medium          high

State Street Corporation Salary Savings Program (SSP)
# Short Term Investment Fund

**31 March 2008**

## Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

## Sector Weights

| | |
|---|---|
| Repurchase Agreements | 39.52% |
| CD's, ECD's, TD's, BA's | 33.49 |
| Floating Rate Corporate Notes | 19.42 |
| Adjustable Rate ABS | 2.45 |
| Floating Rate Agencies | 2.03 |
| Other Short-Term Instruments | 1.60 |
| Commercial Paper | 1.28 |
| Bank Notes/Corporates/Medium-Term Notes(MTN's) | 0.21 |

## Bond Quality

| | |
|---|---|
| A1+/P1 | 77.93% |
| A1/P1 | 21.80 |
| Other | 0.27 |

FC02

# State Street Corporation Salary Savings Program (SSP)
# Principal Preservation Fund

STATE STREET GLOBAL ADVISORS | SSgA

**31 March 2008**

## What is the Fund's goal?

The Fund seeks to preserve principal without market value fluctuations while maintaining a rate of return comparable to other similar fixed income investments.

## What is the Fund's investment strategy?

The Fund invests in high quality investment contracts issued by insurance companies, banks, and other financial institutions, as well as short-term investment products. Investment contracts pay a fixed or variable interest rate over the life of the contract. The contractual obligations are backed directly by the investment issuer, though for enhanced diversification may also be structured with a dedicated fixed income security or portfolio of securities held in a separate account or trust.

Each investment contract issuer must meet the credit quality criteria for inclusion on State Street's approved issuer list at the time of purchase. For increased credit protection, investment contracts with dedicated securities are structured with high quality assets including U.S. Treasury and Agency obligations, high grade corporate bonds, and mortgage-backed and other asset-backed securities. In the aggregate, the Fund is structured to provide an average AA credit quality.

The Fund is managed to an average maturity of 2-3 years. The Fund's overall return is a dollar-weighted average of the interest rates being credited on each of the Fund's investments. To provide a current rate of return and stability of earnings, the Fund seeks to purchase new investments throughout the year and maintain a portfolio of investments with rolling structured maturities.

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity and fixed income funds. Equity funds help build the value of your portfolio over the long term, while fixed income funds provide income and stability of principal. As a fixed income fund, this fund may be appropriate if you are looking for an investment that offers a conservative rate of return but preserves your principal investment.

## Performance

| Cumulative Total Return | The Fund |
| --- | --- |
| 3 Months | 1.06% |
| Year to Date | 1.06% |

| Annualized Total Return | |
| --- | --- |
| 1 Year | 4.37% |
| 3 Year | 4.15% |
| 5 Year | 4.13% |
| 10 Year | 5.00% |

Returns shown have been reduced for investment management fees of 0.15% and estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low                    medium                    high

State Street Corporation Salary Savings Program (SSP)
# Principal Preservation Fund

**31 March 2008**

## What are the risks?

The Fund invests only in book value investments, so participant withdrawals and the Fund's return are generally not subject to market value fluctuations. Your accumulated contributions and earnings will be maintained if the issuers of the Fund's investment contracts meet their obligations to pay interest, participant withdrawals, and principal upon scheduled maturity payment dates. To minimize risk, the Fund imposes strict quality standards and also limits the holdings of a single issuer to a maximum of 15% of total portfolio assets at the time a contract is purchased. Overall the Fund seeks to achieve broad diversification among issuers, contract structures, and investment products.

## Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-800-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

## Fund Composition

| | |
|---|---|
| SSgA Yield Enhanced STIF | 10.5% |
| Transamerica Occidental Life Insurance Co | 9.6 |
| United of Omaha Life Insurance | 9.3 |
| Metropolitan Life Insurance Co | 8.8 |
| Genworth Life & Annuity Insurance Company | 8.0 |
| Monumental Life Insurance Co (Syn.) | 6.9 |
| IXIS Financial Products Inc (Syn.) | 6.1 |
| Genworth Life Insurance Company | 6.0 |
| Bank of America NA/Charlotte NC (Syn.) | 5.5 |
| Prudential Insurance Co of America | 5.2 |
| Jackson National Life Insurance Co | 5.1 |
| UBS AG (Syn.) | 4.8 |
| Hartford Life Insurance Co | 4.8 |
| Protective Life Insurance Co | 4.8 |
| Rabobank Nederland (Syn.) | 2.9 |
| ING USA Annuity & Life Insurance Co | 1.7 |
| | |

State Street Corporation Salary Savings Program (SSP)
# Bond Market Fund

STATE STREET GLOBAL ADVISORS | SSgA.

**31 March 2008**

## What is the Fund's goal?

The Fund seeks to match the returns of the Lehman Brothers Aggregate Bond Index (the "Index").

*Prior to October 10, 2007, the Fund's investment objective was to match or exceed the returns of the Lehman Brothers Aggregate Bond Index (the "Index"). Effective October 10, 2007, the Fund's investment objective is to match the returns of the Index.*

## What is the Index?

**Lehman Aggregate Bond Index (Bond Market Index) -**
The Lehman Aggregate Bond Index is an unmanaged index composed of the Lehman Gov't/Credit Index, Lehman Mortgage Backed Securities Index and Lehman Asset-Backed Securities Index. The Lehman Asset-Backed Index is composed of debt securities backed by credit card, auto and home equity loans that are rated investment grade or higher by Moody's Investors Service, Standard and Poor's Corporation or Fitch Investor's Service, in that order. Issues must have at least one year to maturity and an outstanding par value of at least $50 million. The Lehman Aggregate Bond Index is generally considered to be representative of broad bond market activity.

## What is the Fund's investment strategy?

The Fund invests primarily in government, corporate, mortgage-backed and CMBS asset-backed securities. The Fund invests in a well-diversified portfolio that is representative of the broad domestic bond market. The investment manager employs security sampling when constructing the Fund's portfolio. Individual security sampling is based upon including securities which, when added to the portfolio, cause the characteristics of the Fund to closely track those of the Index.

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity (stock) and fixed income (bond) funds. Stock funds have historically helped build the value of your portfolio over the long term, while bond funds have historically provided income and stability of principal. As a bond fund, this Fund may be appropriate if you have a short to medium investment time frame or if you are looking to generate income and add some stability of principal to your portfolio as you near retirement.

## Performance

| Cumulative Total Return | Fund | Index |
|---|---|---|
| Q1 2008 | 2.83% | 2.17% |
| YTD | 2.83% | 2.17% |

| Annualized Total Return | | |
|---|---|---|
| 1 Year | -20.53% | 7.67% |
| 3 Year | -4.90% | 5.48% |
| 5 Year | -1.64% | 4.58% |
| 10 Year | 2.74% | 6.04% |

Returns shown have been reduced for investment management fees of 0.10% and estimated plan level expenses of 0.06%. In addition, other expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. The Fund's returns reflect actual historic returns for the Fund, including the period when it was managed to match or exceed the performance of the Index. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

The performance reported herein is not a guarantee as to the future performance of the Bond Market Fund. Past performance is no guarantee of future results, and investors may lose money. Short-term performance is generally not a good indicator of long-term performance.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

Effective October 10, 2007, the Fund's investment objective is to match the returns of the Index.

## Characteristics

| | |
|---|---|
| Average Quality | AA2 |
| Yield to Worst | 4.48% |
| Modified Adjusted Duration | 4.40 |
| Convexity | -0.34 |

The composition and characteristics reported herein are not a guarantee of the future composition or characteristics of the Bond Market Fund. The composition and characteristics of the Fund are subject to change, and there can be no assurance that returns or composition have not changed since the reporting date, which is as of 31 March 2008.

This information is being provided solely for the private use of SSgA clients and is not intended for public dissemination.

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

| low | medium | high |
|---|---|---|

State Street Corporation Salary Savings Program (SSP)
# Daily Bond Market Fund

**31 March 2008**

## What are the risks?

The performance of the Fund depends primarily on the value of its bond holdings, changes in interest rates, and the credit quality and maturity of its investments. In general, bond prices tend to increase when interest rates decrease, and vice versa. This movement is often greater for longer maturity bonds. Therefore, the Fund's investment in high quality bonds with a medium term duration can mean steady returns with reduced risk compared with funds that invest in longer maturity bonds.

## Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

## Sector Weights[1]

| | |
|---|---|
| Treasury | 23.04% |
| MBS | 38.67 |
| Corporates | 19.03 |
| Agency | 10.00 |
| CMBS | 5.13 |
| Non Corporates | 3.38 |
| Asset Backed Securities | 0.72 |
| Cash | 0.00 |
| Other | 0.03 |

## Quality Distribution[1]

| | |
|---|---|
| Aaa | 79.90% |
| Aa | 5.04 |
| A | 7.99 |
| Baa | 7.07 |
| Below Baa | 0.00 |

[1] The composition of the Fund may change, and there can be no assurance that composition has not changed since the reporting date, which is as of 31 March 2008.



# State Street Corporation Salary Savings Program (SSP)
# S&P 500® Index Fund

**31 March 2008**

## What is the Fund's goal?

The Fund seeks to match the performance of the S&P 500 Index.

## What is the Index?

**S&P 500 Index** - This float-adjusted large-cap equity index covers approximately 80% of the US equity market and measures the performance of 500 large-size leading companies in leading industries within the large cap segment of the market, as determined by S&P's Index Committee.

## What is the Fund's investment strategy?

The Fund invests in all 500 stocks in the S&P 500 Index in proportion to their weighting in the Index. The Fund may also hold 2-5% of its value in futures contracts (an agreement to buy or sell a specific security by a specific date at an agreed upon price). The strategy of investing in the same stocks as the Index minimizes the need for trading and therefore results in lower expenses.

