UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLEN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10,<br><br>Defendants. | Civil Action<br>No. 09-10750-PBS (JGD) |

## ASSENTED TO MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Defendants hereby move to impound certain documents submitted in support of their Motion For Summary Judgment. Specifically, Defendants seek impoundment of Exhibit B to the Affidavit of Timothy J. Perla filed in Support of Defendants' Motion for Summary Judgment. Exhibit B consists of annual statements of Plaintiffs' retirement account for the years 2003-2010, which contain personal and identifying information not suitable for public filing.[1] On June 29, 2010, defense counsel contacted plaintiff's counsel, who assented to this Motion.

---

[1] Exhibit B as presently (publicly) filed consists of a slip sheet referring to this Motion. Defendants are prepared to lodge a copy of Exhibit B with the Clerk upon order of the Court.

WHEREFORE, Defendants respectfully request that the Court allow this Motion and order that Exhibit B to the Affidavit of Timothy J. Perla be impounded for the duration of this case.

Respectfully submitted,

DEFENDANTS

By their attorneys,

/s/ Timothy J. Perla
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
John J. Butts (BBO No. 643201)
Timothy Perla (BBO No. 660447)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts, 02109
(617) 526-6000
timothy.perla@wilmerhale.com

Dated: July 1, 2010

**CERTIFICATE OF SERVICE**

I, Timothy J. Perla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated July 1, 2010.

/s/ Timothy J. Perla
Timothy J. Perla