# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| —————————————————— X | |
| THOMAS U. KENNEY, on Behalf of : | |
| Himself and a Class of Persons Similarly : | |
| Situated, : | |
| : | 1:09-cv-10750 (PBS)(JGD) |
| Plaintiff, : | |
| v. : | |
| : | |
| STATE STREET CORPORATION; : | |
| NORTH AMERICA REGIONAL : | |
| BENEFITS COMMITTEE OF STATE : | |
| STREET CORPORATION; ALISON : | |
| QUIRK; PAMELA GORMLEY; ROSS : | |
| MCLELLAN; DAVID O'LEARY; SKIP : | |
| CURTRELL; JAYNE DONAHUE; DAVID : | |
| GUTSCHENRITTER; JAMES MALERBA; : | |
| STATE STREET CORPORATION : | |
| INVESTMENT COMMITTEE; and JOHN : | |
| DOES 1-10 : | |
| : | |
| Defendants. : | |
| —————————————————— X | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION TO COMPEL ERNST & YOUNG TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA

Plaintiff Thomas U. Kenney ("Plaintiff"), by his attorneys, hereby withdraws without prejudice, Plaintiff's Motion to Compel Ernst & Young LLP to Produce Documents. The basis of this withdrawal is set forth as follows:

1.      There is pending Plaintiff's Motion to Compel Non-Party Ernst & Young LLP to Produce Documents Pursuant to Subpoena which is set for oral argument on July 12, 2007.

2.      Through negotiation, the Plaintiff and Ernst & Young have resolved the issues that were the basis of the motion.

3.      Because there is no longer a need to have the Court resolve any dispute, Plaintiff

has agreed to withdraw his motion.

      4.      Plaintiff requests that the pending motion be withdrawn without prejudice.

Dated:  July 2, 2010

                    Respectfully Submitted:

                    **TODD & WELD**
Kevin T. Peters
28 State Street
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile:  (617) 227-5777

**STULL, STULL & BRODY**
By:/s/ Mark Levine
Edwin J. Mills
Mark Levine
James Henry Glavin IV
Michael J. Klein
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**MAJOR KHAN, LLC**
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

***Counsel for Plaintiff***

## <u>Certificate of Service</u>

I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the

ECF system on July 2, 2010, was sent electronically on that date to the registered participants as

identified in the Notice of Electronic Filing.

A copy of the foregoing document was also served on the following counsel for non-

party Ernst & Young LLP by First Class Mail:

Steven Weiser, Esq.
Associate General Counsel
Ernst & Young LLP
5 Times Square
New York, NY 10036

Dated: July 2, 2010

/s/Mark Levine_____
                Mark Levine