UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS U. KENNEY, on Behalf of          )
Himself and a Class of Persons          )
Similarly Situated,                     )
                                        )
            Plaintiff,                  )          CIVIL ACTION
      v.                                )          NO. 09-10750-PBS
                                        )
STATE STREET CORPORATION,               )
et al.,                                 )
                                        )
            Defendants.                 )

## ORDER ON PLAINTIFF'S MOTION
## TO COMPEL PRODUCTION OF DOCUMENTS

This matter is before the court on the "Plaintiff's Motion to Compel Defendants to

Produce Documents Responsive to Plaintiff's First Request for Production of Documents

with Respect to the Appropriate Relevant Time Period" (Docket No. 72).  After

consideration of the parties' submissions and their oral arguments, the motion is hereby

ALLOWED IN PART and DENIED IN PART as follows:

1.      The defendants shall produce documents responsive to the Plaintiff's First

Request for Production of Documents Directed to All Defendants for the time period

from **July 1, 2008 to February 20, 2009**.

2.      The defendants shall produce hard copy work papers concerning conduit

consolidation, as well as any other agreed upon materials that are responsive to the

Plaintiff's First Request for Production of Documents Directed to All Defendants for the

time period from **February 21, 2009 to May 22, 2009**.

      3.     The plaintiff may file an appropriate motion if the parties are unable to resolve any further disputes regarding the scope of his discovery requests.

      4.     This Order is without prejudice to the filing of any motion to alter the scope of discovery in the event the plaintiff is granted leave to amend his complaint.

 

                                / s / Judith Gail Dein
                                Judith Gail Dein
DATED: July 12, 2010              United States Magistrate Judge