UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated,<br><br>     Plaintiff,<br> v.<br><br>STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10<br><br>     Defendants. | Case No. 1:09-cv-10750 (PBS)(JGD)<br><br>**<u>CLASS ACTION</u>** |

**DECLARATION OF MARK LEVINE IN SUPPORT OF PLAINTIFF'S
MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

  I, MARK LEVINE, declare under penalty of perjury of the laws of the United States of America as follows:

  1. I am a senior attorney at Stull, Stull & Brody, co-counsel for the Plaintiff in this action. I have been admitted to practice in this Court *pro hac vice*.

  2. This Declaration is submitted in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

  3. I have been the principal attorney at Stull, Stull & Brody handling this action on a day to day basis.

1

4. On April 29, 2010, I stated in open court at a discovery conference that Plaintiff intended to file a new amended complaint. Plaintiff submitted a report in connection with the conference which also stated that Plaintiff intended to file a new amended complaint. [Docket No. 61],

5. On May 7, 2010, the Court issued an Order on providing a period of three months for Plaintiff to file a motion to amend his complaint. *See* Dockets Nos. 62 and 66

6. On June 29, 2010, counsel for Defendants sent counsel for Plaintiff an email stating:

> Defendants will soon move for summary judgment. An exhibit will be your client's yearly account statements (produced prior to the deposition). We are willing to file them under seal because they contain personal information. Will you assent to a motion to impound?

7. On that same day, I responded to Defendants' email stating that, "[a]ny motion [Defendants] make which contains any of our client's personal financial records should be filed under seal so [Defendants] should make a motion to impound."

8. Two days later, on July 1, 2010, counsel for Defendants responded to my email stating that Defendants "assume we're not going to talk you out of your case, but if you wish to further confer regarding Defendants' summary judgment motion (see LR 7.1), please let me know asap."

9. That same day, without waiting a reasonable time for a response from me or my office, and without attempting to contact me any further, Defendants filed their Motion for Summary Judgment.

10. The Motion for Summary Judgment did not contain a certification pursuant to Local Rule 7.1that they have "conferred and have attempted in good faith to resolve or narrow the issue."

11. On July 9, 2010, after Defendants filed their Motion for Summary Judgment, I emailed to Defendants' counsel a copy of Plaintiff's proposed Second Amended Complaint pursuant to Local Rule 7.1 stating:

> Gentlemen: In accordance with Local Rule 7.1(a)(2), by this e-mail I am conferring with you as to whether Defendants will consent to or not oppose the filing of a motion to permit the filing of a Second Amended Complaint in the form attached hereto. Please let me know your position as soon as possible. Your consent or non-opposition will not serve as a waiver to your right to file a motion to dismiss.

12. On July 12, 2009 I conferred in person with John Butts, counsel for Defendants, to ensure that Defendants received the proposed Second Amended Complaint and to discern when Defendants expected to respond to my request. Mr. Butts indicated that he would be conferring with his client and hoped to provide a response by the end of this week.

13. Because I understand that Defendants are still considering Plaintiff's request, I have not filed the motion to serve the proposed Second Amended Complaint but will wait a reasonable time for Defendants' response.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of July, 2010.

                _____/s/ Mark Levine_____

**CERTIFICATE OF SERVICE**

    I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the ECF system on July 15, 2010, was sent electronically on that date to the registered participants as identified in the Notice of Electronic Filing


Dated:  July 15, 2010

                                                                          _____/s/ Mark Levine_____