# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated, | X : : : : | Case No. 1:09-cv-10750 (PBS)(JGD) **CLASS ACTION** |
| Plaintiff, | : : | |
| v. | : : | |
| STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10 | : : : : : : : : : : : : | |
| Defendants. | : X | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT

**Defendants' Statement ¶1**

Plaintiff was a State Street Corporation ("State Street") employee at times between June 2000 and December 2008. Affidavit of Timothy J. Perla ("Aff."), Ex. A (Deposition of Thomas U. Kenney, Apr. 26, 2010 (Kenney Dep.")) at 11:17-12:4, 15:18-16:12, 17:6-17:15.

**Plaintiff's Response to Defendants' Statement ¶1**

Plaintiff denies that this paragraph is relevant to the issue of whether summary judgment should be granted to Defendants. Subject to such denial, Plaintiff admits that he was a State Street employee at times between June 2000 and December 2008.

**Defendants' Statement ¶2**

Plaintiff began participating in the State Street Salary Savings Program ("Plan") during his employment and held a Plan account through at least April 2010. Amended Compl. (Dkt. No. 9) ¶¶ 1, 5; Aff., Ex. B (Plaintiff's Plan account statements 2003-2010).

**Plaintiff's Response to Defendants' Statement ¶2**

Plaintiff denies that this paragraph is relevant to the issue of whether summary judgment should be granted to Defendants. Subject to such denial, Plaintiff admits that he began participating in the State Street Salary Savings Program ("Plan") during his employment and held a Plan account through at least April 2010.

**Defendants' Statement ¶3**

One Plan investment option is State Street's Employer Stock Ownership Plan ("ESOP"), which enables participants to invest in State Street common stock. Aff., Ex. C. (June 2008 Summary Plan Description ("SPD")) at 21.

**Plaintiff's Response to Defendants' Statement ¶3**

Plaintiff denies that this paragraph is relevant to the issue of whether summary judgment should be granted to Defendants. Subject to such denial, Plaintiff admits that during the period he participated in the Plan, one Plan investment option was State Street's Employer Stock Ownership Plan ("ESOP"), which enables participants to invest in State Street common stock. Plaintiff has no knowledge regarding such options at any other times.

**Defendants' Statement ¶4**

Plaintiff has not made payroll contributions to the ESOP, and has not transferred funds within his Plan account from another Plan investment option into the ESOP, since 2006, Aff., Ex. A (Kenney Dep.) at 61:13-62:16.

**Plaintiff's Response to Defendants' Statement ¶4**

Plaintiff denies that this paragraph is relevant to the issue of whether summary judgment should be granted to Defendants. Subject to such denial, Plaintiff admits that he has not made payroll contributions to the ESOP, and has not transferred funds within his Plan account from another Plan investment option into the ESOP, since 2006.

**Defendants' Statement ¶5**

On October 15, 2008, State Street issued a Form 8-K, which Plaintiff claims contains a negligent misrepresentation. Amended Compl. ¶¶ 52, 76-83.

**Plaintiff's Response to Defendants' Statement ¶5**

Plaintiff denies that this paragraph is relevant to the issue of whether summary judgment should be granted to Defendants. Subject to such denial, Plaintiff admits that on October 15, 2008, State Street issued a Form 8-K, which Plaintiff claims contains a negligent misrepresentation. Plaintiff also claims that Defendants omitted ot state material information in order to make the statements they made not misleading. This encompasses the October 15, 2008 Form 8-K. Amended Complaint ¶¶1, 63, 84-90.

**Defendants' Statement ¶6**

At his deposition, Plaintiff testified:

Q. Did you read that 8-K?
A. Absolutely Not.

Aff., Ex. A. (Kenney Dep.) at 89:8-9.

**Plaintiff's Response to Defendants' Statement ¶6**

Plaintiff denies that this paragraph is relevant to the issue of whether summary judgment should be granted to Defendants. Subject to such denial, Plaintiff admits that at his deposition, in response to the question labeled, "Q", his answer was that which is labeled, "A."

**Defendants' Statement ¶7**

At his deposition, Plaintiff testified:

Q. Do you know roughly how much you spent per month in 2008 buying State Street common stock?
A. I believe I purchased no State Street common stock in 2008.

Aff., Ex. A. (Kenney Dep) at 61:13-16

///

///

///

**Plaintiff's Response to Defendants' Statement ¶7**

Plaintiff denies that this paragraph is relevant to the issue of whether summary judgment should be granted to Defendants.  Subject to such denial, Plaintiff admits that at his deposition, in response to the question labeled, "Q", his answer was that which is labeled, "A."

Dated:  July 15, 2010                                         Respectfully Submitted:

**TODD & WELD LLP**
Kevin T. Peters (BBO #550522)
28 State Street
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile:  (617) 227-5777

**STULL, STULL & BRODY**

By:       /s/ Mark Levine
Mark Levine
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**MAJOR KHAN, LLC**
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

*Counsel for Plaintiff*


5

## CERTIFICATE OF SERVICE

I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the ECF system on July 15, 2010, was sent electronically on that date to the registered participants as identified in the Notice of Electronic Filing.

Dated: July 15, 2010

                                                          /s/ Mark Levine