# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated, | : : : : | |
| Plaintiff, | : : | 1:09-cv-10750 (PBS)(JGD) |
| v. | : : | |
| STATE STREET CORPORATION; NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; ALISON QUIRK; PAMELA GORMLEY; ROSS MCLELLAN; DAVID O'LEARY; SKIP CURTRELL; JAYNE DONAHUE; DAVID GUTSCHENRITTER; JAMES MALERBA; STATE STREET CORPORATION INVESTMENT COMMITTEE; and JOHN DOES 1-10 | : : : : : : : : : : : : | |
| Defendants. | : | |

**PLAINTIFF THOMAS U. KENNEY'S MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Thomas U. Kenney, respectfully moves this Court for leave to file a Second Amended Complaint. A copy of Plaintiff's proposed Second Amended Complaint is annexed hereto as Exhibit A.

The grounds for this motion are set forth in the Memorandum of Law which is being filed contemporaneously herewith.

Dated: July 16, 2010                                  Respectfully submitted,

**TODD & WELD LLP**
Kevin T. Peters (BBO #550522)
28 State Street
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

**STULL, STULL & BRODY**

By: /s/ Mark Levine
Edwin J. Mills
Mark Levine
James Henry Glavin IV
Michael J. Klein
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**MAJOR KHAN, LLC**
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

*Counsel for Plaintiff*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(a)(2), Plaintiff provided a copy of the proposed Second Amended Complaint to Defendants on July 9, 2010 to seek Defendants' consent or lack of opposition to the filing of the proposed Second Amended Complaint. Defendants informed me on July 16, 2010 that they would not consent or agree to not oppose the filing of the proposed Second Amended Complaint and in fact would oppose the filing of the proposed Second Amended Complaint. Defendants' counsel indicated that there was no portion of the proposed Second Amended Complaint that Defendants would consent to or not oppose.

Dated: July 16, 2010

_____s/Mark Levine_____

**CERTIFICATE OF SERVICE**

I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the ECF system on July 16, 2010, was sent electronically on that date to the registered participants as identified in the Notice of Electronic Filing.

Dated July 16, 2010

/s/ Mark Levine_____