State Street Retirement Center
PO Box 23190
Jacksonville, FL 32241

# State Street
## Salary Savings Program 401(k)



### STATE STREET.

Statement Period January 1, 2003 - December 31, 2003

### Questions?

**Automated 24-hour Help Line 1-800-985-3863**
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

SHS2

THOMAS U KENNEY
████████████████     ████

**Internet Access at:**
http://statestreet.ingplans.com

### Participant Profile   ████████

Plan Entry Date/Status   ████████ Terminated

## Your Total Account Value

Opening Value On January 1, 2003

+ Employee Contributions
+ Employer Contributions
+ Other Credits/Payments(a)
+ Dividends
+ **Investment Gain (Loss)**
- Distributions/Debits(b)

**Closing Value On December 31, 2003**
Total change in value during this period
Current Period Personal Investment Performance(c)
Year-To-Date Personal Investment Performance(c)

## Account Balance History



$0    2006   2007   2008   2009    01/01/2003  12/31/2003

Comparison of your previous year-end total     Opening value vs.
values at ING                                   closing value

## Your Asset Allocation & Balance by Fund

**Values as of December 31, 2003**

Your current asset allocation based on your total
closing balances within each asset type:

| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| Conservative | Units | ████ | | ████ | | ████ |
| Aggressive | Units | ████ | | ████ | | ████ |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock*** | | | | | | |
| State Street Corp ESOP Fund | Units | ████ | | ████ | | ████ |
| State Street Corp Stock Fund | Units | ████ | | ████ | | ████ |
| **Total Fund Balances** | | | | | | ████ |
| *Share Equivalent of Employer Stock(d) | | | | | | |
| State Street Corp ESOP Fund | Shares | ████ | | ████ | | ████ |
| State Street Corp Stock Fund | Shares | ████ | | ████ | | ████ |

To better understand what asset allocation means and which asset allocation may be appropriate for your
circumstances, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

CONFIDENTIAL

 ING



STT 578



Statement Period January 1, 2003 - December 31, 2003

## An Important Message about Investing for Retirement & Diversification

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## Your Contributions

### Your Current Payroll Contributions

Pre-Tax ▮
Pre-Tax Bonus ▮
Roth 401k ▮
Roth 401k Bonus ▮

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at

http://statestreet.ingplans.com or call 1-800-985-3863.

### Your Investment Elections for Future Contributions

| | | | |
|---|---|---|---|
| SSgA Age Based Income Fund | ▮ | World Gov't Bond ex-US Index | ▮ |
| SSgA Age Based 2010 Fund | ▮ | Daily Bond Market Index | ▮ |
| SSgA Age Based 2015 Fund | ▮ | S&P 500 Index | ▮ |
| SSgA Age Based 2020 Fund | ▮ | Russell 1000 Value Index Fund | ▮ |
| SSgA Age Based 2025 Fund | ▮ | Russell 1000 Growth Index Fund | ▮ |
| SSgA Age Based 2030 Fund | ▮ | S&P MidCap Index | ▮ |
| SSgA Age Based 2035 Fund | ▮ | Russell 2000 Index | ▮ |
| SSgA Age Based 2040 Fund | ▮ | International Index | ▮ |
| SSgA Age Based 2045 Fund | ▮ | Emerging Markets Index Fund | ▮ |
| SSgA Target Retirement 2050 | ▮ | State Street Corp ESOP Fund | ▮ |
| Vanguard Prime Money Market | ▮ | | |

## Your Account Activity Summary

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2003 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 12/31/2003 |
|---|---|---|---|---|---|---|---|
| State Street Corp ESOP Fund | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| Conservative | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| Aggressive | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| State Street Corp Stock Fund | ▮ | ▮ | | | | | ▮ |
| **Total Portfolio Value** | ▮ | | | | | | ▮ |

## Your Contribution & Vesting Summary

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | | Total Market Value as of 12/31/2003 | x | Vested Percent | = | Vested Market Value as of 12/31/2003 |
|---|---|---|---|---|---|---|---|---|
| Pre-Tax | ▮ | ▮ | | ▮ | | ▮ | | ▮ |
| Employer Contributions | ▮ | ▮ | | ▮ | | | | ▮ |
| **Total** | ▮ | ▮ | | ▮ | | | | ▮ |

CONFIDENTIAL



009200          439400010001


*Statement Period January 1, 2003 - December 31, 2003*

───────────────── *News From Your Plan Sponsor* ─────────────────

2010 Deferral Dollar Limits – Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)   Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)   Debits include new loans and forfeitures, if applicable.
(c)   Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period. PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results. YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)   Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period. Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

**NOTE**   **Please read this statement carefully. Any error must be reported within 60 days.**




# State Street
## Salary Savings Program 401(k)

State Street.

