IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THOMAS U. KENNEY, *on Behalf of Himself and a Class of Persons Similarly Situated,* <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET CORPORATION, et al. <br><br> Defendants. | Case No. 1:09-cv-10750-PBS |

**JOINT MOTION TO ESTABLISH A BRIEFING
SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

The parties respectfully submit this joint motion to establish a briefing schedule in connection with Plaintiff's motion to for leave to file a Second Amended Complaint (Docket No. 92). The reasons for this motion are as follows:

1. Defendants intend to oppose Plaintiff's motion to amend based on, among other things, their belief that the proposed amendments fail to state a claim and are therefore futile. Preparing that opposition will require a significant effort because, among other things, the proposed Second Amended Complaint (a) focuses on a different (although overlapping) period of time than the First Amended Complaint, (b) challenges a number of statements from State Street's SEC filings that were not at issue in the First Amended Complaint, and (3) contains a significant number of new factual allegations.

2. Under the Local Rule 7.1(b), Defendant's opposition would be due on July 30, 2010. Defendants do not believe that this period is sufficient to prepare their opposition. In

addition to needing more time to address the issues listed above, Defendants seek additional time because their counsel are currently involved in significant motion to dismiss briefing in two related cases before Judge Gertner, *Hill v. State Street Corporation, et al*, Civ. A. No. 09-cv-12146-NG, and *Richard v. State Street Corporation, et al.*, Civ. A. No. 10-cv-10184-NG. Defendants' motions in those cases are due to be filed on August 4, 2010. In addition, Defendants' counsel have previously planned family vacations in August. For these reasons, Defendants wish to file their opposition to Plaintiff's motion to amend on September 3, 2010.

       3.     Plaintiff seeks leave to file a reply to Defendants' opposition and also additional time because he anticipates having to respond to new arguments and because of his counsel's observance of the Jewish holidays in September. Plaintiff therefore wishes to file his reply on October 8, 2010.

       WHEREFORE, the parties respectfully request that the Court enter the following briefing schedule:

       1.     Defendants shall file their opposition to Plaintiff's motion by September 3, 2010; and

       2.     Plaintiff shall file any reply to by October 8, 2010.

| | |
|---|---|
| Respectfully submitted,<br><br>THOMAS U. KENNEY<br><br>By his attorneys:<br><br> /s/ Mark Levine_____<br>Kevin T. Peters (BBO #550522)<br>TODD & WELD, LLP<br>28 State Street<br>Boston, MA 02109<br>Telephone: (617) 720-2626<br>Facsimile: (617) 227-5777<br><br>Jules Brody<br>Edwin J. Mills<br>Mark Levine (admitted pro hac vice)<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, New York 10017<br>(212) 687-7230<br><br>Major Khan<br>MAJOR KHAN, LLC<br>20 Bellevue Street<br>Weehawken, NJ 07086<br>Telephone: (646) 546-5664<br>Facsimile: (646) 546-5755 | DEFENDANTS<br><br>By their attorneys:<br><br>/s/ John J. Butts_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>John J. Butts (BBO No. 643201)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts, 02109<br>(617) 526-6000<br>john.butts@wilmerhale.com |

Dated:  July 23, 2010

## CERTIFICATE OF SERVICE

    I, John J. Butts, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated July 23, 2010.

                                                     /s/ John J. Butts_____
                                                     John J. Butts