**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS U. KENNEY, *on Behalf of Himself and a Class of Persons Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET CORPORATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. 1:09-cv-10750-PBS ) ) ) ) ) ) |

**JOINT MOTION TO ENTRY OF CONFIDENTIALITY ORDER**

The parties respectfully submit this joint motion requesting that the Court enter the attached proposed order, which would protect the confidentiality of any documents or materials that has or will be exchanged in discovery which contains confidential personal, commercial, proprietary, financial, or business information.

WHEREFORE, the parties respectfully request that the Court enter the attached stipulated agreement as an order.

US1DOCS 7617384v1

| | |
|---|---|
| Respectfully submitted,<br><br>THOMAS U. KENNEY<br><br>By his attorneys:<br><br> _/s/ Mark Levine_____<br>Kevin T. Peters (BBO #550522)<br>TODD & WELD, LLP<br>28 State Street<br>Boston, MA 02109<br>Telephone: (617) 720-2626<br>Facsimile: (617) 227-5777<br><br>Jules Brody<br>Edwin J. Mills<br>Mark Levine (admitted pro hac vice)<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, New York 10017<br>(212) 687-7230<br><br>Major Khan<br>MAJOR KHAN, LLC<br>20 Bellevue Street<br>Weehawken, NJ 07086<br>Telephone: (646) 546-5664<br>Facsimile: (646) 546-5755 | DEFENDANTS<br><br>By their attorneys:<br><br>/s/ John J. Butts_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>John J. Butts (BBO No. 643201)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts, 02109<br>(617) 526-6000<br>john.butts@wilmerhale.com |

Dated: July 29, 2010

## CERTIFICATE OF SERVICE

I, John J. Butts, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated July 29, 2010.

                                              */s/ John J. Butts*_____
                                              John J. Butts