**Perla, Timothy**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, July 01, 2010 5:27 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:09-cv-10750-PBS Kenney v. State Street Corporation et al Motion for Summary Judgment |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Perla, Timothy on 7/1/2010 at 5:27 PM EDT and filed on 7/1/2010

| | |
|---|---|
| **Case Name:** | Kenney v. State Street Corporation et al |
| **Case Number:** | 1:09-cv-10750-PBS |
| **Filer:** | State Street Corporation |
| | North America Regional Benefits Committee of State Street Corporation |
| | State Street Corporation Investment Committee of State Street Corporation |
| | James J. Malerba |
| | Alison Quirk |
| | Pamela Gormley |
| | Ross McLellan |
| | David O'Leary |
| | Skip Curtrell |
| | Jayne Donahue |
| | David Gutschenritter |

**Document Number:** 78

**Docket Text:**
**MOTION for Summary Judgment by Skip Curtrell, Jayne Donahue, Pamela Gormley, David Gutschenritter, James J. Malerba, Ross McLellan, North America Regional Benefits Committee of State Street Corporation, David O'Leary, Alison Quirk, State Street Corporation, State Street Corporation Investment Committee of State Street Corporation.(Perla, Timothy)**

**1:09-cv-10750-PBS Notice has been electronically mailed to:**

Edwin J Mills    emills@ssbny.com

Gregory D. Chisholm     gregory.chisholm@wilmerhale.com

Jeffrey B. Rudman     jeffrey.rudman@wilmerhale.com

John J. Butts     john.butts@wilmerhale.com

Kevin T. Peters     kpeters@toddweld.com, dvidito@toddweld.com

Mark Levine     mlevine@ssbny.com

Michael J. Klein     mklein@ssbny.com

Seth Moskowitz     seth.moskowitz@wilmerhale.com

Thomas J. Dougherty     dougherty@skadden.com, tholden@skadden.com

Timothy J. Perla     timothy.perla@wilmerhale.com

William H. Paine     william.paine@wilmerhale.com

**1:09-cv-10750-PBS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=7/1/2010] [FileNumber=3423272-0]
[5f768155b387f7585167347517f9bf66a108f62ab4b8491c11b673121acfb3c9174d
8d4140f9dba131b98f3a511be02f3e2dea369fd480e940b72a33b9e50dbc]]