UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Thomas U. Kenny**
Plaintiff,

V.

CIVIL ACTION: **09-10750-PBS**

**State Street Corporation, et al**
Defendant.

**JUDGMENT**

SARIS, U.S.D.J. December 9, 2010

Pursuant to the Court's Memorandum and Order dated December 9, 2010, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of State Street with regard to the negligent misrepresentation claim arising from State Street's October 15, 2008 press release and 8-K.

By the Court,

/s/ Christine Patch
DEPUTY CLERK