UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS U. KENNEY, *on Behalf of Himself and a Class of Persons Similarly Situated*,<br><br>        Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al.<br><br>        Defendants. | Civ. Action No. 1:09-cv-10750-DJC |

**DEFENDANTS' MOTION TO CONTINUE**
**<u>ALTERNATIVE DISPUTE RESOLUTION HEARING</u>**

Defendants hereby move to continue the Alternative Dispute Resolution Hearing currently scheduled for Friday, May 6, 2011 until a later date to be determined (if necessary) because there are no pending claims in this action. The Court has either dismissed, or entered judgment for Defendants on, *all* of the claims in the Amended Complaint. The only thing that is pending is Plaintiff's motion for Leave to File a Second Amended Complaint, which Defendants have opposed and Chief Magistrate Judge Dein has under advisement.[1] As further grounds, Defendants state the following:

    1.    On May 7, 2009, Plaintiff filed a Complaint against Defendants alleging, *inter alia*, breach of fiduciary duty under ERISA. Plaintiff filed an Amended Complaint on July 20, 2009.

---

[1]    On April 22, 2011, counsel for Defendants spoke telephonically with the Courtroom Clerk to the Magistrate Judge Boal about a continuance. At his request, Defendants are filing this motion and providing a copy to the Courtroom Clerk via email.

2. Defendants moved to dismiss the Amended Complaint. On March 15, 2010, Judge Saris issued a Memorandum and Order dismissing five of Plaintiff's six claims. On December 9, 2010, Judge Saris entered summary judgment for Defendants on the only claim that survived the motion to dismiss.

3. Plaintiff has filed a Motion for Leave to File a Second Amended Complaint, which Defendants have opposed. Chief Magistrate Judge Dein held a hearing on December 2, 2010 and currently has the motion under advisement.

4. If Chief Magistrate Judge Dein denies the motion, this case will be over (subject to appeal). There is also the possibility of additional motion practice depending on her ruling.

5. On January 19, 2011, Defense counsel contacted Magistrate Judge Boal's clerk (with copy to Plaintiff's counsel) and explained Defendants' position that the case is not ripe for mediation given the pendency of the Motion For Leave to Amend. *See* Exhibit A.

6. Because it presently remains unclear whether Plaintiff will be given leave to file any part of his proposed Second Amended Complaint, Defendants continue to believe that this case is not ripe for mediation.

WHEREFORE, Defendants respectfully request that this Court continue the Alternative Dispute Resolution Hearing, to be rescheduled if necessary following the resolution of the pending Motion For Leave to Amend.[2]

---

[2] In the event that an alternative date must be set now, Defendants suggest a continuance of six months.

US1DOCS 7921506v1

|  |  |
|---|---|
|  | DEFENDANTS |
|  | By their attorneys, |
|  | __/s/ Jeffrey B. Rudman_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>John J. Butts (BBO No. 643201)<br>Timothy Perla (BBO No. 660447)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000 |
| Dated:   April 27, 2011 | E-mail:  jeffrey.rudman@wilmerhale.com |

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 7.1

I, Jeffrey Rudman, hereby certify that, on April 22, 2011, counsel for State Street conferred with Plaintiff's counsel in a good faith attempt to narrow or resolve the matters raised by this motion.

> __/s/ Jeffrey B. Rudman_____
> Jeffrey B. Rudman

## CERTIFICATE OF SERVICE

I, Jeffrey Rudman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated April 27, 2011.

> __/s/ Jeffrey B. Rudman_____
> Jeffrey B. Rudman