# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                        X
THOMAS U. KENNEY, on Behalf of          :
Himself and a Class of Persons Similarly :
Situated,                               :
                                        :    1:09-cv-10750 (DJC)
                  Plaintiff,            :
      v.                                :
                                        :
STATE STREET CORPORATION; NORTH:
AMERICA REGIONAL BENEFITS               :
COMMITTEE OF STATE STREET               :
CORPORATION; ALISON QUIRK;              :
PAMELA GORMLEY; ROSS MCLELLAN;:
DAVID O'LEARY; SKIP CURTRELL;           :
JAYNE DONAHUE; DAVID                    :
GUTSCHENRITTER; JAMES MALERBA; :
STATE STREET CORPORATION                :
INVESTMENT COMMITTEE; and JOHN          :
DOES 1-10                               :
                                        :
                  Defendants.           :
_____X
```

## DECLARATION OF MARK LEVINE

MARK LEVINE declares, under penalty of perjury, as follows:

1.     I am a senior attorney with Stull, Stull & Brody, co-counsel for the Plaintiff in this action.

2.     I am admitted to practice in this Court *pro hac vice*.

3.     Attached hereto as Exhibit A is a true and correct copy of a press released filed by State

Street Corp. with the Securities and Exchange Commission ("SEC") on January 20, 2009.

4.     Attached hereto as Exhibit B is true and correct copy of a press release filed with the

SEC on February 5, 2009.

5.      Attached hereto as Exhibit C is a true and correct copy of an *amicus* brief in *Gearren v. McGraw-Hill Co.*, Nos. 10-792-cv, 10-934-cv filed by the United States Department of Labor with the United States Court of Appeals for the Second Circuit on or about June 4, 2010.

Executed this 15th day of June, 2011.

                                                                        _____/s/_Mark Levine_____
                                                                        Mark Levine

CERTIFICATE OF SERVICE

I, Mark Levine, hereby certify that a copy of the foregoing document, filed through the ECF system on June 15, 2010 was sent electronically on that date to the registered participants as identified in the Notice of Electronic Filing

Dated: June 15, 2010

/s/ Mark Levine_____