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity (stock) and fixed income (bond) funds. Stock funds help build the value of your portfolio over the long term, while bond funds provide income and stability of principal. As a stock fund, this Fund may be appropriate if you have a medium to longer investment time frame and are willing to ride out stock market fluctuations in the short term in exchange for the potential for high long-term returns.

## What are the risks?

The performance of the Fund depends on the value of its holdings. Stock values may vary from day to day in response to individual companies and general market and economic conditions. In the short term, stock values may be volatile, but over the long term, they have the potential for higher returns than bond or cash investments. The Fund is structured to minimize risk through diversification.

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low        medium        high

## Performance

| Cumulative Total Return | The Fund |
|---|---|
| 3 Months | -9.47% |
| Year to Date | -9.47% |

| Annualized Total Return | |
|---|---|
| 1 Year | -5.15% |
| 3 Year | 5.77% |
| 5 Year | 11.25% |
| 10 Year | 3.47% |

Returns shown have been reduced for investment management fees of 0.04% and estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

Investment operations for Series Class A began February 1996. For the period prior to that date, the performance shown reflects the performance of the sole underlying fund in which the Series Class A Fund invests ("the base fund"). The actual performance of the base fund has been restated to reflect the fees and expenses currently applicable to the Series Class A Fund. Series Class A offers investors the opportunity to purchase units of the Series Class at the same day's unit value, as opposed to the base fund, which normally offers investors the following day's unit value. Although the performance of the base fund approximates that of the Series Class A Fund, actual gross performance of the Series Class A Fund would have varied from the base fund as a result of this different valuation practice as well as different cash flows.

Standard & Poor's S&P 500® Index is a registered trademark of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and has been licensed for use by State Street Bank and Trust Company. The Product is not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

## Characteristics

| | |
|---|---|
| Est. 3-5 year EPS Growth | 11.81 |
| Forward 12-mo P/E | 13.8x |
| Price/Book | 3.5x |
| Dividend Yield | 2.21% |
| Number of holdings | 504 |
| Weighted Avg. Mkt. Cap. $B | 96.6 |

State Street Corporation Salary Savings Program (SSP)
# S&P 500 Index Fund

**31 March 2008**

## Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

## Top Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 3.94% |
| GENERAL ELECTRIC CO | 3.21 |
| AT&T INC | 2.00 |
| MICROSOFT CORP | 1.98 |
| PROCTER & GAMBLE CO | 1.88 |
| JOHNSON & JOHNSON | 1.59 |
| CHEVRON CORP | 1.54 |
| BK OF AMERICA CORP | 1.47 |
| INTL BUS MACHINES CORP | 1.38 |
| JPMORGAN CHASE & CO | 1.26 |

The Top Holdings only reflect equity positions in the fund. The fund may also hold cash, cash equivalents, treasuries and futures. The futures are unleveraged and are used to equitize the cash and cash equivalents.

## Sector Weighting

| | |
|---|---|
| Financials | 16.79% |
| Information Technology | 15.78 |
| Energy | 13.23 |
| Industrials | 12.02 |
| Health Care | 11.72 |
| Consumer Staples | 11.08 |
| Consumer Discretionary | 8.83 |
| Utilities | 3.58 |
| Materials | 3.54 |
| Telecommunication Services | 3.43 |

State Street Corporation Salary Savings Program (SSP)
# Matrix Equity Fund

STATE STREET GLOBAL ADVISORS | SSgA

**31 March 2008**

## What is the Fund's goal?

The Matrix Equity Strategy seeks to outperform the S&P 500® Index over the long term while delivering similar characteristics as the Index.

## What is the Index?

**S&P 500 Index** - This float-adjusted large-cap equity index covers approximately 80% of the US equity market and measures the performance of 500 large-size leading companies in leading industries within the large cap segment of the market, as determined by S&P's Index Committee.

## What is the Investment Strategy?

The Matrix Equity Strategy identifies and exploits the misevaluations that exist within the equity market.  These market anomalies can be captured with a systematic investment discipline incorporating uncorrelated security evaluation measures.  The portfolio management team attempts to generate excess returns by applying this process in an objective, risk-controlled manner with a long-term investment perspective.  The portfolio management team manages a well-diversified portfolio that maximizes the risk/reward trade-off and remains true to its style and capitalization mandate.

The Matrix Equity Strategy employs sound economic and fundamental insights to effectively assess security values.  By combining financial statement information with earnings forecasts provided by thousands of security analysts,  the portfolio management team can quickly and systematically evaluate data.  This process permits greater securities coverage than traditional techniques.

- Applies valuation, quality and sentiment measures
- Assesses current value by analyzing cash flow and future earnings
- Incorporates an earnings quality perspective
- Evaluates sentiment using comprehensive estimate revision and price analysis
- Combines evaluation perspectives to determine universe ranking

## Performance

| Cumulative Total Return | The Fund |
| --- | --- |
| 3 Months | -10.21% |
| Year to Date | -10.21% |

| Annualized Total Return | |
| --- | --- |
| 1 Year | -8.16% |
| 3 Year | 6.29% |
| 5 Year | 11.12% |
| 10 Year | 3.22% |

Returns shown have been reduced for investment management fees of 0.20% and estimated plan level expenses of 0.06%.  In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially.  Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions.  Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account.  All returns are calculated in U.S. dollars.

Investment operations for Series Class A began September 1996.  For the period prior to that date, the performance shown reflects the performance of the sole underlying fund in which the Series Class A Fund invests ("the base fund").  The actual performance of the base fund has been restated to reflect the fees and expenses currently applicable to the Series Class A Fund. Series Class A offers investors the opportunity to purchase units of the Series Class at the same day's unit value, as opposed to the base fund, which normally offers investors the following day's unit value.  Although the performance of the base fund approximates that of the Series Class A Fund, actual gross performance of the Series Class A Fund would have varied from the base fund as a result of this different valuation practice as well as different cash flows.

Standard & Poor's S&P 500® Index is a registered trademark of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and has been licensed for use by State Street Bank and Trust Company.  The Product is not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

## Characteristics

| | |
| --- | --- |
| Beta | 1.07 |
| Forward 12-mo P/E | 12.2x |
| Price/Book | 2.7x |
| Dividend Yield | 1.70% |
| Number of holdings | 89 |
| Weighted Avg. Mkt. Cap. $B | 88.6 |

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low — medium — high

State Street Corporation Salary Savings Program (SSP)
# Matrix Equity Fund

**31 March 2008**

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity (stock) and fixed income (bond) funds. Stock funds help build the value of your portfolio over the long term, while bond funds provide income and stability of principal. As a stock fund, this Fund may be appropriate for you if you have a medium to longer investment time frame and are willing to ride out stock market fluctuations in the short term in exchange for the potential for high long-term returns.

## What are the risks?

Portfolio risk control is critical.  Regular and systematic portfolio reviews attempt to prevent unintended risk exposures.  Typically, over 95% of the portfolio's active risk is derived from individual stock selection.

- Fundamental exposures, including capitalization, similar to S&P 500 Index
- Bottom-up stock selection drives active industry weights

## Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

## Top Holdings

| | |
|---|---|
| Exxon Mobil Corp. | 5.59% |
| Chevron Corp. | 3.13 |
| Microsoft Corp. | 3.03 |
| Johnson & Johnson | 2.97 |
| ConocoPhillips | 2.63 |
| Pfizer Inc. | 2.46 |
| Procter & Gamble Co. | 2.06 |
| McDonald's Corp. | 1.95 |
| General Electric Co. | 1.86 |
| JPMorgan Chase & Co. | 1.81 |

The Top Holdings only reflect equity positions in the fund. The fund may also hold cash, cash equivalents, treasuries and futures. The futures are unleveraged and are used to equitize the cash and cash equivalents.

## Sector Weighting

| | |
|---|---|
| Financials | 16.69% |
| Energy | 15.80 |
| Technology | 13.65 |
| Health Care | 13.18 |
| Consumer Discretionary | 12.17 |
| Industrials | 8.93 |
| Utilities | 6.27 |
| Materials | 6.17 |
| Consumer Staples | 6.15 |
| Telecommunications | 0.99 |

State Street Corporation Salary Savings Program (SSP)
# Growth and Income Fund


STATE STREET GLOBAL ADVISORS | SSgA

**31 March 2008**

## What is the Fund's goal?

The Growth and Income Strategy looks for long-term capital appreciation through investment in large capitalization stocks. The Fund seeks to outperform the S&P 500® Index over the long-term while managing risk across all market cycles.

## What is the Index?

**S&P 500 Index** - This float-adjusted large-cap equity index covers approximately 80% of the US equity market and measures the performance of 500 large-size leading companies in leading industries within the large cap segment of the market, as determined by S&P's Index Committee.

## What is the Fund's investment strategy?

The Fund's investments are entirely based on fundamental stock analysis. The portfolio management team follows a disciplined investment process utilizing fundamental research analysts and economic strategists. Research is based on continuous contact with corporate managements, analysis of financial data, and an overall assessment of a company's long-term prospects. The companies in the Fund typically have above-average earnings growth and profitability, with leading positions based on a number of sustainable competitive advantages. Broad diversification is a key component of all aspects of the investment approach.

## Is the Fund appropriate for me?

The Fund may be appropriate for you if you are seeking a conservative approach to stock investing that provides steady, consistent returns over the long term.

## What are the risks?

The performance of the Fund depends on the value of its holdings. Stock values may vary from day to day in response to the activities of individual companies, and general market and economic conditions. In the short term, stock values can be very volatile, but over the long term, you have the potential for significantly higher returns than bond or cash investments.