Statement Period January 1, 2004 - December 31, 2004

### Questions?



**Automated 24-hour Help Line 1-800-985-3863**
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

SHS2

**THOMAS  U  KENNEY**

**Internet Access at:**
http://statestreet.ingplans.com

### Participant Profile

Plan Entry Date/Status ▉▉▉▉ Terminated

## Your Total Account Value

Opening Value On January 1, 2004
+ Employee Contributions
+ Employer Contributions
+ Other Credits/Payments(a)
+ Dividends
+ **Investment Gain (Loss)**
- Distributions/Debits(b)

**Closing Value On December 31, 2004**
**Total change in value during this period**
**Current Period Personal Investment Performance(c)**
**Year-To-Date Personal Investment Performance(c)**

## Account Balance History

$0   2006   2007   2008   2009   01/01/2004   12/31/2004

Comparison of your previous year-end total
values at ING

Opening value vs.
closing value

## Your Asset Allocation & Balance by Fund

*Values as of December 31, 2004*

Your current asset allocation based on your total
closing balances within each asset type:



| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| Conservative | Units | ▉▉▉ | | ▉▉▉ | | ▉▉▉ |
| Aggressive | Units | ▉▉▉ | | ▉▉▉ | | ▉▉▉ |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock*** | | | | | | |
| State Street Corp ESOP Fund | Units | ▉▉▉ | | ▉▉▉ | | ▉▉▉ |
| State Street Corp Stock Fund | Units | ▉▉▉ | | ▉▉▉ | | ▉▉▉ |
| **Total Fund Balances** | | | | | | ▉▉▉ |
| *Share Equivalent of Employer Stock(d) | | | | | | |
| State Street Corp ESOP Fund | Shares | ▉▉▉ | | ▉▉▉ | | ▉▉▉ |
| State Street Corp Stock Fund | Shares | ▉▉▉ | | ▉▉▉ | | ▉▉▉ |

To better understand what asset allocation means and which asset allocation may be appropriate for your
circumstances, visit your plan's Web site at  http://statestreet.ingplans.com or call 1-800-985-3863.

CONFIDENTIAL
ING

STT 575

Page 1 of 3



## State Street
## *Salary Savings Program 401(k)*

STATE STREET.

*Statement Period January 1, 2004 - December 31, 2004*

## ── An Important Message about Investing for Retirement & Diversification ──

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## ── *Your Contributions* ──

### Your Current Payroll Contributions

| | |
|---|---|
| Pre-Tax | ▮ |
| Pre-Tax Bonus | ▮ |
| Roth 401k | ▮ |
| Roth 401k Bonus | ▮ |

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at

http://statestreet.ingplans.com or call 1-800-985-3863.

### Your Investment Elections for Future Contributions

| | | | |
|---|---|---|---|
| SSgA Age Based Income Fund | ▮ | World Gov't Bond ex-US Index | ▮ |
| SSgA Age Based 2010 Fund | ▮ | Daily Bond Market Index | ▮ |
| SSgA Age Based 2015 Fund | ▮ | S&P 500 Index | ▮ |
| SSgA Age Based 2020 Fund | ▮ | Russell 1000 Value Index Fund | ▮ |
| SSgA Age Based 2025 Fund | ▮ | Russell 1000 Growth Index Fund | ▮ |
| SSgA Age Based 2030 Fund | ▮ | S&P MidCap Index | ▮ |
| SSgA Age Based 2035 Fund | ▮ | Russell 2000 Index | ▮ |
| SSgA Age Based 2040 Fund | ▮ | International Index | ▮ |
| SSgA Age Based 2045 Fund | ▮ | Emerging Markets Index Fund | ▮ |
| SSgA Target Retirement 2050 | ▮ | State Street Corp ESOP Fund | ▮ |
| Vanguard Prime Money Market | ▮ | | |

## ── *Your Account Activity Summary* ──

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2004 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 12/31/2004 |
|---|---|---|---|---|---|---|---|
| State Street Corp ESOP Fund | ▮ | ▮ | | ▮ | ▮ | | ▮ |
| Conservative | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| Aggressive | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| State Street Corp Stock Fund | ▮ | ▮ | | | | | ▮ |
| **Total Portfolio Value** | | | | | | | ▮ |

## ── *Your Contribution & Vesting Summary* ──

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | Total Market Value as of 12/31/2004 | x | Vested Percent | = | Vested Market Value as of 12/31/2004 |
|---|---|---|---|---|---|---|---|
| Pre-Tax | ▮ | ▮ | ▮ | | ▮ | | ▮ |
| Employer Contributions | ▮ | ▮ | ▮ | | ▮ | | ▮ |
| **Total** | ▮ | ▮ | ▮ | | | | ▮ |

CONFIDENTIAL



009200   572400010001


**State Street**
*Salary Savings Program 401(k)*



STATE STREET.