## Performance

| Cumulative Total Return | The Fund |
|---|---|
| 3 Months | -10.31% |
| Year to Date | -10.31% |

| Annualized Total Return | |
|---|---|
| 1 Year | -5.22% |
| 3 Year | 4.57% |
| 5 Year | 8.85% |
| 10 Year | 3.37% |

Returns shown have been reduced for investment management fees of 0.35% and estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

Investment operations for Series Class A began March 1999. For the period prior to that date, the performance shown reflects the performance of the sole underlying fund in which the Series Class A Fund invests ("the base fund"). The actual performance of the base fund has been restated to reflect the fees and expenses currently applicable to the Series Class A Fund. Series Class A offers investors the opportunity to purchase units of the Series Class at the same day's unit value, as opposed to the base fund, which normally offers investors the following day's unit value. Although the performance of the base fund approximates that of the Series Class A Fund, actual gross performance of the Series Class A Fund would have varied from the base fund as a result of this different valuation practice as well as different cash flows.

Standard & Poor's S&P 500® Index is a registered trademark of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and has been licensed for use by State Street Bank and Trust Company. The Product is not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

## Characteristics

| | |
|---|---|
| Dividend Yield | 1.79% |
| Est. 3-5 year EPS Growth | 15.15 |
| Forward 12-mo P/E | 14.3x |
| Number of holdings | 54 |
| Price/Book | 2.9x |
| Weighted Avg. Mkt. Cap. $B | 97.7 |

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low          medium          high

State Street Corporation Salary Savings Program (SSP)
# Growth and Income Fund

**31 March 2008**

## Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

## Top Holdings

| | |
|---|---|
| Exxon Mobil Corp. | 3.75% |
| General Electric Co | 3.71 |
| JPMorgan Chase & Co. | 2.89 |
| Cisco Systems Inc. | 2.87 |
| Pfizer Inc. | 2.72 |
| Procter & Gamble Co. | 2.57 |
| United Technologies Corp. | 2.52 |
| Bank of America Corp. | 2.40 |
| Microsoft Corp. | 2.35 |
| Medtronic Inc. | 2.32 |

## Sector Weighting

| | |
|---|---|
| Information Technology | 18.54% |
| Financials | 14.39 |
| Health Care | 13.88 |
| Consumer Staples | 12.95 |
| Industrials | 11.95 |
| Energy | 11.62 |
| Consumer Discretionary | 6.82 |
| Materials | 4.61 |
| Utilities | 3.38 |
| Telecommunication Services | 1.86 |

State Street Corporation Salary Savings Program (SSP)
# S&P MidCap® Index Fund


STATE STREET GLOBAL ADVISORS | SSGA

**31 March 2008**

## What is the Fund's goal?

The Fund seeks to match the performance of the S&P MidCap 400® Index.

## What is the Index?

**S&P MidCap 400 Index** - This float-adjusted mid-cap equity index covers approximately 15% of the US equity market and measures the performance of 400 mid-size leading companies in leading industries within the mid cap segment of the market, as determined by S&P's Index Committee.

## What is the Fund's investment strategy?

The Fund invests in all 400 stocks in the Index in proportion to their weighting in the Index. The Fund may also hold 2-5% of its value in futures contracts (an agreement to buy or sell a specific security by a specific date at an agreed upon price). The strategy of investing in the same stocks as the Index minimizes the need for trading and therefore results in lower expenses.

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity (stock) and fixed income (bond) funds. Stock funds help build the value of your portfolio over the long term, while bond funds provide income and stability of principal. As a stock fund, this Fund may be appropriate for you if you have a medium to longer investment time frame and are willing to ride out stock market fluctuations in the short term in exchange for the potential for high long-term returns.

## What are the risks?

The performance of the Fund depends on the value of its holdings. Stock values may vary from day to day in response to individual companies and general market and economic conditions. In the short term, stock values may be volatile, but over the long term, they have the potential for higher returns than bond or cash investments.

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low          medium          high

## Performance

| Cumulative Total Return | The Fund |
|---|---|
| 3 Months | -8.84% |
| Year to Date | -8.84% |

| Annualized Total Return | |
|---|---|
| 1 Year | -6.97% |
| 3 Year | 7.02% |
| 5 Year | 15.03% |
| 10 Year | 9.03% |

Returns shown have been reduced for investment management fees of 0.04% and estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

Investment operations for Series Class A began September 1997. For the period prior to that date, the performance shown reflects the performance of the sole underlying fund in which the Series Class A Fund invests ("the base fund"). The actual performance of the base fund has been restated to reflect the fees and expenses currently applicable to the Series Class A Fund. Series Class A offers investors the opportunity to purchase units of the Series Class at the same day's unit value, as opposed to the base fund, which normally offers investors the following day's unit value. Although the performance of the base fund approximates that of the Series Class A Fund, actual gross performance of the Series Class A Fund would have varied from the base fund as a result of this different valuation practice as well as different cash flows.

Standard & Poor's S&P MidCap 400® Index is a registered trademark of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and has been licensed for use by State Street Bank and Trust Company. The Product is not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

## Characteristics

| | |
|---|---|
| Est. 3-5 year EPS Growth | 13.20 |
| Forward 12-mo P/E | 15.6x |
| Price/Book | 2.7x |
| Dividend Yield | 1.52% |
| Number of holdings | 406 |
| Weighted Avg. Mkt. Cap. $B | 3.8 |

State Street Corporation Salary Savings Program (SSP)
## S&P MidCap Index Fund

**31 March 2008**

### Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

### How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

### Top Holdings

| | |
|---|---|
| INTUITIVE SURGICAL INC | 1.23% |
| SOUTHWESTERN ENERGY CO | 1.13 |
| ACTIVISION INC | 0.79 |
| FMC TECHNOLOGIES INC | 0.73 |
| EQUITABLE RESOURCES INC | 0.70 |
| HOLOGIC INC | 0.69 |
| JOY GLOBAL INC | 0.69 |
| DENBURY RESOURCES INC | 0.69 |
| NEWFIELD EXPLORATION CO | 0.68 |
| HARRIS CORP | 0.66 |

### Sector Weighting

| | |
|---|---|
| Financials | 16.14% |
| Industrials | 16.08 |
| Information Technology | 13.51 |
| Consumer Discretionary | 12.41 |
| Health Care | 12.34 |
| Energy | 10.13 |
| Utilities | 7.96 |
| Materials | 7.48 |
| Consumer Staples | 3.43 |
| Telecommunication Services | 0.51 |

State Street Corporation Salary Savings Program (SSP)

# Russell 2000® Index Fund

STATE STREET GLOBAL ADVISORS | SSGA

**31 March 2008**

## What is the Fund's goal?

The Fund seeks to match the performance of the Russell 2000 Index.

## What is the Index?

**Russell 2000 Index** - This float-adjusted small cap equity index covers approximately 8% of the US equity market and measures the performance of the 2,000 smallest companies in the broad-market Russell 3000 Index based on total market capitalization.

## What is the Fund's investment strategy?

The Fund attempts to invest in all 2,000 stocks in the Russell 2000 Index in proportion to their weighting in the Index. The Fund may also hold 2-5% of its value in futures contracts (an agreement to buy or sell a specific security by a specific date at an agreed upon price). The strategy of investing in the same stocks as the Index minimizes the need for trading and therefore results in lower expenses.

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity (stock) and fixed income (bond) funds. Stock funds help build the value of your portfolio over the long term, while bond funds provide income and stability of principal. As a stock fund, this Fund may be appropriate if you have a medium to longer investment time frame or are seeking high total return from the potential growth of small companies and are willing to ride out the potentially volatile market fluctuations.

## What are the risks?

The performance of the Fund depends on the value of its holdings. Stock values may vary from day to day in response to individual companies and general market and economic conditions. Market and economic events may have a greater impact on the value of smaller companies than on large companies. In the short term, stock values may be volatile, but over the long term, they have the potential for higher returns than bond or cash investments.

## Performance

| Cumulative Total Return | The Fund |
|---|---|
| 3 Months | -9.84% |
| Year to Date | -9.84% |

| Annualized Total Return | |
|---|---|
| 1 Year | -13.05% |
| 3 Year | 4.92% |
| 5 Year | 14.61% |
| 10 Year | 4.68% |

Returns shown have been reduced for investment management fees of 0.06% and estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

Investment operations for Series Class A began September 1996. For the period prior to that date, the performance shown reflects the performance of the sole underlying fund in which the Series Class A Fund invests ("the base fund"). The actual performance of the base fund has been restated to reflect the fees and expenses currently applicable to the Series Class A Fund. Series Class A offers investors the opportunity to purchase units of the Series Class at the same day's unit value, as opposed to the base fund, which normally offers investors the following day's unit value. Although the performance of the base fund approximates that of the Series Class A Fund, actual gross performance of the Series Class A Fund would have varied from the base fund as a result of this different valuation practice as well as different cash flows.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

## Characteristics

| | |
|---|---|
| Est. 3-5 year EPS Growth | 15.64 |
| Forward 12-mo P/E | 19.8x |
| Price/Book | 2.5x |
| Dividend Yield | 1.45% |
| Number of holdings | 1,921 |
| Weighted Avg. Mkt. Cap. $B | 1.4 |

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low          medium          high

State Street Corporation Salary Savings Program (SSP)
# Russell 2000 Index Fund

**31 March 2008**

## Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

## Top Holdings

| | |
|---|---|
| HOLOGIC INC | 0.60% |
| CF INDUSTRIES HOLDINGS INC | 0.51 |
| PRICELINE.COM INC | 0.41 |
| ILLUMINA INC | 0.36 |
| FLIR SYSTEMS INC | 0.35 |
| EXTERRAN HOLDINGS INC | 0.35 |
| PETROHAWK ENERGY CORP | 0.34 |
| BUCYRUS INTL INC | 0.34 |
| BIOMARIN PHARMACEUTICAL INC | 0.30 |
| FTI CONSULTING INC | 0.30 |

The Top Holdings only reflect equity positions in the fund. The fund may also hold cash, cash equivalents, treasuries and futures. The futures are unleveraged and are used to equitize the cash and cash equivalents.