*Statement Period January 1, 2004 - December 31, 2004*

## *News From Your Plan Sponsor*

2010 Deferral Dollar Limits - Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)   Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)   Debits include new loans and forfeitures, if applicable.
(c)   Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period. PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results. YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)   Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period. Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

| NOTE | Please read this statement carefully. Any error must be reported within 60 days. |
|------|----------------------------------------------------------------------------------|

CONFIDENTIAL
ING 



STT 577

# State Street
## Salary Savings Program 401(k)

**STATE STREET.**

Statement Period January 1, 2005 - December 31, 2005

## Questions?

**Automated 24-hour Help Line 1-800-985-3863**
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

SHS2

THOMAS  U  KENNEY

**Internet Access at:**
http://statestreet.ingplans.com

## Participant Profile

Plan Entry Date/Status ███████ Terminated

## Your Total Account Value

Opening Value On January 1, 2005
+ Employee Contributions
+ Employer Contributions
+ Other Credits/Payments(a)
+ Dividends
+ **Investment Gain (Loss)**
- Distributions/Debits(b)

**Closing Value On December 31, 2005**
**Total change in value during this period**
**Current Period Personal Investment Performance(c)**
**Year-To-Date Personal Investment Performance(c)**

## Account Balance History



Comparison of your previous year-end total
values at ING

Opening value vs.
closing value

2006  2007  2008  2009  01/01/2005  12/31/2005

## Your Asset Allocation & Balance by Fund

Values as of December 31, 2005

Your current asset allocation based on your total
closing balances within each asset type:



| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| Conservative | Units | ██████ | | ██████ | | ██████ |
| Aggressive | Units | ██████ | | ██████ | | ██████ |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock\*** | | | | | | |
| State Street Corp ESOP Fund | Units | ██████ | | ██████ | | ██████ |
| State Street Corp Stock Fund | Units | ██████ | | ██████ | | ██████ |
| **Total Fund Balances** | | | | | | ██████ |
| \*Share Equivalent of Employer Stock(d) | | | | | | |
| State Street Corp ESOP Fund | Shares | ██████ | | ██████ | | ██████ |
| State Street Corp Stock Fund | Shares | ██████ | | ██████ | | ██████ |

To better understand what asset allocation means and which asset allocation may be appropriate for your
circumstances, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

CONFIDENTIAL





STT 581



Statement Period January 1, 2005 - December 31, 2005

## —— An Important Message about Investing for Retirement & Diversification ——

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## —— Your Contributions ——

### Your Current Payroll Contributions

| | |
|---|---|
| Pre-Tax | ■ |
| Pre-Tax Bonus | ■ |
| Roth 401k | ■ |
| Roth 401k Bonus | ■ |

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at
http://statestreet ingplans.com or call 1-800-985-3863.

### Your Investment Elections for Future Contributions

| | | | |
|---|---|---|---|
| SSgA Age Based Income Fund | ■ | World Gov't Bond ex-US Index | ■ |
| SSgA Age Based 2010 Fund | ■ | Daily Bond Market Index | ■ |
| SSgA Age Based 2015 Fund | ■ | S&P 500 Index | ■ |
| SSgA Age Based 2020 Fund | ■ | Russell 1000 Value Index Fund | ■ |
| SSgA Age Based 2025 Fund | ■ | Russell 1000 Growth Index Fund | ■ |
| SSgA Age Based 2030 Fund | ■ | S&P MidCap Index | ■ |
| SSgA Age Based 2035 Fund | ■ | Russell 2000 Index | ■ |
| SSgA Age Based 2040 Fund | ■ | International Index | ■ |
| SSgA Age Based 2045 Fund | ■ | Emerging Markets Index Fund | ■ |
| SSgA Target Retirement 2050 | ■ | State Street Corp ESOP Fund | ■ |
| Vanguard Prime Money Market | ■ | | |

## —— Your Account Activity Summary ——

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2005 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 12/31/2005 |
|---|---|---|---|---|---|---|---|
| State Street Corp ESOP Fund | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Conservative | | ■ | | ■ | | | ■ |
| Aggressive | | ■ | | ■ | | | ■ |
| State Street Corp Stock Fund | ■ | ■ | | ■ | | ■ | ■ |
| **Total Portfolio Value** | ■ | | | | | ■ | ■ |

## —— Your Contribution & Vesting Summary ——

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | Total Market Value as of 12/31/2005 | x | Vested Percent | = | Vested Market Value as of 12/31/2005 |
|---|---|---|---|---|---|---|---|
| Pre-Tax | ■ | ■ | ■ | | ■ | | ■ |
| Employer Contributions | ■ | ■ | ■ | | ■ | | ■ |
| **Total** | ■ | ■ | ■ | | | | ■ |

CONFIDENTIAL

 **ING**

009200          690700010001




# State Street
## *Salary Savings Program 401(k)*

### STATE STREET.

**Statement Period January 1, 2005 - December 31, 2005**

---

## *News From Your Plan Sponsor*

---

2010 Deferral Dollar Limits - Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)   Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)   Debits include new loans and forfeitures, if applicable.
(c)   Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period.  PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results.  YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)   Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period.  Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

| NOTE | Please read this statement carefully. Any error must be reported within 60 days. |
|------|--------------------------------------------------------------------------------|