## Sector Weights

| | |
|---|---|
| Financials | 20.27% |
| Information Technology | 16.70 |
| Industrials | 15.43 |
| Consumer Discretionary | 13.54 |
| Health Care | 13.04 |
| Energy | 7.80 |
| Materials | 5.72 |
| Consumer Staples | 3.29 |
| Utilities | 3.03 |
| Telecommunication Services | 1.17 |

# State Street Corporation Salary Savings Program (SSP)
# International Index (EAFE) Fund

 STATE STREET GLOBAL ADVISORS | SSgA

**31 March 2008**

## What is the Fund's goal?

The Fund seeks to match closely the performance of the Morgan Stanley Capital International Europe, Australasia, Far East (MSCI EAFE®) Index while providing daily liquidity.

## What is the Index?

**MSCI EAFE Index** - This float-adjusted international equity index covers approximately 85% of each industry within each represented country, and measures the performance of over 1,000 companies in 21 countries in developed markets outside North and South America.

## What is the Fund's investment strategy?

The Fund typically invests in all the stocks in the MSCI EAFE Index in proportion to their weighting in the Index. The strategy of investing in the same stocks as the Index minimizes the need for trading and therefore results in lower expenses.

## Is the Fund appropriate for me?

In building a retirement portfolio, it's important to include a mix of equity (stock) and fixed income (bond) funds. Stock funds help build the value of your portfolio over the long term, while bond funds provide income and stability of principal. As an international stock fund, this Fund may be appropriate for you if you have a medium to longer investment time frame or are seeking maximum growth potential and are willing to accept potentially large fluctuations in value that often accompany international investing.

## What are the risks?

Investing in stocks of international companies and non-U.S. governments may carry substantial risks. There may be less publicly available information about international companies as compared to the reports and ratings published regarding U.S. companies. Investment in the Fund is made in U.S. dollars, therefore the Fund is exposed to currency risk. In many non-U.S. countries, there is less government supervision and regulation of securities than in the U.S. However, investing in international stocks may further diversify overall portfolio risk.

## Performance

| Cumulative Total Return | The Fund |
|---|---|
| 3 Months | -9.00% |
| Year to Date | -9.00% |

| Annualized Total Return | |
|---|---|
| 1 Year | -2.74% |
| 3 Year | 13.21% |
| 5 Year | 21.34% |
| 10 Year | 5.34% |

Returns shown have been reduced for investment management fees of 0.15% and estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

Investment operations for Series Class A began January 1997. For the period prior to that date, the performance shown reflects the performance of the sole underlying fund in which the Series Class A Fund invests ("the base fund"). The actual performance of the base fund has been restated to reflect the fees and expenses currently applicable to the Series Class A Fund. Series Class A offers investors the opportunity to purchase units of the Series Class at the same day's unit value, as opposed to the base fund, which normally offers investors the following day's unit value. Although the performance of the base fund approximates that of the Series Class A Fund, actual gross performance of the Series Class A Fund would have varied from the base fund as a result of this different valuation practice as well as different cash flows.

Composition represents that of the Fund's Index. The Fund attempts to fully replicate the Index by holding securities in approximately the same proportion as the Index and buying and selling securities only when there are changes to the Index. Although the Fund composition percentages may vary slightly from the Index at any time, it is a fairly accurate indication of the composition of the Fund.

The MSCI EAFE® Index is a trademark of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to an MSCI index as noted. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

## Characteristics

| | |
|---|---|
| Forward 12-mo P/E | 11.38 |
| Price/Book | 1.92 |
| Dividend Yield | 3.20 |
| Number of holdings | 1,199 |
| Weighted Avg. Mkt. Cap. $B | 57.6 |

## Market Risk Profile

This is the risk that an investment will fluctuate in value. An investment with low market risk will experience small changes in value and offer less opportunity for high returns; one with high market risk may experience larger changes in value, but may also tend to provide greater returns to outpace inflation over the long term.

low ——————— medium ——————— high

State Street Corporation Salary Savings Program (SSP)
## International Index (EAFE) Fund

**31 March 2008**

### Who is the Fund's investment manager?

The Fund is managed by State Street Global Advisors (SSgA), a global leader in providing investment management services to clients worldwide. SSgA has been selected by many worldwide industry leaders to provide premier investment management services to their employees. To learn more about SSgA, visit our web site at www.ssga.com.

### How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-800-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

Effective November 3, 2003, a 30-day re-entry restriction has been placed on the Fund. Once you have transferred part or all of your account out of the Fund, you would not be able to transfer part or all of your account back into the Fund within 30 calendar days of the last prior transfer out. This rule will not prevent new contributions that are your own pre-tax (401(k)) contributions, matching company contributions, or rollover contributions or loan repayments from being invested in the Fund. It will only be applied to transfers in and out of the International Index Fund.

### Top Holdings

| | |
|---|---|
| NESTLE S.A. | 1.56% |
| HSBC HOLDINGS PLC | 1.55 |
| BP PLC | 1.53 |
| TOTAL S.A. | 1.27 |
| VODAFONE GROUP PLC | 1.26 |
| TOYOTA MOTOR CORP | 1.07 |
| ROCHE HOLDING AG | 1.05 |
| BANCO SANTANDER S.A. | 0.99 |
| NOKIA CORP. | 0.99 |
| ROYAL DUTCH SHELL PLC (CL A) | 0.98 |

### Country Weighting

| | |
|---|---|
| United Kingdom | 21.58% |
| Japan | 20.02 |
| France | 10.93 |
| Germany | 9.19 |
| Switzerland | 7.24 |
| Australia | 6.37 |
| Spain | 4.45 |
| Italy | 3.88 |
| Netherlands | 2.87 |
| Sweden | 2.46 |
| Hong Kong | 2.19 |
| Finland | 1.84 |
| Belgium | 1.30 |
| Singapore | 1.15 |
| Norway | 1.06 |
| Denmark | 1.02 |
| Greece | 0.71 |
| Ireland | 0.70 |
| Austria | 0.59 |
| Portugal | 0.34 |
| New Zealand | 0.12 |

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement Income Fund

**31 March 2008**

## Investment Objective

The objective of the SSgA Target Retirement Income Fund is to achieve current income and some capital appreciation over time, consistent with its current asset allocation. The fund pursues this objective by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of its applicable benchmark. The fund pursues this objective by investing, through the SSgA funds, in a diversified portfolio consisting of about 35% stocks and 65% bonds. The Target Retirement Income Fund is designed for people already in or very near retirement.

## Investment Strategy

The SSgA Target Retirement Income Fund will provide an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities. The SSgA Target Retirement Income Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

The SSgA Retirement Income Fund may invest in short- term securities and instruments including, but not limited to the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of September 30, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Income Fund Allocation

The following table details the SSgA Target Retirement Income Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 34.9% |
|---|---|
| S&P 500 Index Fund | 25.9 |
| MSCI ACWI ex-US Index Fund | 4.0 |
| S&P Midcap 400 Index Fund | 3.0 |
| Russell 2000 Index Fund | 2.0 |
| **Fixed Income** | **65.1%** |
| US Aggregate Bond Index Fund | 24.9% |
| Stable Value PAR Fund | 20.2 |
| US TIPS Index Fund | 20.0 |
| Long US Government Bond Index Fund | 0.0 |

## Performance

| Cumulative Total Return | SSgA Target Retirement Income Composite | SSgA Target Retirement Income Index |
|---|---|---|
| Q1 2008 | -1.47% | -1.56% |
| YTD | -1.47% | -1.56% |
| **Annualized Total Return** | | |
| 1 Year | 3.87% | 3.66% |
| 3 Year | 5.71% | 5.78% |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell℠.

The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.

The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement Income Fund

**31 March 2008**

## Characteristics

**Net Assets (millions)** **$330**

**Equity**

| | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.5x |
| Price/Book | 2.3x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 78.1 |

**Fixed Income**

| | |
|---|---|
| Number of Holdings | 4,951 |
| Effective Duration | 5.13 |
| Current Yield | 3.88% |
| Credit Quality | Aa1 |

**Stable Value**

| | |
|---|---|
| Current Crediting Rate | 3.85% |
| Effective Duration | 2.9 |

## Top Ten Holdings

| | |
|---|---|
| US Treasury Infl-Protected Nts | 1.34% |
| US Treasury Infl-Protected Bds | 1.32 |
| US Treasury Infl-Protected Bds | 1.28 |
| US Treasury Infl-Protected Nts | 1.18 |
| US Treasury Infl-Protected Nts | 1.08 |
| US Treasury Infl-Protected Bds | 1.07 |
| US Treasury Infl-Protected Nts | 1.06 |
| Exxon Mobil Corp | 1.02 |
| US Treasury Infl-Protected Nts | 0.99 |
| US Treasury Infl-Protected Nts | 0.96 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement Income Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement Income Fund the composite benchmark is currently made up of 26% of the S&P 500 Index, 3% of the S&P MidCap 400 Index, 2% of the Russell 2000 Index, 4% of the MSCI ACWI ex-US Index, 0% of the Lehman Brothers Long US Government Bond Index, 25% of the Lehman Brothers US Aggregate Bond Index, 20% of the Lehman Brothers US TIPS Index, 20% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement Income Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**

The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**

The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**

The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**

The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**

The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**

The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US Index**

The MSCI ACWI ex US Index (All Country World ex US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**

The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value and short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement Income Fund

**31 March 2008**

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of Acquired Funds combined with the direct fees of the Acquiring Funds are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00  | $10.00  | $17.00  | $39.00   |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

General equity risk. As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement 2010 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2010 Fund Allocation