CONFIDENTIAL



STT 583

# State Street
## *Salary Savings Program 401(k)*

**STATE STREET.**

*Statement Period January 1, 2006 - December 31, 2006*

### Questions?

**Automated 24-hour Help Line 1-800-985-3863**
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

SHS2

THOMAS U KENNEY

**Internet Access at:**
http://statestreet.ingplans.com

### Participant Profile

Plan Entry Date/Status ▮▮▮▮ Terminated

---

## *Your Total Account Value*

**Opening Value On January 1, 2006**
+ Employee Contributions
+ Employer Contributions
+ Other Credits/Payments(a)
+ Dividends
+ **Investment Gain (Loss)**
- Distributions/Debits(b)

**Closing Value On December 31, 2006**
Total change in value during this period
Current Period Personal Investment Performance(c)
Year-To-Date Personal Investment Performance(c)

## *Account Balance History*



2006   2007   2008   2009   01/01/2006   12/31/2006

Comparison of your previous year-end total values at ING

Opening value vs. closing value

---

## *Your Asset Allocation & Balance by Fund*

**Values as of December 31, 2006**
Your current asset allocation based on your total closing balances within each asset type:

| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| SSgA Age Based 2025 Fund | Units | ▮▮▮ | | ▮▮▮ | | ▮▮▮ |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock\*** | | | | | | |
| State Street Corp ESOP Fund | Units | ▮▮▮ | | ▮▮▮ | | ▮▮▮ |
| **Total Fund Balances** | | | | | | ▮▮▮ |
| \*Share Equivalent of Employer Stock(d) | | | | | | |
| State Street Corp ESOP Fund | Shares | ▮▮▮ | | | | ▮▮▮ |

To better understand what asset allocation means and which asset allocation may be appropriate for your circumstances, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

CONFIDENTIAL





STT 584



**State Street**

*Salary Savings Program 401(k)*

**STATE STREET.**

*Statement Period January 1, 2006 - December 31, 2006*

## —— An Important Message about Investing for Retirement & Diversification ——

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## —— Your Contributions ——

### Your Current Payroll Contributions

| | |
|---|---|
| Pre-Tax | ██ |
| Pre-Tax Bonus | ██ |
| Roth 401k | ██ |
| Roth 401k Bonus | ██ |

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at
http://statestreet ingplans.com or call 1-800-985-3863.

### Your Investment Elections for Future Contributions

| | | | |
|---|---|---|---|
| SSgA Age Based Income Fund | ██ | World Gov't Bond ex-US Index | ██ |
| SSgA Age Based 2010 Fund | ██ | Daily Bond Market Index | ██ |
| SSgA Age Based 2015 Fund | ██ | S&P 500 Index | ██ |
| SSgA Age Based 2020 Fund | ██ | Russell 1000 Value Index Fund | ██ |
| SSgA Age Based 2025 Fund | ██ | Russell 1000 Growth Index Fund | ██ |
| SSgA Age Based 2030 Fund | ██ | S&P MidCap Index | ██ |
| SSgA Age Based 2035 Fund | ██ | Russell 2000 Index | ██ |
| SSgA Age Based 2040 Fund | ██ | International Index | ██ |
| SSgA Age Based 2045 Fund | ██ | Emerging Markets Index Fund | ██ |
| SSgA Target Retirement 2050 | ██ | State Street Corp ESOP Fund | ██ |
| Vanguard Prime Money Market | ██ | | |

## —— Your Account Activity Summary ——

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2006 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 12/31/2006 |
|---|---|---|---|---|---|---|---|
| SSgA Age Based 2025 Fund | ██ | ██ | | ██ | ██ | ██ | ██ |
| State Street Corp ESOP Fund | ██ | ██ | | ██ | ██ | ██ | ██ |
| Conservative | ██ | ██ | | ██ | | | ██ |
| Aggressive | ██ | ██ | | ██ | | | ██ |
| State Street Corp Stock Fund | ██ | ██ | | ██ | | | ██ |
| **Total Portfolio Value** | ██ | ██ | | ██ | ██ | ██ | ██ |

## —— Your Contribution & Vesting Summary ——

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | | Total Market Value as of 12/31/2006 | x | Vested Percent | = | Vested Market Value as of 12/31/2006 |
|---|---|---|---|---|---|---|---|---|
| Pre-Tax | ██ | ██ | | ██ | | | | ██ |
| Employer Contributions | ██ | ██ | | ██ | | ██ | | ██ |
| **Total** | ██ | ██ | | ██ | | | | ██ |

CONFIDENTIAL



STT 585



*Statement Period January 1, 2006 - December 31, 2006*

---

## *News From Your Plan Sponsor*

---

2010 Deferral Dollar Limits - Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)   Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)   Debits include new loans and forfeitures, if applicable.
(c)   Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period.  PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results.  YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)   Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period.  Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

| NOTE | Please read this statement carefully. Any error must be reported within 60 days. |
|------|-----------------------------------------------------------------------------------|