The following table details the Target Retirement 2010 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| | |
|---|---|
| **Equity** | **52.5%** |
| S&P 500 Index Fund | 35.0% |
| MSCI ACWI ex-US Index Fund | 10.0 |
| S&P Midcap 400 Index Fund | 4.5 |
| Russell 2000 Index Fund | 3.0 |
| **Fixed Income** | **47.5%** |
| Long US Government Bond Index Fund | 20.0% |
| US Aggregate Bond Index Fund | 20.0 |
| US TIPS Index Fund | 7.5 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
|---|---|---|
| Q1 2008 | -3.29% | -3.41% |
| YTD | -3.29% | -3.41% |
| **Annualized Total Return** | | |
| 1 Year | 2.32% | 2.20% |
| 3 Year | 6.09% | 6.10% |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve their desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.
Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.
The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.
The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2010 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.40% |
| US Treasury | 1.31 |
| GENERAL ELEC CO | 1.03 |
| US Treasury | 0.95 |
| US Treasury | 0.90 |
| US Treasury | 0.82 |
| US Treasury | 0.81 |
| US Treasury | 0.80 |
| MICROSOFT CORP | 0.79 |
| US Treasury | 0.71 |

## Characteristics

| **Net Assets (millions)** | **$876** |
|---|---|

**Equity**

| | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.4x |
| Price/Book | 2.3x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 74.8 |

**Fixed Income**

| | |
|---|---|
| Number of Holdings | 4,936 |
| Effective Duration | 7.83 |
| Current Yield | 4.79% |
| Credit Quality | Aa1 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement 2010 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2010 Fund the composite benchmark is currently made up of 35% of the S&P 500 Index, 4.5% of the S&P MidCap 400 Index, 3.0% of the Russell 2000 Index, 10% of the MSCI ACWI ex-US Index, 20% of the Lehman Brothers Long US Government Bond Index, 20% of the Lehman Brothers US Aggregate Bond Index, 7.5% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2010 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**

The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**

The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**

The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**

The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**

The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**

The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US**

The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**

The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2010 Fund

**31 March 2008**

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Fund are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00 | $10.00 | $17.00 | $39.00 |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their values are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA

# SSgA Target Retirement 2015 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2015 Fund Allocation

The following table details the Target Retirement 2015 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 65.0% |
|---|---|
| S&P 500 Index Fund | 40.0% |
| MSCI ACWI ex-US Index Fund | 15.0 |
| S&P Midcap 400 Index Fund | 6.0 |
| Russell 2000 Index Fund | 4.0 |
| **Fixed Income** | **35.0%** |
| Long US Government Bond Index Fund | 20.0% |
| US Aggregate Bond Index Fund | 10.0 |
| US TIPS Index Fund | 5.0 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
|---|---|---|
| Q1 2008 | -4.80% | -4.90% |
| YTD | -4.80% | -4.90% |

| Annualized Total Return | | |
|---|---|---|
| 1 Year | 0.77% | 0.72% |
| 3 Year | N/A | N/A |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.
Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.
The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.
The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

## SSgA Target Retirement 2015 Fund

**31 March 2008**

### Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

### Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.55% |
| US Treasury | 1.35 |
| GENERAL ELEC CO | 1.13 |
| US Treasury | 0.97 |
| US Treasury | 0.93 |
| MICROSOFT CORP | 0.87 |
| US Treasury | 0.84 |
| US Treasury | 0.83 |
| US Treasury | 0.82 |
| AT&T INC COM | 0.76 |

### Characteristics

| **Net Assets (millions)** | **$313** |
|---|---|

**Equity**

| | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.3x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 72.1 |

**Fixed Income**

| | |
|---|---|
| Number of Holdings | 4,936 |
| Effective Duration | 8.78 |
| Current Yield | 4.85% |
| Credit Quality | Aa1 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement 2015 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2015 Fund the composite benchmark is currently made up of 40% of the S&P 500 Index, 6% of the S&P MidCap 400 Index, 4% of the Russell 2000 Index, 15% of the MSCI ACWI ex-US Index, 20% of the Lehman Brothers Long US Government Bond Index, 10% of the Lehman Brothers US Aggregate Bond Index, 5% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2015 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**
The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**
The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**
The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**
The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**
The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**
The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US Index**
The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**
The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value and short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2015 Fund

**31 March 2008**

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Fund are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|
| $4.00 | $10.00 | $17.00 | $39.00 |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement 2020 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2020 Fund Allocation

The following table details the Target Retirement 2020 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 72.5% |
| --- | --- |
| S&P 500 Index Fund | 42.5% |
| MSCI ACWI ex-US Index Fund | 17.5 |
| S&P Midcap 400 Index Fund | 6.8 |
| Russell 2000 Index Fund | 5.8 |
| **Fixed Income** | **27.5%** |
| Long US Government Bond Index Fund | 20.0% |
| US Aggregate Bond Index Fund | 5.0 |
| US TIPS Index Fund | 2.5 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
| --- | --- | --- |
| Q1 2008 | -5.76% | -5.83% |
| YTD | -5.76% | -5.83% |

| Annualized Total Return | | |
| --- | --- | --- |
| 1 Year | -0.18% | -0.18% |
| 3 Year | 7.13% | 7.12% |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.
Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.
The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.
The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2020 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.67% |
| US Treasury | 1.26 |
| GENERAL ELEC CO | 1.22 |
| MICROSOFT CORP | 0.93 |
| US Treasury | 0.91 |
| US Treasury | 0.87 |
| AT&T INC COM | 0.82 |
| US Treasury | 0.79 |
| US Treasury | 0.78 |
| US Treasury | 0.77 |

## Characteristics

| **Net Assets (millions)** | **$1,389** |
|---|---|

| **Equity** | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.2x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 69.9 |

| **Fixed Income** | |
|---|---|
| Number of Holdings | 4,936 |
| Effective Duration | 9.62 |
| Current Yield | 5.02% |
| Credit Quality | Aa1 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement 2020 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2020 Fund the composite benchmark is currently made up of 42.5% of the S&P 500 Index, 6.7% of the S&P MidCap 400 Index, 5.8% of the Russell 2000 Index, 17.5% of the MSCI ACWI ex-US Index, 20% of the Lehman Brothers Long US Government Bond Index, 5% of the Lehman Brothers US Aggregate Bond Index, 2.5% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2020 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**
The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**
The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**
The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**
The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**
The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**
The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US Index**
The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**
The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value and short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2020 Fund

**31 March 2008**

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Funds are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00  | $10.00  | $17.00  | $39.00   |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement 2025 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2025 Fund Allocation

The following table details the Target Retirement 2025 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 80.0% |
|---|---|
| S&P 500 Index Fund | 45.0% |
| MSCI ACWI ex-US Index Fund | 20.0 |
| S&P Midcap 400 Index Fund | 7.5 |
| Russell 2000 Index Fund | 7.5 |
| **Fixed Income** | **20.0%** |
| Long US Government Bond Index Fund | 20.0% |
| US Aggregate Bond Index Fund | 0.0 |
| US TIPS Index Fund | 0.0 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
|---|---|---|
| Q1 2008 | -6.70% | -6.76% |
| YTD | -6.70% | -6.76% |

| Annualized Total Return | | |
|---|---|---|
| 1 Year | -1.23% | -1.20% |
| 3 Year | N/A | N/A |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your benefits office or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.
Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.
The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.
The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2025 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.73% |
| GENERAL ELEC CO | 1.27 |
| US Treasury | 1.26 |
| MICROSOFT CORP | 0.97 |
| US Treasury | 0.91 |
| US Treasury | 0.87 |
| AT&T INC COM | 0.85 |
| US Treasury | 0.79 |
| US Treasury | 0.78 |
| PROCTER & GAMBLE CO | 0.77 |

## Characteristics

| **Net Assets (millions)** | **$344** |
|---|---|
| **Equity** | |
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.2x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 68.2 |
| **Fixed Income** | |
| Number of Holdings | 126 |
| Effective Duration | 11.1 |
| Current Yield | 5.31 |
| Credit Quality | Aa1 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement 2025 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2025 Fund the composite benchmark is currently made up of 45% of the S&P 500 Index, 7.5% of the S&P MidCap 400 Index, 7.5% of the Russell 2000 Index, 20% of the MSCI ACWI ex-US Index, 20% of the Lehman Brothers Long US Government Bond Index, 0% of the Lehman Brothers US Aggregate Bond Index, 0% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2025 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**
The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**
The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**
The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**
The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**
The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**
The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US Index**
The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**
The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2025 Fund

**31 March 2008**

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Fund are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| | 1 year | 3 years | 5 years | 10 years |
|---|---|---|---|---|
| | $4.00 | $10.00 | $17.00 | $39.00 |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement 2030 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2030 Fund Allocation

The following table details the Target Retirement 2030 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 85.0% |
|---|---|
| S&P 500 Index Fund | 45.0% |
| MSCI ACWI ex-US Index Fund | 22.5 |
| S&P Midcap 400 Index Fund | 8.8 |
| Russell 2000 Index Fund | 8.8 |
| **Fixed Income** | **15.0%** |
| Long US Government Bond Index Fund | 15.0% |
| US Aggregate Bond Index Fund | 0.0 |
| US TIPS Index Fund | 0.0 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
|---|---|---|
| Q1 2008 | -7.37% | -7.39% |
| YTD | -7.37% | -7.39% |
| **Annualized Total Return** | | |
| 1 Year | -2.00% | -1.93% |
| 3 Year | 7.68% | 7.68% |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" the last page last would be increased. You may contact your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.
Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.
The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.
The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2030 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.77% |
| GENERAL ELEC CO | 1.29 |
| MICROSOFT CORP | 0.99 |
| US Treasury | 0.93 |
| AT&T INC COM | 0.87 |
| PROCTER & GAMBLE CO | 0.79 |
| CHEVRON CORP NEW | 0.68 |
| US Treasury | 0.68 |
| JOHNSON & JOHNSON | 0.66 |
| US Treasury | 0.65 |

## Characteristics

**Net Assets (millions)** **$933**

**Equity**

| | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.2x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 65.9 |