# State Street
## Salary Savings Program 401(k)



**STATE STREET.**

*Statement Period January 1, 2007 - December 31, 2007*

## Questions?

Automated 24-hour Help Line 1-800-985-3863
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

SHS2

THOMAS U KENNEY

**Internet Access at:**
http://statestreet.ingplans.com

## Participant Profile

Plan Entry Date/Status ▆▆▆ Terminated

---

## Your Total Account Value

**Opening Value On January 1, 2007**

  + Employee Contributions
  + Employer Contributions
  + Other Credits/Payments(a)
  + Dividends
  + **Investment Gain (Loss)**
  − Distributions/Debits(b)

**Closing Value On December 31, 2007**
  Total change in value during this period
  Current Period Personal Investment Performance(c)
  Year-To-Date Personal Investment Performance(c)

## Account Balance History

2006   2007   2008   2009   01/01/2007   12/31/2007

Comparison of your previous year-end total
values at ING

Opening value vs.
closing value

---

## Your Asset Allocation & Balance by Fund

**Values as of December 31, 2007**

Your current asset allocation based on your total
closing balances within each asset type:



| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| SSgA Target Retirement 2025 | Units | | | | | |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock*** | | | | | | |
| State Street Corp ESOP Fund | Units | | | | | |
| **Total Fund Balances** | | | | | | |
| *Share Equivalent of Employer Stock(d) | | | | | | |
| State Street Corp ESOP Fund | Shares | | | | | |

To better understand what asset allocation means and which asset allocation may be appropriate for your
circumstances, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

---

CONFIDENTIAL

ING 

STT 587


# State Street
## *Salary Savings Program 401(k)*


STATE STREET.

*Statement Period January 1, 2007 - December 31, 2007*

## —— *An Important Message about Investing for Retirement & Diversification* ——

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## —— *Your Contributions* ——

### Your Current Payroll Contributions

Pre-Tax ▮

Pre-Tax Bonus ▮

Roth 401k ▮

Roth 401k Bonus ▮

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at
http://statestreet.ingplans.com or call 1-800-985-3863.

### Your Investment Elections for Future Contributions

| | | | |
|---|---|---|---|
| SSgA Target Retirement Income | ▮ | World Gov't Bond ex-US Index | ▮ |
| SSgA Target Retirement 2010 | ▮ | Daily Bond Market Index | ▮ |
| SSgA Target Retirement 2015 | ▮ | S&P 500 Index | ▮ |
| SSgA Target Retirement 2020 | ▮ | Russell 1000 Value Index Fund | ▮ |
| SSgA Target Retirement 2025 | ▮ | Russell 1000 Growth Index Fund | ▮ |
| SSgA Target Retirement 2030 | ▮ | S&P MidCap Index | ▮ |
| SSgA Target Retirement 2035 | ▮ | Russell 2000 Index | ▮ |
| SSgA Target Retirement 2040 | ▮ | International Index | ▮ |
| SSgA Target Retirement 2045 | ▮ | Emerging Markets Index Fund | ▮ |
| SSgA Target Retirement 2050 | ▮ | State Street Corp ESOP Fund | ▮ |
| Vanguard Prime Money Market | ▮ | | |

## —— *Your Account Activity Summary* ——

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2007 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 12/31/2007 |
|---|---|---|---|---|---|---|---|
| SSgA Target Retirement 2025 | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| State Street Corp ESOP Fund | ▮ | | | ▮ | | ▮ | ▮ |
| **Total Portfolio Value** | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ |

## —— *Your Contribution & Vesting Summary* ——

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | Total Market Value as of 12/31/2007 | x | Vested Percent | = | Vested Market Value as of 12/31/2007 |
|---|---|---|---|---|---|---|---|
| Pre-Tax | ▮ | ▮ | | | | | |
| Employer Contributions | ▮ | ▮ | | | ▮ | | ▮ |
| **Total** | ▮ | | ▮ | | | | ▮ |

CONFIDENTIAL


ING

STT 588


*State Street*

*Salary Savings Program 401(k)*



STATE STREET.