**Fixed Income**

| | |
|---|---|
| Number of Holdings | 126 |
| Effective Duration | 11.1 |
| Current Yield | 5.31% |
| Credit Quality | Aa1 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement 2030 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2030 Fund the composite benchmark is currently made up of 45% of the S&P 500 Index, 8.8% of the S&P MidCap 400 Index, 8.7% of the Russell 2000 Index, 22.5% of the MSCI ACWI ex-US Index, 15% of the Lehman Brothers Long US Government Bond Index, 0% of the Lehman Brothers US Aggregate Bond Index, 0% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2030 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**
The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**
The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**
The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**
The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**
The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**
The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US**
The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**
The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2030 Fund

**31 March 2008**

### FEES AND EXPENSES

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Fund are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00 | $10.00 | $17.00 | $39.00 |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

### INVESTMENT RISKS

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement 2035 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2035 Fund Allocation

The following table details the Target Retirement 2035 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 90.0% |
|---|---|
| S&P 500 Index Fund | 45.0% |
| MSCI ACWI ex-US Index Fund | 25.0 |
| S&P Midcap 400 Index Fund | 10.0 |
| Russell 2000 Index Fund | 10.0 |
| **Fixed Income** | **10.0.%** |
| Long US Government Bond Index Fund | 10.0% |
| US Aggregate Bond Index Fund | 0.0 |
| US TIPS Index Fund | 0.0 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
|---|---|---|
| Q1 2008 | -8.03% | -8.02% |
| YTD | -8.03% | -8.02% |

| Annualized Total Return | | |
|---|---|---|
| 1 Year | -2.76% | -2.67% |
| 3 Year | N/A | N/A |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the following page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.

The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.

The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2035 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.75% |
| GENERAL ELEC CO | 1.28 |
| MICROSOFT CORP | 0.98 |
| AT&T INC COM | 0.86 |
| PROCTER & GAMBLE CO | 0.78 |
| CHEVRON CORP NEW | 0.68 |
| US Treasury | 0.67 |
| JOHNSON & JOHNSON | 0.66 |
| BANKAMERICA CORP | 0.63 |
| APPLE COMPUTER INC | 0.59 |

## Characteristics

| **Net Assets (millions)** | **$222** |
|---|---|

**Equity**

| | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.2x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 63.8 |

**Fixed Income**

| | |
|---|---|
| Number of Holdings | 126 |
| Effective Duration | 11.1 |
| Current Yield | 5.31% |
| Credit Quality | Aa1 |

### INDEX DESCRIPTIONS

The benchmark performance for the SSgA Target Retirement 2035 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2035 Fund the composite benchmark is currently made up of 45% of the S&P 500 Index, 10% of the S&P MidCap 400 Index, 10% of the Russell 2000 Index, 25% of the MSCI ACWI ex-US Index, 10% of the Lehman Brothers Long US Government Bond Index, 0% of the Lehman Brothers US Aggregate Bond Index, 0% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2035 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**
The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**
The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**
The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**
The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**
The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**
The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US Index**
The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**
The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2035 Fund

**31 March 2008**

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Funds are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00  | $10.00  | $17.00  | $39.00   |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA

# SSgA Target Retirement 2040 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2040 Fund Allocation

The following table details the Target Retirement 2040 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 90.0% |
|---|---|
| S&P 500 Index Fund | 45.0% |
| MSCI ACWI ex-US Index Fund | 25.0 |
| S&P Midcap 400 Index Fund | 10.0 |
| Russell 2000 Index Fund | 10.0 |
| **Fixed Income** | **10.0%** |
| Long US Government Bond Index Fund | 10.0% |
| US Aggregate Bond Index Fund | 0.0 |
| US TIPS Index Fund | 0.0 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
|---|---|---|
| Q1 2008 | -8.04% | -8.02% |
| YTD | -8.04% | -8.02% |
| **Annualized Total Return** | | |
| 1 Year | -2.66% | -2.55% |
| 3 Year | 8.33% | 8.37% |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.
Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell℠.
The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.
The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2040 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.75% |
| GENERAL ELEC CO | 1.28 |
| MICROSOFT CORP | 0.98 |
| AT&T INC COM | 0.86 |
| PROCTER & GAMBLE CO | 0.78 |
| CHEVRON CORP NEW | 0.68 |
| US Treasury | 0.67 |
| JOHNSON & JOHNSON | 0.66 |
| BANKAMERICA CORP | 0.63 |
| APPLE COMPUTER INC | 0.59 |

## Characteristics

| **Net Assets (millions)** | **$439** |
|---|---|

| **Equity** | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.2x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 63.8 |

| **Fixed Income** | |
|---|---|
| Number of Holdings | 126 |
| Effective Duration | 11.1 |
| Current Yield | 5.31% |
| Credit Quality | Aa1 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement 2040 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2040 Fund the composite benchmark is currently made up of 45% of the S&P 500 Index, 10% of the S&P MidCap 400 Index, 10% of the Russell 2000 Index, 25% of the MSCI ACWI ex-US Index, 10% of the Lehman Brothers Long US Government Bond Index, 0% of the Lehman Brothers US Aggregate Bond Index, 0% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2040 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**

The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**

The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**

The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**

The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**

The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**

The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US**

The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**

The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2040 Fund

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Fund are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00  | $10.00  | $17.00  | $39.00   |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

- General equity risk. As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement 2045 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2045 Fund Allocation

The following table details the Target Retirement 2045 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 90.0% |
| --- | --- |
| S&P 500 Index Fund | 45.0% |
| MSCI ACWI ex-US Index Fund | 25.0 |
| S&P Midcap 400 Index Fund | 10.0 |
| Russell 2000 Index Fund | 10.0 |
| **Fixed Income** | **10.0%** |
| Long US Government Bond Index Fund | 10.0% |
| US Aggregate Bond Index Fund | 0.0 |
| US TIPS Index Fund | 0.0 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
| --- | --- | --- |
| Q1 2008 | -8.01% | -8.02% |
| YTD | -8.01% | -8.02% |

| Annualized Total Return | | |
| --- | --- | --- |
| 1 Year | -2.45% | -2.42% |
| 3 Year | N/A | N/A |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.

The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.

The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2045 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.75% |
| GENERAL ELEC CO | 1.28 |
| MICROSOFT CORP | 0.98 |
| AT&T INC COM | 0.86 |
| PROCTER & GAMBLE CO | 0.78 |
| CHEVRON CORP NEW | 0.68 |
| US Treasury | 0.67 |
| JOHNSON & JOHNSON | 0.66 |
| BANKAMERICA CORP | 0.63 |
| APPLE COMPUTER INC | 0.59 |

## Characteristics

**Net Assets (millions)** **$83**

**Equity**

| | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.2x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 63.8 |

**Fixed Income**

| | |
|---|---|
| Number of Holdings | 126 |
| Effective Duration | 11.1 |
| Current Yield | 5.31% |
| Credit Quality | Aa1 |

### INDEX DESCRIPTIONS

The benchmark performance for the SSgA Target Retirement 2045 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2045 Fund the composite benchmark is currently made up of 45% of the S&P 500 Index, 10% of the S&P MidCap 400 Index, 10% of the Russell 2000 Index, 25% of the MSCI ACWI ex-US Index, 10% of the Lehman Brothers Long US Government Bond Index, 0% of the Lehman Brothers US Aggregate Bond Index, 0% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2045 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**
The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**
The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**
The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**
The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**
The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**
The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US**
The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**
The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value and short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2045 Fund

**31 March 2008**

**FEES AND EXPENSES**

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Fund are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00  | $10.00  | $17.00  | $39.00   |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

**INVESTMENT RISKS**

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

STATE STREET GLOBAL ADVISORS | SSgA.

# SSgA Target Retirement 2050 Fund

**31 March 2008**

## Investment Objective

The objective of each SSgA Target Retirement Fund is to achieve the highest total return over time, consistent with its current asset allocation. The funds pursue their objectives by investing in a diversified portfolio of SSgA stock and bond funds which are intended to closely match the performance and characteristics of their applicable benchmarks. Each fund's allocation between SSgA stock and bond funds will change over time in relation to its target retirement date. You simply select the fund with a date closest to when you expect to retire and invest accordingly.

## Investment Strategy

Each fund seeks to achieve its objective by investing in a set of underlying SSgA collective trust funds representing various asset classes. Each fund (other than the SSgA Target Retirement Income Fund) is managed to a specific retirement year (target date) included in its name.

Over time, the allocation to asset classes and funds will change according to a predetermined "glide path." (The glide path represents the shifting of asset classes over time and does not apply to the Income Fund.) Each fund's asset allocation will become more conservative as it approaches its target retirement date. This reflects the need for reduced investment risks as retirement approaches and the need for lower volatility of a portfolio, which may be a primary source of income after retiring. The allocations reflected in the glide path do not reflect tactical decisions made by SSgA to overweight or underweight a particular asset class based on its market outlook but rather management of each fund's strategic allocation according to its glide path and applicable benchmark. Each SSgA Target Retirement Fund attempts to closely match the characteristics and returns of its composite benchmark as opposed to any attempts to outperform this composite benchmark.

Once a fund reaches its most conservative planned allocation and target retirement date, it will begin a 5 year transition period to the SSgA Target Retirement Income Fund resulting

## Investment Strategy (cont'd)

at the end of that five year period in an allocation to stocks that will remain fixed at approximately 35% of assets. The remainder will be invested in fixed-income securities.

The SSgA Target Retirement Funds may invest in short- term securities and instruments including, but not limited to, the Short Term Investment Fund ("STIF"), SSgA PAR Fund or other short-term cash funds maintained by SSgA. Any such investments are considered part of the fund's allocation to bonds.