*Statement Period January 1, 2007 - December 31, 2007*

## *News From Your Plan Sponsor*

2010 Deferral Dollar Limits - Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)   Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)   Debits include new loans and forfeitures, if applicable.
(c)   Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period.  PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results.  YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)   Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period.  Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

| NOTE | Please read this statement carefully. Any error must be reported within 60 days. |
| --- | --- |

CONFIDENTIAL

ING 



STT 589

# State Street
## Salary Savings Program 401(k)



**STATE STREET.**

*Statement Period January 1, 2008 - December 31, 2008*

## Questions?

**Automated 24-hour Help Line 1-800-985-3863**
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

SHS2

**THOMAS U KENNEY**

**Internet Access at:**
http://statestreet.ingplans.com

### Participant Profile

Plan Entry Date/Status                          Terminated

---

## Your Total Account Value

Opening Value On January 1, 2008

+ Employee Contributions
+ Employer Contributions
+ Other Credits/Payments(a)
+ Dividends
+ **Investment Gain (Loss)**
- Distributions/Debits(b)

**Closing Value On December 31, 2008**
Total change in value during this period
Current Period Personal Investment Performance(c)
Year-To-Date Personal Investment Performance(c)

## Account Balance History



2006  2007  2008  2009  01/01/2008  12/31/2008

Comparison of your previous year-end total
values at ING

Opening value vs.
closing value

---

## Your Asset Allocation & Balance by Fund



**Values as of December 31, 2008**
Your current asset allocation based on your total
closing balances within each asset type:

| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| SSgA Target Retirement 2025 | Units | | | | | |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock*** | | | | | | |
| State Street Corp ESOP Fund | Units | | | | | |
| **Total Fund Balances** | | | | | | |
| *Share Equivalent of Employer Stock(d) | | | | | | |
| State Street Corp ESOP Fund | Shares | | | | | |

To better understand what asset allocation means and which asset allocation may be appropriate for your
circumstances, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

---

CONFIDENTIAL





STT 590



# State Street
## Salary Savings Program 401(k)



**STATE STREET.**

*Statement Period January 1, 2008 - December 31, 2008*

## —— An Important Message about Investing for Retirement & Diversification ——

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## —————— Your Contributions ——————

### Your Current Payroll Contributions

Pre-Tax ■

Pre-Tax Bonus ■

Roth 401k ■

Roth 401k Bonus ■

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at

http://statestreet ingplans.com or call 1-800-985-3863.

### Your Investment Elections for Future Contributions

| | | | |
|---|---|---|---|
| SSgA Target Retirement Income | ■ | World Gov't Bond ex-US Index | ■ |
| SSgA Target Retirement 2010 | ■ | Daily Bond Market Index | ■ |
| SSgA Target Retirement 2015 | ■ | S&P 500 Index | ■ |
| SSgA Target Retirement 2020 | ■ | Russell 1000 Value Index Fund | ■ |
| SSgA Target Retirement 2025 | ■ | Russell 1000 Growth Index Fund | ■ |
| SSgA Target Retirement 2030 | ■ | S&P MidCap Index | ■ |
| SSgA Target Retirement 2035 | ■ | Russell 2000 Index | ■ |
| SSgA Target Retirement 2040 | ■ | International Index | ■ |
| SSgA Target Retirement 2045 | ■ | Emerging Markets Index Fund | ■ |
| SSgA Target Retirement 2050 | ■ | State Street Corp ESOP Fund | ■ |
| Vanguard Prime Money Market | ■ | | |

## —————— Your Account Activity Summary ——————

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2008 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 12/31/2008 |
|---|---|---|---|---|---|---|---|
| SSgA Target Retirement 2025 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| State Street Corp ESOP Fund | ■ | | | | | ■ | ■ |
| **Total Portfolio Value** | ■ | ■ | | ■ | | | ■ |

## —————— Your Contribution & Vesting Summary ——————

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | Total Market Value as of 12/31/2008 | x | Vested Percent | = | Vested Market Value as of 12/31/2008 |
|---|---|---|---|---|---|---|---|
| Pre-Tax | ■ | ■ | | | | | ■ |
| Employer Contributions | ■ | ■ | | | | | ■ |
| **Total** | ■ | ■ | | | | | ■ |

CONFIDENTIAL


ING



# *State Street*
## *Salary Savings Program 401(k)*

**STATE STREET.**

### Statement Period January 1, 2008 - December 31, 2008

---

## *News From Your Plan Sponsor*

---

2010 Deferral Dollar Limits - Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)   Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)   Debits include new loans and forfeitures, if applicable.
(c)   Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period.  PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results.  YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)   Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period.  Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

| NOTE | Please read this statement carefully. Any error must be reported within 60 days. |
|------|-----------------------------------------------------------------------------------|




State Street Benefits Center
PO Box 23190
Jacksonville, FL 32241

# State Street
## *Salary Savings Program 401(k)*



**STATE STREET.**

*Statement Period January 1, 2009 - December 31, 2009*

### Questions?



***Automated 24-hour Help Line 1-800-985-3863***
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

SHS2

THOMAS U KENNEY

***Internet Access at:***
**http://statestreet.ingplans.com**

### Participant Profile

Plan Entry Date/Status          Terminated

## ─ *Your Total Account Value* ─

**Opening Value On January 1, 2009**
+ Employee Contributions
+ Employer Contributions
+ Other Credits/Payments(a)
+ Dividends
+ **Investment Gain (Loss)**
- Distributions/Debits(b)

**Closing Value On December 31, 2009**
   **Total change in value during this period**
   **Current Period Personal Investment Performance(c)**
   **Year-To-Date Personal Investment Performance(c)**