## 2050 Fund Allocation

The following table details the Target Retirement 2050 Fund and its allocation among equities and fixed income as of most recent quarter-end:

| Equity | 90.0% |
|---|---|
| S&P 500 Index Fund | 45.0% |
| MSCI ACWI ex-US Index Fund | 25.0 |
| S&P Midcap 400 Index Fund | 10.0 |
| Russell 2000 Index Fund | 10.0 |
| **Fixed Income** | **10.0%** |
| Long US Government Bond Index Fund | 10.0% |
| US Aggregate Bond Index Fund | 0.0 |
| US TIPS Index Fund | 0.0 |

## Performance

| Cumulative Total Return | Fund | Benchmark |
|---|---|---|
| Q1 2008 | -7.98% | -8.02% |
| YTD | -7.98% | -8.02% |

| Annualized Total Return | | |
|---|---|---|
| 1 Year | N/A | N/A |
| 3 Year | N/A | N/A |
| 5 Year | N/A | N/A |
| 10 Year | N/A | N/A |

Past performance does not guarantee future results. No representation is being made that any of the SSgA Target Retirement Funds or Target Retirement Income Fund (the "Funds") will or is likely to achieve profits or losses similar to those shown. There is no guarantee that the Funds will achieve desired returns or provide adequate retirement income. Any returns shown as less than one year are cumulative returns. Fund returns are reported net of fees as disclosed in more detail on the last page. Investors holding Class A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected under "Fees and Expenses" on the last page would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan. All Fund returns prior to January 1, 2008 reflect the actual operating costs for the Funds during that time. The fee cap of .03% annually became effective on January 1, 2008. All income is reinvested in the portfolios. The weighting of the various indices included in the Funds' composite benchmarks are adjusted to reflect the Funds' changing asset allocations over time. The following indices are used to calculate the Funds composite benchmarks: S&P 500® Index, S&P MidCap 400® Index, Russell 2000® Index, MSCI ACWI ex-US℠ Index, Lehman Bros. US Aggregate Bond Index, Lehman Bros .Long Government Bond Index, Lehman Bros US TIPS Index, and the Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.
Neither SSgA nor its affiliates is affiliated with Standard & Poor's®, MSCI, Lehman Bros., or Russell™.
The Funds are not FDIC insured, are not an obligation or deposit of, or guaranteed by, State Street Corporation, SSgA or its affiliates and involve investment risk, including possible loss of principal. Risk controls and asset allocation models do not promise any level of performance or guarantee against loss of principal.
The Funds are collective investment funds. Prospectuses are not required and prices are not available in local publications.

# SSgA Target Retirement 2050 Fund

**31 March 2008**

## Who is the Fund's Investment Manager?

State Street Global Advisors (SSgA) is the investment management arm of State Street Corporation. With $2.0 trillion under management as of December 31, 2007, SSgA provides our clients with complete global investment management services from offices in North America, South America, Europe, Asia, Australia and the Middle East. The firm uses a team approach in managing investment portfolios. SSgA has been selected by many worldwide industry leaders to provide investment management services to their employees. To learn more about SSgA, visit our website at www.ssga.com.

## Top Ten Holdings

| | |
|---|---|
| EXXON MOBIL CORP | 1.75% |
| GENERAL ELEC CO | 1.28 |
| MICROSOFT CORP | 0.98 |
| AT&T INC COM | 0.86 |
| PROCTER & GAMBLE CO | 0.78 |
| CHEVRON CORP NEW | 0.68 |
| US Treasury | 0.67 |
| JOHNSON & JOHNSON | 0.66 |
| BANKAMERICA CORP | 0.63 |
| APPLE COMPUTER INC | 0.59 |

## Characteristics

| **Net Assets (millions)** | **$7** |
|---|---|

**Equity**

| | |
|---|---|
| Number of Holdings | 4,925 |
| Forward 12-month P/E | 13.3x |
| Price/Book | 2.2x |
| Median Mkt. Cap $B | 2.1 |
| Weighted Avg. Mkt. Cap. $B | 63.8 |

**Fixed Income**

| | |
|---|---|
| Number of Holdings | 126 |
| Effective Duration | 11.1 |
| Current Yield | 5.31 |
| Credit Quality | Aa1 |

**INDEX DESCRIPTIONS**

The benchmark performance for the SSgA Target Retirement 2050 Fund is derived by applying the Fund's target allocations to a series of unmanaged benchmarks. For the SSgA Target Retirement 2050 Fund the composite benchmark is currently made up of 45% of the S&P 500 Index, 10% of the S&P MidCap 400 Index, 10% of the Russell 2000 Index, 25% of the MSCI ACWI ex-US Index, 10% of the Lehman Brothers Long US Government Bond Index, 0% of the Lehman Brothers US Aggregate Bond Index, 0% of the Lehman Brothers US TIPS Index, 0% Stable Value Fund benchmark which is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg.

The manager attempts to keep the Fund's target allocation fixed according to the Fund's composite index over time. Each of the applicable individual indices making up the SSgA Target Retirement 2050 Fund composite benchmark is described in further detail below.

**Lehman Brothers Long US Government Bond Index**
The Lehman Brothers Long US Government Bond Index consists of US Treasury and native currency US Agency securities with maturities greater than ten years. Since the Index is made up of bonds with longer maturities, the Index is more sensitive to changes in interest rates than short or intermediate benchmarks. Rising interest rates will cause the value of the Index to decline.

**Lehman Brothers US Aggregate Bond Index**
The Lehman Brothers US Aggregate Bond Index is an index representative of well-diversified exposure to the overall US bond market. More specifically, it covers the dollar-denominated investment-grade fixed-rate taxable bond market, including US Treasuries, government-related and corporate securities, mortgaged pass-through securities, asset-backed securities, and commercial mortgage-backed securities. The maturities of the bonds in the index are more than one year.

**Lehman Brothers US TIPS Index**
The Lehman Brothers US TIPS Index is limited to US Treasury Inflation Protected Securities (TIPS). Like other Treasuries, an inflation-indexed security pays interest every six months and pays the principal when the security matures. The difference is that the coupon payments and underlying principal are automatically increased to compensate for inflation as measured by the consumer price index (CPI). The maturities of the bonds in the index are more than one year.

**S&P 500 Index**
The S&P 500 Index is a large capitalization equity index of 500 leading companies in leading industries of the US economy with a minimum market capitalization of $5 billion. The Index captures approximately 75% of the US equities market.

**S&P MidCap 400 Index**
The S&P MidCap 400 Index is a mid capitalization equity index consisting of 400 companies with market capitalizations from $1.5 to $5.5 billion. The Index captures approximately 7% of the US equities market.

**Russell 2000 Index**
The Russell 2000 Index is a small capitalization equity index consisting of approximately 2,000 of the smallest companies, generally with a market cap of less than $2.5 billion, in the broad market Russell 3000 Index. The Index captures approximately 10% of the total market capitalization of the Russell 3000 Index.

**MSCI ACWI ex-US**
The MSCI ACWI ex-US Index (All Country World ex-US) is a broad equity index consisting of approximately 2,000 companies in 47 developed and emerging countries excluding the United States. Emerging markets exposure accounts for roughly 18% of the Index. The Index seeks to capture 85% of the float-adjusted market capitalization within each industry group within each country.

**Cash or Stable Value Fund Index**
The Stable Value Fund benchmark is made up of the one month LIBOR rate and a rolling four year LIBOR annualized return, weighted 5% and 95% respectively. The one month LIBOR rate recognizes the cash allocation of the portfolio, while the rolling four year LIBOR return is the proxy for the contract portion of the portfolio. LIBOR rates are published daily on Bloomberg. Each Funds particular allocation to this index is represented by Stable Value and short term investments. Stable Value short term investments seek to provide preservation of principal, stable market value and competitive returns that track prevailing intermediate term yields. Stable Value holdings are broadly diversified using high quality stable value investments and high quality fixed income securities within a book value wrap. Stable Value Funds tend to invest in high-quality bonds with short to intermediate term maturities. They also purchase insurance contracts which aim to provide price stability. Other investments include high quality commercial paper, banker's acceptance notes, foreign and domestic bank certificate of deposits, money market funds and other fixed income securities. Additional investments include US Treasury bills and other direct obligations of the US Government.

# SSgA Target Retirement 2050 Fund

**31 March 2008**

## FEES AND EXPENSES

The SSgA Target Retirement Funds are structured as collective investment funds ("Acquiring Funds") that invest in other State Street Global Advisors collective investment funds (the "Acquired Funds"). As a result, the participants investing in the Acquiring Fund indirectly bear the fees and expenses of the Acquired Funds in which the Acquiring Fund invests, in addition to the direct fees of the Acquiring Fund which include, among others, audit, administration and legal fees. The indirect fees and expenses may include, among others, the Acquired Fund's custody, audit, administration, and legal fees. Investors holding Series A shares of the Fund are not assessed an investment management fee inside the Fund. Instead, the investment management fee is charged to your Plan and paid outside the Fund or alternatively is charged specifically against the Fund that resides within your savings plan. If the investment management fee had been charged inside the Fund, the expense ratio reflected below would be increased. You may contact your benefits administrator or, if applicable, your toll-free plan information line for further details on the applicable investment management fee associated with your savings plan.

The indirect fees and expenses of the Acquired Funds combined with the direct fees of the Acquiring Funds are not expected to exceed .03% annually effective January 1, 2008. The Fund's Total Annual Operating Expense Ratio of .03% reflects all indirect and direct fees excluding the applicable investment management fee as stated previously. Transaction costs (including, for example, brokerage costs and taxes, if any), incurred by either an Acquired Fund for buying and selling securities, or an Acquiring Fund, if any, are not reflected in the Fund's Total Annual Operating Expense Ratio but are reflected in the net performance of the Fund's rate of return. No fee or other charge is assessed in connection with acquisitions or redemptions of Fund units.