## ─ *Account Balance History* ─



Comparison of your previous year-end total
values at ING

Opening value vs.
closing value

## ─ *Your Asset Allocation & Balance by Fund* ─

**Values as of December 31, 2009**

Your current asset allocation based on your total
closing balances within each asset type:

| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| SSgA Target Retirement 2025 | Units | | | | | |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock*** | | | | | | |
| State Street Corp ESOP Fund | Units | | | | | |
| **Total Fund Balances** | | | | | | |
| *Share Equivalent of Employer Stock(d)* | | | | | | |
| State Street Corp ESOP Fund | Shares | | | | | |

To better understand what asset allocation means and which asset allocation may be appropriate for your
circumstances, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

CONFIDENTIAL





STT 593





**THOMAS U KENNEY**

# State Street
## Salary Savings Program 401(k)

### STATE STREET.

**Statement Period January 1, 2009 - December 31, 2009**

## — An Important Message about Investing for Retirement & Diversification —

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## — Your Contributions —

**Your Current Payroll Contributions**

| | |
|---|---|
| Pre-Tax | ■ |
| Pre-Tax Bonus | ■ |
| Roth 401k | ■ |
| Roth 401k Bonus | ■ |

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at
http://statestreet.ingplans.com or call 1-800-985-3863.

**Your Investment Elections for Future Contributions**

| | | | |
|---|---|---|---|
| SSgA Target Retirement Income | ■ | World Gov't Bond ex-US Index | ■ |
| SSgA Target Retirement 2010 | ■ | U.S. Bond Index Fund | ■ |
| SSgA Target Retirement 2015 | ■ | S&P 500 Index | ■ |
| SSgA Target Retirement 2020 | ■ | Russell Large Cap Value Index | ■ |
| SSgA Target Retirement 2025 | ■ | Russell Large Cap Growth Index | ■ |
| SSgA Target Retirement 2030 | ■ | S&P MidCap Index | ■ |
| SSgA Target Retirement 2035 | ■ | Russell Small Cap Index Fund | ■ |
| SSgA Target Retirement 2040 | ■ | International Index | ■ |
| SSgA Target Retirement 2045 | ■ | Emerging Markets Index Fund | ■ |
| SSgA Target Retirement 2050 | ■ | State Street Corp ESOP Fund | ■ |
| Vanguard Prime Money Market | | | |

## — Your Account Activity Summary —

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2009 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 12/31/2009 |
|---|---|---|---|---|---|---|---|
| SSgA Target Retirement 2025 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| State Street Corp ESOP Fund | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Total Portfolio Value** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

## — Your Contribution & Vesting Summary —

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | | Total Market Value as of 12/31/2009 | x | Vested Percent | = | Vested Market Value as of 12/31/2009 |
|---|---|---|---|---|---|---|---|---|
| Pre-Tax | ■ | ■ | | ■ | | ■ | | ■ |
| Employer Contributions | ■ | ■ | | ■ | | ■ | | ■ |
| **Total** | ■ | ■ | | ■ | | ■ | | ■ |



**CONFIDENTIAL**

STT 594

009200          1207600010001

 
**Statement Period January 1, 2009 - December 31, 2009**

---

## *News From Your Plan Sponsor*

---

2010 Deferral Dollar Limits - Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)  Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)  Debits include new loans and forfeitures, if applicable.
(c)  Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period. PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results. YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)  Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period. Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

| NOTE | Please read this statement carefully. Any error must be reported within 60 days. |
|---|---|

CONFIDENTIAL
ING 



# State Street
## Salary Savings Program 401(k)



**STATE STREET.**

*Statement Period January 1, 2010 - April 7, 2010*

SHS2

THOMAS U KENNEY

### Questions?

***Automated 24-hour Help Line 1-800-985-3863***
Participant Services Representatives are available
Monday through Friday, 8 a.m. to 8 p.m. EST.
TDD Access is available at 1-800-579-5708

***Internet Access at:***
http://statestreet.ingplans.com

### Participant Profile

Plan Entry Date/Status ▮▮▮ Terminated

## Your Total Account Value

Opening Value On January 1, 2010

  + Employee Contributions
  + Employer Contributions
  + Other Credits/Payments(a)
  + Dividends
  **+ Investment Gain (Loss)**
  - Distributions/Debits(b)

**Closing Value On April 7, 2010**
  Total change in value during this period
  Current Period Personal Investment Performance(c)
  Year-To-Date Personal Investment Performance(c)

## Account Balance History



Comparison of your previous year-end total values at ING

Opening value vs. closing value

## Your Asset Allocation & Balance by Fund

*Values as of April 7, 2010*

Your current asset allocation based on your total closing balances within each asset type:



| Investment Type/Fund Name | Measure | Units/Shares | x | Price | = | Market Value |
|---|---|---|---|---|---|---|
| **Short Term Investments** | | | | | | |
| **Bond Funds** | | | | | | |
| **Balanced Funds** | | | | | | |
| SSgA Target Retirement 2025 | Units | | | | | |
| **Stock Funds** | | | | | | |
| **Self-Managed Account** | | | | | | |
| **Employer Stock*** | | | | | | |
| State Street Corp ESOP Fund | Units | | | | | |
| **Total Fund Balances** | | | | | | |
| *Share Equivalent of Employer Stock(d) | | | | | | |
| State Street Corp ESOP Fund | Shares | | | | | |

To better understand what asset allocation means and which asset allocation may be appropriate for your circumstances, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.