The following example is intended to help illustrate the impact of fees and expenses associated with investing in the Fund (based upon the fees and expenses of the Acquired Funds and Acquiring Fund). It illustrates the hypothetical expenses that you would incur over various time periods if you were to invest $10,000 in the Fund. This example assumes that the Fund provides a return of 5% a year and that operating expenses of the Acquiring Fund and its Acquired Funds remain the same. The results apply whether or not you redeem your investment at the end of the given time period.

| 1 year | 3 years | 5 years | 10 years |
|--------|---------|---------|----------|
| $4.00 | $10.00 | $17.00 | $39.00 |

The example should not be considered to represent actual expenses or performance from the past or for the future. Actual future expenses may be higher or lower than those shown.

## INVESTMENT RISKS

The performance and risks of each SSgA Target Retirement Fund and the SSgA Target Retirement Income Fund will directly correspond to the performance and risks of the underlying funds in which it invests and in proportion to each Fund's allocation to each of these underlying funds. By investing in many underlying funds, the SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to the risks of many different areas of the market.

**Fixed-income risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to funds that invest in the bond or money market, and are subject to the following risks:

- Interest rate risk. This risk refers to the decline in bond prices that accompanies a rise in the overall level of interest rates. (Bond prices and interest rates move in opposite directions.) Generally, the longer the maturity of a fund or security, the greater its interest rate risk. While a rise in rates is the principal source of interest rate risk for bond funds, falling rates bring the possibility that a bond may be "called," or redeemed before maturity, and that the proceeds may be reinvested in lower-yielding securities.

- Credit risk. This is the chance that any of a fund's holdings will have its credit rating downgraded or will default (fail to make scheduled interest or principal payments), potentially reducing the fund's income level and share price. Most investment-grade (AAA through BBB) securities should have relatively low financial risk and a relatively high probability of future payment. However, securities rated BBB are more susceptible to adverse economic conditions and may have speculative characteristics. Securities rated below investment grade (junk or high-yield bonds) should be regarded as speculative because their issuers are more susceptible to financial setbacks and recession than more creditworthy companies.

**The more any of the SSgA Target Retirement Funds allocate to stock funds, the greater the expected risk. These risks include:**

**General equity risk.** As with all funds having equity exposure, the prices of these stock funds can fall because of weakness in the broad market, a particular industry, or specific holdings. The market as a whole can decline for many reasons including, but not necessarily limited to, adverse political or economic developments in the United States or abroad, changes in investor psychology, or heavy institutional selling. The prospects for an industry or company may deteriorate because of a variety of factors, including disappointing earnings or changes in the competitive environment. However, given the construction of each of the SSgA Target Retirement Funds and SSgA Target Retirement Income Fund the fluctuating prices of each Fund will closely match the fluctuating prices of the composite benchmark assigned to each Fund specifically. However, the SSgA Target Retirement Funds and Target Retirement Income Fund do not make tactical bets and do not attempt to outperform their composite benchmark, but rather attempt to match the performance and characteristics of each benchmark.

- Small- and mid-cap stock risks. The SSgA Target Retirement Funds own funds that invest in stocks of small- and mid-cap companies, and may take on greater risk as stocks of small- and mid-cap companies are usually more volatile than larger-company stocks. Stocks of smaller companies are typically subject to greater pricing volatility than larger-company stocks. Small companies often have more limited diversified lines of business and clients, more focused markets, or financial resources.

- Growth and value approach risks. The underlying equity funds that are used to construct the SSgA Target Retirement Funds include both growth and value oriented stocks. Markets often behave in cycles sometimes presenting periods of growth stocks outperforming value stocks or the reverse can also be true. Well established growth stocks can be volatile. Stocks of growth companies may lack dividends that can cushion share prices in a down market. In addition, earnings disappointments often can result in immediate price declines. The value approach carries the risk that the market will not recognize a stock's value for a long period of time or that a stock judged to be undervalued may be appropriately priced and out of favor for an extended period of time.

**International risks.** The SSgA Target Retirement Funds and Target Retirement Income Fund have exposure to foreign investments. This creates additional risks than funds that invest strictly in US assets. Even investments in countries with highly-developed economies are subject to significant risks, including the following:

- Currency risk. This refers to a decline in the value of a foreign currency versus the US dollar, which reduces the dollar value of securities denominated in that currency.

- General. Investments outside the United States are subject to potentially adverse local, political, and economic developments; nationalization and exchange controls; potentially lower liquidity and higher volatility; and possible problems arising from accounting, disclosure, settlement, and regulatory practices that differ from US standards.

- Emerging market risk. The SSgA Target Retirement Funds and Target Retirement Income Fund invest in funds that have exposures to emerging markets and are subject to greater risk than funds investing only in developed markets.

**Securities Lending.** Any of the Acquired Funds may lend securities to parties such as broker-dealers or other institutions. Securities lending allows the Acquired Fund to retain ownership of the securities loaned and, at the same time, earn additional income which is apportioned to the Acquiring Fund according to its beneficial ownership of the Acquired Fund and the amount of income available. The borrower provides the Acquired Fund with collateral in an amount at least equal to the value of the securities loaned. Cash received as collateral is invested in eligible securities and this subjects that investment, as well as the securities loaned, to market appreciation or depreciation. The Acquired Fund maintains voting rights of securities loaned. If the borrower defaults on its obligation to return the securities loaned because of insolvency or other reasons, an Acquired Fund could experience delays and cost in recovering the securities loaned or gaining access to the collateral. These delays and costs could be greater for foreign securities. Income earned through securities loaned is considered against these risks.

Standard & Poor's S&P® Indices are registered trademarks of Standard & Poor's, a division of the McGraw-Hill Companies, Inc. and have been licensed for use by State Street Bank and Trust Company. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product.

The MSCI® Indices are trademarks of Morgan Stanley Capital International. Portions of the balanced financial products described herein are indexed to MSCI indices. The financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any index on which such financial products are based.

The Russell 2000® Index is a trademark of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

The Lehman Index names are trademarks of Lehman Brothers, Inc.



State Street Corporation Salary Savings Program (SSP)
# State Street Corporation ESOP Fund

**31 March 2008**

## What is the Fund's goal?

The Fund provides participants the opportunity to become an owner in the Corporation and share directly in its financial performance. The term "ESOP" stands for Employee Stock Ownership Plan and the ESOP Fund became the successor to the State Street Corporation Stock Fund in June 2002.

## What is the Fund's investment strategy?

The Fund seeks to achieve its goal by investing in shares of State Street Corporation common stock. As a common stock fund, the unit value will fluctuate, reflecting general trends in the value of State Street Corporation common stock. As a participant, you do not own stock, but own a percentage of the total value of the Fund's holdings. You are entitled to participate in a proxy vote based on the percentage of shares held by the Fund on your behalf.

## What is the Fund's composition?

The Fund is principally invested in the common stock of State Street Corporation (NYSE symbol STT). To provide liquidity necessary for the efficient processing of all participant transactions, a small portion of the Fund is held in cash or other short-term investments. Since the Fund is comprised of these investments in addition to common stock, it is likely that the Fund will not exactly track the performance of the common stock.

## Is the Fund appropriate for me?

The value of the Fund will fluctuate depending on State Street's performance, stock market fluctuations and general economic conditions. Because the Fund invests in the common stock of only one company, it is the most risky of the Funds offered through the SSP. Participants who invest in the ESOP Fund can choose to reinvest dividends on the shares of State Street Corporation common stock attributable to their investment in the Fund, or they can choose to have those dividends paid in cash to them as taxable income.  Dividends will be reinvested into the ESOP Fund, resulting in the purchase of additional units of the Fund, if no election to receive cash is made.  Currently, dividends are paid quarterly on State Street Corporation common stock, but State Street makes no promise or prediction about future dividends, if any.

## Performance

| Cumulative Total Return | The Fund |
| --- | --- |
| 3 Months | -2.42% |
| Year to Date | -2.42% |

| Annualized Total Return | |
| --- | --- |
| 1 Year | 23.25% |
| 3 Year | 23.13% |
| 5 Year | 21.35% |
| 10 Year | 9.94% |

Returns shown have not been reduced for investment management fees, and have been reduced by estimated plan level expenses of 0.06%. In addition, other fund expenses may apply. Historic performance is not necessarily indicative of actual future investment performance, which could differ substantially. Total return assumes that an investment is made at the beginning of the period and redeemed at the end of the period after reinvestment of any dividends and capital gains distributions. Investment return and principal value may fluctuate so that your investment, when redeemed, may be worth more or less than the contributions to your individual account. All returns are calculated in U.S. dollars.

## How do I buy or sell the Fund?

To buy or sell any of the funds in the State Street Salary Savings Program, you may either call the State Street Benefits Center at 1-(800)-985-3863, or you may log on to the State Street Benefits Center Website at http://statestreet.csplans.com and select the Salary Savings Program option.

A limit will be imposed on the amount a participant may invest in the ESOP Fund.

You will now be limited in the amount you can invest in the ESOP Fund. You will not be allowed to invest any new amounts in the ESOP Fund if you have 25% or more of your total account balance invested in the ESOP Fund. If, on January 1, 2007, your account balance exceeds this 25% threshold, you will be allowed to maintain the higher allocation; however, no additional amounts will be permitted to be invested in the ESOP Fund until the ESOP Fund balance in your account falls below 25%. This change is being made consistent with government guidance regarding plan fiduciary requirements governing investments in a single security, and most particularly company stock. In making this change, State Street is joining the growing number of publicly-traded companies that are placing restrictions on the amount of company stock that participants can hold in their 401(k) accounts in order to ensure portfolio diversification within retirement plans.

If your ESOP Fund balance is less than 25%, you are able to contribute to the ESOP Fund by making a transfer of all or a part of your account balance from another investment option under the SSP into the ESOP Fund. Transfers generally can be made on any day that the NYSE is open.

SSSF