CONFIDENTIAL



STT 596



**State Street**
*Salary Savings Program 401(k)*

STATE STREET.

*Statement Period January 1, 2010 - April 7, 2010*

## — An Important Message about Investing for Retirement & Diversification —

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Plan Web site or www.dol.gov/ebsa/investing.html for more information on individual investing and diversification.

## — Your Contributions —

### Your Current Payroll Contributions

Pre-Tax ■
Pre-Tax Bonus ■
Roth 401k ■
Roth 401k Bonus ■

For details regarding the maximum amount you may be able to contribute to the plan and ways to contribute to maximize your company match, visit your plan's Web site at
http://statestreet ingplans.com or call 1-800-985-3863.

### Your Investment Elections for Future Contributions

| | | | |
|---|---|---|---|
| SSgA Target Retirement Income ■ | | World Gov't Bond ex-US Index ■ |
| SSgA Target Retirement 2010 ■ | | U.S. Bond Index Fund ■ |
| SSgA Target Retirement 2015 ■ | | S&P 500 Index ■ |
| SSgA Target Retirement 2020 ■ | | Russell Large Cap Value Index ■ |
| SSgA Target Retirement 2025 ■ | | Russell Large Cap Growth Index ■ |
| SSgA Target Retirement 2030 ■ | | S&P MidCap Index ■ |
| SSgA Target Retirement 2035 ■ | | Russell Small Cap Index Fund ■ |
| SSgA Target Retirement 2040 ■ | | International Index ■ |
| SSgA Target Retirement 2045 ■ | | Emerging Markets Index Fund ■ |
| SSgA Target Retirement 2050 ■ | | State Street Corp ESOP Fund ■ |
| Vanguard Prime Money Market | | |

## — Your Account Activity Summary —

The following is a summary of your transactions during this period.
For a detailed history of your daily transactions, visit your plan's Web site at http://statestreet.ingplans.com or call 1-800-985-3863.

| Fund Name | Balance on 01/01/2010 | Contributions/ Other Credits(a) | Loan Repayments | Gain/Loss | Transfers | Distributions/ Other Debits(b) | Balance on 04/07/2010 |
|---|---|---|---|---|---|---|---|
| SSgA Target Retirement 2025 | | | | | | | |
| State Street Corp ESOP Fund | | | | | | | |
| **Total Portfolio Value** | | | | | | | |

## — Your Contribution & Vesting Summary —

| Contribution Type | Current Period Contributions | Year-To-Date Contributions | Total Market Value as of 04/07/2010 | x | Vested = Percent | Vested Market Value as of 04/07/2010 |
|---|---|---|---|---|---|---|
| Pre-Tax | ■ | ■ | ■ | | ■ | ■ |
| Employer Contributions | ■ | ■ | ■ | | ■ | ■ |
| **Total** | ■ | ■ | ■ | | | ■ |

CONFIDENTIAL


ING

STT 597

009200          1340500010001


*Statement Period January 1, 2010 - April 7, 2010*

---

## *News From Your Plan Sponsor*

2010 Deferral Dollar Limits - Your 401(k) deferral limit is $16,500, and participants who will be age 50 or older in 2010 can make an additional $5,500 catch-up deferral. The catch-up deferral is not eligible for company match.

(a)   Credits include forfeitures and Trust to Trust transfers, if applicable.
(b)   Debits include new loans and forfeitures, if applicable.
(c)   Personal Investment Performance (PIP) is a measurement of the performance of your entire account for the time you were invested in the plan during the statement period.  PIP is calculated based on the performance of your investments during that period, taking into account your activity among investments. This method of calculating performance is used by the financial services industry. Other methods of calculating your PIP may yield different results.  YTD PIP is based on the performance of your investments from the first of the calendar year to the end of the statement period. If the period covered by this statement spans over to the prior year, the YTD P P displayed will be for the 12 months preceding the ending date of the statement period. Call 1-800-985-3863 for more information on your Personal Investment Performance.
(d)   Equivalent shares are calculated by dividing your closing balance in the Stock Fund by the closing price of that Fund's Common Stock as reported by the New York Stock Exchange on the last trading date of the statement period.  Equivalent shares are approximate, since in this Fund participants own units of a Fund that primarily invest in stock and a very small portion of cash.

| **NOTE** | **Please read this statement carefully. Any error must be reported within 60 days.** |
|---|---|


