file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 1 of 17

EX-99.1 2 a5888314-ex991.htm EXHIBIT 99.1

**Exhibit 99.1**

# State Street Announces Tangible Common Equity Improvement Plan and Updates 2008 Results

BOSTON--(BUSINESS WIRE)--February 5, 2009--State Street Corporation (NYSE: STT):

**Unrealized Investment Portfolio Losses Improve by $730 Million After-Tax as of January 30, 2009, Compared to December 31, 2008**

**More Conservative First-Half Reinvestment Strategy Reduces 2009 Expectations**

State Street Corporation today updated its full-year 2008 earnings to reflect the impact of a plan to further strengthen its tangible common equity ratio (TCE) in light of continued unprecedented market disruption. The 2008 results have been updated to reflect a $278 million pre-tax reduction in 2008 incentive compensation as part of a plan to improve TCE. In 2009, the plan to improve TCE includes reducing the Company's quarterly dividend on its common stock to $0.01 per share, a more conservative reinvestment plan affecting assets paying down and maturing in its investment portfolio, actions intended to increase organic capital growth, and a reduction in the size of the company's balance sheet.

For 2008, GAAP earnings per share of $4.30 are up from the previously announced $3.89 per share. Return on common shareholders' equity in 2008 is 14.8%, up from the previously announced 13.4%. For the fourth quarter of 2008, earnings are $0.54 per share, up from the previously announced $0.15 per share. Return on common shareholders' equity is 8.4% in the fourth quarter of 2008, up from the previously announced 2.3%. Operating expenses for full year and fourth quarter 2008, were $6.780 billion and $1.528 billion, respectively, down from the previously announced operating expenses for those periods of $7.058 billion and $1.806 billion, respectively. These expenses reflect the reduced compensation in each period. Revenue for the full year and fourth quarter 2008 of $10.693 billion and $2.673 billion, respectively, are unchanged from the amounts previously announced.

Commenting on the announcement, Ronald E. Logue, State Street's chairman and chief executive officer, said, "State Street has among the highest regulatory capital ratios in the industry; however, we are implementing a plan to alleviate investor concerns about our *pro forma* TCE ratio, if we were to consolidate the asset-backed commercial paper conduits that we administer. These are extraordinary times that require swift action. Given that we are asking our shareholders to make sacrifices through dividend reductions, we believe that we must also be willing to make our own sacrifices and therefore, we have eliminated the 2008 incentive compensation for the five named executive officers and reduced it by approximately 50% for the remainder of the company."

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 2 of 17

Logue added, "While our tangible common equity ratio will vary with the impact of the fixed-income markets on our investment portfolio and the conduit assets and our actual results, we currently anticipate that the steps we are announcing will result in a meaningful increase in our tangible common equity ratio during the first quarter and the full year. As of January 30, 2009, our unrealized after-tax loss on our investment portfolio has improved $730 million, from $6.3 billion at December 31, 2008 to $5.6 billion. Also, the unrealized loss in our conduit assets has improved modestly."

Logue concluded, "We are adjusting our outlook for 2009 based on several new factors: a more conservative reinvestment plan affecting assets paying down and maturing in our investment portfolio; we now expect the S & P 500 to average about 900 for the year down from our previous estimate of 1000; and we intend to further restrain expenses in 2009. As a result, we now expect our operating revenue to decline 8% to 12% from record levels in 2008; our operating earnings per share to decline 12% to 16% from the updated record level of $5.61 per share in 2008; and our return on common equity to approach the low end of our 14% to 17% long-term range. At our meeting with investors and analysts later today, we will provide further detail about our TCE improvement plan and our 2009 outlook."

Management presents results on an operating basis in order to provide financial information that is comparable from period to period and to present comparable financial trends with respect to our ongoing business operations. A full reconciliation of operating-basis results to U.S. generally accepted accounting principals (GAAP) is included in the addendum at the end of this press release. The following financial results are presented on an operating basis, and are updated from our previously announced operating results to reflect the effects of the reduced compensation in the full year and fourth quarter 2008 and to otherwise reflect the same adjustments between GAAP and operating, as were previously announced.

For 2008, updated operating-basis earnings per share of $5.61 are up from the previously announced $5.21 per share. Operating-basis return on common shareholders' equity is 19.3%, up from the previously announced 17.9%. In the fourth quarter of 2008, operating-basis earnings are $1.58 per share, up from the previously announced $1.18 per share. Operating-basis return on common shareholders' equity in the fourth quarter of 2008 is 24.3%, up from the previously announced 18.3%. As noted above, these results reflect the reduced salaries and employee benefits expense in each period. Operating-basis revenue for the full year and fourth quarter 2008 of $10.477 billion and $2.641 billion, respectively, are unchanged from the amounts previously announced.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 3 of 17

The reduction in expenses results in an increase to State Street Corporation's Tier-1 capital ratio to 20.74% at December 31, 2008 from the previously announced 20.49% and an increase to the leverage ratio to 7.83% from the previously announced 7.74%. The TCE ratio at December 31, 2008, is 4.61%. The *pro forma* TCE ratio, including consolidation of all assets and liabilities of the State Street-administered asset-backed commercial paper conduits, was 1.19% as of December 31, 2008. Assuming market prices remain constant from January through the rest of 2009 and we execute on our plan, we expect TCE to be approximately 4.91% by the end of 2009.

ADDITIONAL INFORMATION

All per share amounts represent diluted earnings per common share based on average common shares outstanding for the respective period reported.

INVESTOR PRESENTATION

State Street will webcast a pre-recorded investor call today, Thursday, February 5, 2009, at 8:00 a.m. EST, available at www.statestreet.com/stockholder. The conference call will also be available via telephone, at +1 706/645-9291 (Conference ID# 84375390). The pre-recorded call will be available for two weeks. This press release and additional financial information are available on State Street's website, at www.statestreet.com/stockholder, under "Investor Information—Latest News," –Annual Reports and Financial Trends—Financial Trends" and "—Investor Events and Presentations."

In addition, State Street Corporation will webcast a presentation to investors and analysts by Ronald E. Logue, Chairman of the Board and Chief Executive Officer, Edward J. Resch, Executive Vice President and Chief Financial Officer, Joseph ("Jay") L. Hooley, President and Chief Operating Officer and Scott Powers, President and CEO, State Street Global Advisors on Thursday, February 5, 2009, at 12:30 p.m. EST. The presentation will be accessible, in listen-only mode, on State Street's investor relations home page, at www.statestreet.com/stockholder, and via telephone, at +1 ( 706 ) 679 - 5594 (Conference ID # 82862937). Recorded replays of the presentation will be available on the web site and by telephone +1 (706) 645-9291 (Conference ID # 82862937) beginning at 5:30 p.m. EST that day. The telephone replay will be available for approximately two weeks following the conference call. This press release, presentation materials to be referred to on today's webcast and additional financial information will be available prior to that webcast on State Street's website, at www.statestreet.com/stockholder, under "Investor Information—Latest News," –Annual Reports and Financial Trends—Financial Trends" and "—Investor Events and Presentations."

State Street Corporation (NYSE: STT) is the world's leading specialist in providing institutional investors with investment servicing, investment management and investment research and trading services. With $12.04 trillion in assets under custody and $1.44 trillion in assets under management at December 31, 2008, State Street operates in 27 countries and more than 100 geographic markets worldwide and employs 28,475 worldwide.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 4 of 17

**FORWARD-LOOKING STATEMENTS**

This news announcement contains forward-looking statements as defined by United States securities laws, including statements about our goals and expectations regarding our business, financial condition, results of operations and strategies, the financial and market outlook, governmental and regulatory initiatives and developments and the business environment. These statements are not guarantees of future performance, are inherently uncertain, are based on current assumptions that are difficult to predict and involve a number of risks and uncertainties. Therefore, actual outcomes and results may differ materially from what is expressed in those statements, and those statements should not be relied upon as representing our expectations or beliefs as of any date subsequent to the date of this release.

Important factors that may affect future results and outcomes include:

- global financial market disruptions and the current, worldwide economic recession, and monetary and other governmental actions designed to address such disruptions and recession in the United States and internationally;
- the financial strength of the counterparties with which we or our clients do business and with which we have investment or financial exposure;
- the liquidity of the U.S. and international securities markets, particularly the markets for fixed-income securities, and the liquidity requirements of our customers;
- the credit quality and credit agency ratings of the securities in our investment securities portfolio, a deterioration or downgrade of which could lead to other-than-temporary impairment of the respective securities and the recognition of an impairment loss;
- the maintenance of credit agency ratings for our debt obligations as well as the level of credibility of credit agency ratings;
- the possibility that changes to accounting rules or in market conditions or asset performance may require any off-balance sheet activities, including the unconsolidated asset-backed commercial paper conduits we administer, to be consolidated into our financial statements, requiring the recognition of associated losses;
- the possibility of our customers incurring substantial losses in investment pools where we act as agent, and the possibility of further general reductions in the valuation of assets;
- our ability to attract deposits and other low-cost short-term funding;
- potential changes to the competitive environment, including changes due to the effects of consolidation, extensive and changing government regulation and perceptions of State Street as a suitable service provider or counterparty;
- the level and volatility of interest rates and the performance and volatility of securities, credit, currency and other markets in the United States and internationally;
- our ability to measure the fair value of securities in our investment securities portfolio and in the asset-backed commercial paper conduits we sponsor;
- the results of litigation and similar disputes and, in particular, the effect of current or potential litigation concerning SSgA's active fixed-income strategies, and the enactment of legislation and changes in regulation and enforcement that impact us and our customers, as well as the effects of legal and regulatory proceedings;
- adverse publicity or other reputational harm;
- our ability to pursue acquisitions, strategic alliances and divestures, finance future business acquisitions and obtain regulatory approvals and consents for acquisitions;
- the performance and demand for the products and services we offer, including the level and timing of withdrawals from our collective investment products;
- our ability to continue to grow revenue, attract highly skilled people, control expenses and attract the capital necessary to achieve our business goals and comply with regulatory requirements;
- our ability to control operating risks, information technology systems risks and outsourcing risks, the possibility of errors in the quantitative models we use to manage our business and the possibility that our controls will fail or be circumvented;
- the potential for new products and services to impose additional costs on us and expose us to increased operational risk, and our ability to protect our intellectual property rights;
- our ability to obtain quality and timely services from third parties with which we contract;
- changes in accounting standards and practices, including changes in the interpretation of existing standards, that impact our consolidated financial statements; and
- changes in tax legislation and in the interpretation of existing tax laws by U.S. and non-U.S. tax authorities that impact the amount of taxes due.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 5 of 17

Other important factors that could cause actual results to differ materially from those indicated by any forward-looking statements are set forth in our 2007 Annual Report on Form 10-K and our subsequent SEC filings, including, in particular, our Current Report on Form 8-K dated January 20, 2009. We encourage investors to read these filings, particularly the sections on Risk Factors, and our subsequent SEC filings for additional information with respect to any forward-looking statements and prior to making any investment decision. The forward-looking statements contained in this press release speak only as of the date hereof, February 5, 2009, and we do not undertake efforts to revise those forward-looking statements to reflect events after this date.

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**Consolidated Financial Highlights**
**December 31, 2008**

| (Dollars in millions, except per share amounts or where otherwise noted) | Quarters Ended | | | % Change | |
|---|---|---|---|---|---|
| | December 31, 2008 | September 30, 2008 | December 31, 2007 | Q4 2008 vs. Q3 2008 | Q4 2008 vs. Q4 2007 |
| Total Revenue [1] | $ 2,673 | $ 2,771 | $ 2,479 | (4)% | 8% |
| Total Expenses: | | | | | |
|    Non-operating provisions, net | 450 | - | 467 | | |
|    Restructuring charges | 306 | - | - | | |
|    Provision for indemnification exposure | - | 200 | - | | |
|    Merger and integration costs | 27 | 30 | 57 | | |
|    Expenses from operations | 1,528 | 1,695 | 1,649 | (10) | (7) |
| Income Tax Expense | 106 | 369 | 83 | | |
| Net Income | 256 | 477 | 223 | (46) | 15 |
| Net Income Available to Common Shareholders | 234 | 477 | 223 | | |
| Diluted Earnings Per Common Share | $ .54 | $ 1.09 | $ .57 | (50) | (5) |
| Average Diluted Common Shares Outstanding (in thousands): | 431,902 | 435,030 | 392,200 | | |
| Cash Dividends Declared Per Common Share | $ .24 | $ .24 | $ .23 | | |
| Closing Price Per Share of Common Stock (at quarter end) | 39.33 | 56.88 | 81.20 | | |
| Return on Common Equity | 8.4 % | 13.6 % | 7.7% | | |
| At Quarter End: | | | | | |
|    Assets Under Custody (AUC) (in trillions) | $ 12.04 | $ 14.05 | $ 15.30 | | |
|    Assets Under Management (AUM) (in trillions) | 1.44 | 1.69 | 1.98 | | |

| (Dollars in millions, except per share amounts) | Years Ended | | % Change |
|---|---|---|---|
| | December 31, 2008 | December 31, 2007 | 2008 vs. 2007 |
| Total Revenue [2] | $ 10,693 | $ 8,336 | 28% |
| Total Expenses: | | | |
|    Non-operating provisions, net | 450 | 467 | |
|    Restructuring charges | 306 | - | |
|    Provision for indemnification exposure | 200 | - | |
|    Merger and integration costs | 115 | 198 | |
|    Expenses from operations | 6,780 | 5,768 | 18 |
| Income Tax Expense | 1,031 | 642 | 61 |
| Net Income | 1,811 | 1,261 | 44 |
| Net Income Available to Common Shareholders | 1,789 | 1,261 | 42 |
| Diluted Earnings Per Common Share | $ 4.30 | $ 3.45 | 25 |
| Average Diluted Common Shares Outstanding (in thousands): | 416,100 | 365,488 | |
| Cash Dividends Declared Per Common Share | $ .95 | $ .88 | 8 |
| Return on Common Equity | 14.8 % | 13.4% | |

[1] Quarter ended September 30, 2008 includes $350 million gain from sale of CitiStreet interest, net of exit and other associated costs.

[2] Year ended December 31, 2008 includes $350 million gain from sale of CitiStreet interest, net of exit and other associated costs.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC Document 146-2 Filed 06/15/11 Page 7 of 17

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**SELECTED CONSOLIDATED FINANCIAL INFORMATION**
**Quarters and Years Ended December 31, 2008 and December 31, 2007**

|  | Quarters Ended | | | Years Ended | | |
|---|---|---|---|---|---|---|
| (Dollars in millions, except per share amounts) | December 31, 2008 | December 31, 2007 | % Change | December 31, 2008 | December 31, 2007[1] | % Change |
| **Fee Revenue:** | | | | | | |
| Servicing fees | $ **842** | $ 967 | (13) % | $ **3,745** | $ 3,388 | 11% |
| Management fees | **209** | 297 | (30) | **1,028** | 1,141 | (10) |
| Trading services | **418** | 352 | 19 | **1,467** | 1,152 | 27 |
| Securities finance | **329** | 256 | 29 | **1,230** | 681 | 81 |
| Processing fees and other | **83** | 55 | 51 | **277** | 271 | 2 |
| Total fee revenue | **1,881** | 1,927 | (2) | **7,747** | 6,633 | 17 |
| **Net Interest Revenue:** | | | | | | |
| Interest revenue | **1,427** | 1,454 | (2) | **4,879** | 5,212 | (6) |
| Interest expense | **584** | 898 | (35) | **2,229** | 3,482 | (36) |
| Net interest revenue [2] | **843** | 556 | 52 | **2,650** | 1,730 | 53 |
| Provision for loan losses | **-** | - | | **-** | - | |
| Net interest revenue after provision for loan losses | **843** | 556 | 52 | **2,650** | 1,730 | 53 |
| Gains (Losses) related to investment securities, net | **(51)** | (4) | | **(54)** | (27) | |
| Gain on sale of CitiStreet interest, net of exit and other associated costs | **-** | - | | **350** | - | |
| Total revenue | **2,673** | 2,479 | 7.8 | **10,693** | 8,336 | 28.3 |
| **Expenses:** | | | | | | |
| Salaries and employee benefits | **698** | 793 | (12) | **3,842** | 3,256 | 18 |
| Information systems and communications | **163** | 148 | 10 | **633** | 546 | 16 |
| Transaction processing services | **145** | 184 | (21) | **644** | 619 | 4 |
| Occupancy | **124** | 107 | 16 | **465** | 408 | 14 |
| Provision for legal exposure | **-** | 600 | | **-** | 600 | |
| Provision for investment account infusion | **450** | - | | **450** | - | |
| Restructuring charges | **306** | - | | **306** | - | |
| Merger and integration costs | **27** | 57 | (53) | **115** | 198 | (42) |
| Other | **398** | 284 | 40 | **1,396** | 806 | 73 |
| Total expenses | **2,311** | 2,173 | 6.4 | **7,851** | 6,433 | 22.0 |
| Income before income tax expense | **362** | 306 | 18 | **2,842** | 1,903 | 49 |
| Income tax expense | **106** | 83 | | **1,031** | 642 | |
| **Net income** | $ **256** | $ 223 | 15 | $ **1,811** | $ 1,261 | 44 |
| **Net income available to common shareholders** | $ **234** | $ 223 | 5 | $ **1,789** | $ 1,261 | 42 |
| **Earnings Per Common Share:** | | | | | | |
| Basic | $ **.55** | $ .58 | (5) | $ **4.33** | $ 3.50 | 24 |
| Diluted | **.54** | .57 | (5) | **4.30** | 3.45 | 25 |
| **Average Common Shares Outstanding (in thousands):** | | | | | | |
| Basic | **431,042** | 385,200 | | **413,182** | 360,675 | |
| Diluted | **431,902** | 392,200 | | **416,100** | 365,488 | |

Consolidated Selected Financial Information presented above was prepared in accordance with accounting principles generally accepted in the United States.

[1] Year ended December 31, 2007 includes financial results of Investors Financial business for the quarters ended September 30 and December 31, 2007.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 8 of 17

(2) Net interest revenue on a fully taxable-equivalent basis was $811 million and $573 million for the quarters ended December 31, 2008 and 2007, respectively, and $2.78 billion and $1.79 billion for the years ended December 31, 2008 and 2007, respectively. These amounts include taxable-equivalent adjustments of $28 million and $17 million for the quarters ended December 31, 2008 and 2007, respectively, and $104 million and $58 million for the years ended December 31, 2008 and 2007, respectively.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 9 of 17

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**SELECTED CONSOLIDATED FINANCIAL INFORMATION**
**Quarters Ended December 31, 2008 and September 30, 2008**

|  | Quarters Ended | | |
|---|---|---|---|
| (Dollars in millions, except per share amounts) | December 31, 2008 | September 30, 2008 | % Change |
| **Fee Revenue:** | | | |
| Servicing fees | $ 842 | $ 966 | (13)% |
| Management fees | 209 | 261 | (20) |
| Trading services | 418 | 363 | 15 |
| Securities finance | 329 | 246 | 34 |
| Processing fees and other | 83 | 63 | 32 |
| Total fee revenue | 1,881 | 1,899 | (1) |
| **Net Interest Revenue:** | | | |
| Interest revenue | 1,427 | 1,027 | 39 |
| Interest expense | 584 | 502 | 16 |
| Net interest revenue [1] | 843 | 525 | 61 |
| Provision for loan losses | - | - | |
| Net interest revenue after provision for loan losses | 843 | 525 | 61 |
| Gains (Losses) related to investment securities, net | (51) | (3) | |
| Gain on sale of CitiStreet interest, net of exit and other associated costs | - | 350 | |
| Total revenue | 2,673 | 2,771 | (3.5) |
| **Expenses:** | | | |
| Salaries and employee benefits | 698 | 1,022 | (32) |
| Information systems and communications | 163 | 151 | 8 |
| Transaction processing services | 145 | 165 | (12) |
| Occupancy | 124 | 116 | 7 |
| Provision for investment account infusion | 450 | - | |
| Restructuring charges | 306 | - | |
| Merger and integration costs | 27 | 30 | (10) |
| Other | 398 | 441 | (10) |
| Total expenses | 2,311 | 1,925 | 20.1 |
| Income before income tax expense | 362 | 846 | (57) |
| Income tax expense | 106 | 369 | |
| **Net income** | $ 256 | $ 477 | (46) |
| **Net income available to common shareholders** | $ 234 | $ 477 | (51) |
| **Earnings Per Common Share:** | | | |
| Basic | $ .55 | $ 1.11 | (50) |
| Diluted | .54 | 1.09 | (50) |
| **Average Common Shares Outstanding (in thousands):** | | | |
| Basic | 431,042 | 430,872 | |
| Diluted | 431,902 | 435,030 | |

Consolidated Selected Financial Information presented above was prepared in accordance with accounting principles generally accepted in the United States.

[1] Net interest revenue on a fully taxable-equivalent basis was $811 million and $640 million for the quarters ended December 31, 2008 and September 30, 2008, respectively. These amounts include taxable-equivalent adjustments of $28 million and $25 million.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC  Document 146-2  Filed 06/15/11  Page 10 of 17

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**SELECTED CONSOLIDATED OPERATING-BASIS FINANCIAL INFORMATION**
Quarters and Years Ended December 31, 2008 and December 31, 2007

| (Dollars in millions, except per share amounts) | Quarters Ended [1] | | | Years Ended [1] | | |
|---|---|---|---|---|---|---|
| | **December 31, 2008** | December 31, 2007 | % Change | **December 31, 2008** | December 31, 2007 | % Change |
| **Fee Revenue:** | | | | | | |
| Servicing fees | **$ 842** | $ 967 | (13) % | **$ 3,745** | $ 3,388 | 11 % |
| Management fees | **209** | 297 | (30) | **1,028** | 1,141 | (10) |
| Trading services | **418** | 352 | 19 | **1,467** | 1,152 | 27 |
| Securities finance | **329** | 256 | 29 | **1,230** | 681 | 81 |
| Processing fees and other | **83** | 55 | 51 | **277** | 271 | 2 |
| Total fee revenue | **1,881** | 1,927 | (2) | **7,747** | 6,633 | 17 |
| **Net Interest Revenue:** | | | | | | |
| Interest revenue, operating basis | **1,133** | 1,471 | (23) | **4,714** | 5,270 | (11) |
| Interest expense | **322** | 898 | (64) | **1,930** | 3,482 | (45) |
| Net interest revenue, operating basis | **811** | 573 | 42 | **2,784** | 1,788 | 56 |
| Provision for loan losses | **-** | - | | **-** | - | |
| Net interest revenue after provision for loan losses, operating basis | **811** | 573 | 42 | **2,784** | 1,788 | 56 |
| Gains (Losses) related to investment securities, net | **(51)** | (4) | | **(54)** | (27) | |
| Total revenue, operating basis [2][3] | **2,641** | 2,496 | 5.8 | **10,477** | 8,394 | 24.8 |
| **Expenses:** | | | | | | |
| Salaries and employee benefits | **698** | 934 | (25) | **3,842** | 3,397 | 13 |
| Information systems and communications | **163** | 148 | 10 | **633** | 546 | 16 |
| Transaction processing services | **145** | 184 | (21) | **644** | 619 | 4 |
| Occupancy | **124** | 107 | 16 | **465** | 408 | 14 |
| Other | **398** | 276 | 44 | **1,196** | 798 | 50 |
| Total expenses, operating basis [2][3] | **1,528** | 1,649 | (7.3) | **6,780** | 5,768 | 17.5 |
| Income before income tax expense, operating basis | **1,113** | 847 | 31 | **3,697** | 2,626 | 41 |
| Income tax expense, operating basis | **383** | 290 | | **1,236** | 899 | |
| Taxable-equivalent adjustment | **28** | 17 | | **104** | 58 | |
| **Net income, operating basis** | **$ 702** | $ 540 | 30 | **$ 2,357** | $ 1,669 | 41 |
| **Net income available to common shareholders, operating basis** | **$ 680** | $ 540 | 26 | **$ 2,335** | $ 1,669 | 40 |
| **Diluted earnings per common share, operating basis** | **$ 1.58** | $ 1.38 | 14 | **$ 5.61** | $ 4.57 | 23 |
| **Average diluted common shares outstanding (in thousands)** | **431,902** | 392,200 | | **416,100** | 365,488 | |
| **Return on common equity, operating basis** | **24.3%** | 18.7% | | **19.3%** | 17.7% | |

[1] Refer to the accompanying reconciliation of reported results to operating-basis results.

[2] For the quarter ended December 31, 2008, positive operating leverage in the year-over-year comparison was 1,310 basis points, based on growth in total operating-basis revenue of 5.8% and a decline in total operating-basis expenses of 7.3%.

[3] For the year ended December 31, 2008, positive operating leverage in the year-over-year comparison was 730 basis points, based on growth in total operating-basis revenue of 24.8% and growth in total operating-basis expenses of 17.5%.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 11 of 17

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**SELECTED CONSOLIDATED OPERATING-BASIS FINANCIAL INFORMATION**
**Quarters Ended December 31, 2008 and September 30, 2008**

|  | Quarters Ended [1] | | |
|---|---|---|---|
| (Dollars in millions, except per share amounts) | **December 31, 2008** | September 30, 2008 | % Change |
| **Fee Revenue:** | | | |
| Servicing fees | **$ 842** | $ 966 | (13)% |
| Management fees | **209** | 261 | (20) |
| Trading services | **418** | 363 | 15 |
| Securities finance | **329** | 246 | 34 |
| Processing fees and other | **83** | 63 | 32 |
| Total fee revenue | **1,881** | 1,899 | (1) |
| **Net Interest Revenue:** | | | |
| Interest revenue, operating basis | **1,133** | 1,105 | 3 |
| Interest expense | **322** | 465 | (31) |
| Net interest revenue, operating basis | **811** | 640 | 27 |
| Provision for loan losses | **-** | - | |
| Net interest revenue after provision for loan losses, operating basis | **811** | 640 | 27 |
| Gains (Losses) related to investment securities, net | **(51)** | (3) | |
| Total revenue, operating basis [2] | **2,641** | 2,536 | 4.1 |
| **Expenses:** | | | |
| Salaries and employee benefits | **698** | 1,022 | (32) |
| Information systems and communications | **163** | 151 | 8 |
| Transaction processing services | **145** | 165 | (12) |
| Occupancy | **124** | 116 | 7 |
| Other | **398** | 241 | 65 |
| Total expenses, operating basis [2] | **1,528** | 1,695 | (9.9) |
| Income before income tax expense, operating basis | **1,113** | 841 | 32 |
| Income tax expense | **383** | 278 | |
| Taxable-equivalent adjustment | **28** | 25 | |
| **Net income, operating basis** | **$ 702** | $ 538 | 30 |
| **Net income available to common shareholders, operating basis** | **$ 680** | $ 538 | 26 |
| **Diluted earnings per common share, operating basis** | **$ 1.58** | $ 1.24 | 27.4 |
| **Average diluted common shares outstanding (in thousands)** | **431,902** | 435,030 | |
| **Return on common equity, operating basis** | **24.3%** | 15.4% | |

[1] Refer to the accompanying reconciliation of reported results to operating-basis results.

[2] For the quarter ended December 31, 2008, positive operating leverage in the quarter-over-quarter comparison was 1,400 basis points, based on growth in total operating-basis revenue of 4.1% and a decline in total operating-basis expenses of 9.9%.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 12 of 17

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**RECONCILIATION OF REPORTED RESULTS TO OPERATING-BASIS RESULTS**
Quarter and Year Ended December 31, 2008

| (Dollars in millions, except per share amounts) | Quarter Ended December 31, 2008 | | | | Year Ended December 31, 2008 | | | |
|---|---|---|---|---|---|---|---|---|
| | Reported Results | Adjustments | | Operating Results | Reported Results | Adjustments | | Operating Results |
| **Fee Revenue:** | | | | | | | | |
| Servicing fees | $ 842 | | | $ 842 | $ 3,745 | | | $ 3,745 |
| Management fees | 209 | | | 209 | 1,028 | | | 1,028 |
| Trading services | 418 | | | 418 | 1,467 | | | 1,467 |
| Securities finance | 329 | | | 329 | 1,230 | | | 1,230 |
| Processing fees and other | 83 | | | 83 | 277 | | | 277 |
| Total fee revenue | 1,881 | | | 1,881 | 7,747 | | | 7,747 |
| **Net Interest Revenue:** | | | | | | | | |
| Interest revenue | 1,427 | $ (294) | (1) | 1,133 | 4,879 | $ (165) | (8) | 4,714 |
| Interest expense | 584 | (262) | (2) | 322 | 2,229 | (299) | (2) | 1,930 |
| Net interest revenue | 843 | (32) | | 811 | 2,650 | 134 | | 2,784 |
| Provision for loan losses | - | - | | - | - | - | | - |
| Net interest revenue after provision for loan losses | 843 | (32) | | 811 | 2,650 | 134 | | 2,784 |
| Gains (Losses) related to investment securities, net | (51) | - | | (51) | (54) | - | | (54) |
| Gain on sale of CitiStreet interest, net of exit and other associated costs | - | - | | - | 350 | (350) | (9) | - |
| **Total revenue** | 2,673 | (32) | | 2,641 | 10,693 | (216) | | 10,477 |
| **Expenses:** | | | | | | | | |
| Salaries and employee benefits | 698 | - | | 698 | 3,842 | - | | 3,842 |
| Information systems and communications | 163 | - | | 163 | 633 | - | | 633 |
| Transaction processing services | 145 | - | | 145 | 644 | - | | 644 |
| Occupancy | 124 | - | | 124 | 465 | - | | 465 |
| Provision for investment account infusion | 450 | (450) | (3) | - | 450 | (450) | (3) | - |
| Restructuring charges | 306 | (306) | (4) | - | 306 | (306) | (4) | - |
| Merger and integration costs | 27 | (27) | (5) | - | 115 | (115) | (5) | - |
| Other | 398 | - | | 398 | 1,396 | (200) | (10) | 1,196 |
| Total expenses | 2,311 | (783) | | 1,528 | 7,851 | (1,071) | | 6,780 |
| Income before income taxes | 362 | 751 | | 1,113 | 2,842 | 855 | | 3,697 |
| Income tax expense | 106 | 277 | (6) | 383 | 1,031 | 205 | (11) | 1,236 |
| Taxable-equivalent adjustment | - | 28 | (7) | 28 | - | 104 | (7) | 104 |
| **Net income** | $ 256 | $ 446 | | $ 702 | $ 1,811 | $ 546 | | $ 2,357 |
| **Net income available to common shareholders** | $ 234 | $ 446 | | $ 680 | $ 1,789 | $ 546 | | $ 2,335 |
| **Diluted earnings per common share** | $ .54 | $ 1.04 | | $ 1.58 | $ 4.30 | $ 1.31 | | $ 5.61 |
| Average diluted common shares outstanding (in thousands) | 431,902 | 431,902 | | 431,902 | 416,100 | 416,100 | | 416,100 |
| **Return on common equity** | 8.4% | 15.9% | | 24.3% | 14.8% | 4.5% | | 19.3% |

Reported results reflect State Street's Consolidated Statement of Income prepared in accordance with accounting principles generally accepted in the United States.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 13 of 17

(1) Represents taxable-equivalent adjustment of $28 million, which is not included in reported results and $322 million of revenue related to the Boston Federal Reserve Bank's Asset-Backed Commercial Paper Money Market Liquidity Facility (AMLF).

(2) Represents interest expense related to the Boston Federal Reserve Bank's AMLF.

(3) Represents a charge associated with SSgA Stable Value Funds.

(4) Represents restructuring costs associated with reduction in workforce and other cost initiatives.

(5) Represents merger and integration costs recorded in connection with the acquisition of Investors Financial, which are direct and incremental costs associated with the acquisition and do not include ongoing expenses of the combined organization.

(6) Represents $24 million of income tax expense related to the Boston Federal Reserve Bank's AMLF, $180 million of income tax benefit related to SSgA Stable Value Funds, $112 million of income tax benefit related to restructuring costs, and $9 million of income tax benefit related to merger and integration costs for the acquisition of Investors Financial.

(7) Represents taxable-equivalent adjustment, which is not included in reported results.

(8) Represents taxable-equivalent adjustment of $104 million for the year ended December 31, 2008, which is not included in reported results, plus a $98 million charge associated with SILO leveraged lease transactions, net of $367 million of revenue related to the Boston Federal Reserve Bank's AMLF.

(9) Represents gain on the sale of CitiStreet interest, net of exit and other associated costs, which State Street divested on July 1, 2008.

(10) Represents a charge to provide for estimated net exposure on an indemnification obligation associated with collateralized repurchase agreements.

(11) Represents $27 million of income tax expense related to the Boston Federal Reserve Bank's AMLF, $39 million of income tax expense related to the reserve for SILO's, $140 million of income tax expense related to the gain from sale of CitiStreet interest, $180 million of income tax benefit related to SSgA Stable Value Funds, $112 million of income tax benefit related to restructuring costs, $39 million of income tax benefit related to merger and integration costs for the acquisition of Investor's Financial and $80 million of income tax benefit related to the provision for estimated net exposure on an indemnification obligation associated with collateralized repurchase agreements.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC  Document 146-2  Filed 06/15/11  Page 14 of 17

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**RECONCILIATION OF REPORTED RESULTS TO OPERATING-BASIS RESULTS**
Quarter and Year Ended December 31, 2007

| (Dollars in millions, except per share amounts) | Quarter Ended December 31, 2007 | | | Year Ended December 31, 2007 | | |
|---|---|---|---|---|---|---|
| | Reported Results | Adjustments | Operating Results | Reported Results | Adjustments | Operating Results |
| **Fee Revenue:** | | | | | | |
| Servicing fees | $ 967 | | $ 967 | $ 3,388 | | $ 3,388 |
| Management fees | 297 | | 297 | 1,141 | | 1,141 |
| Trading services | 352 | | 352 | 1,152 | | 1,152 |
| Securities finance | 256 | | 256 | 681 | | 681 |
| Processing fees and other | 55 | | 55 | 271 | | 271 |
| Total fee revenue | 1,927 | | 1,927 | 6,633 | | 6,633 |
| **Net Interest Revenue:** | | | | | | |
| Interest revenue | 1,454 | $ 17 (1) | 1,471 | 5,212 | $ 58 (1) | 5,270 |
| Interest expense | 898 | - | 898 | 3,482 | - | 3,482 |
| Net interest revenue | 556 | 17 | 573 | 1,730 | 58 | 1,788 |
| Provision for loan losses | - | - | - | - | - | - |
| Net interest revenue after provision for loan losses | 556 | 17 | 573 | 1,730 | 58 | 1,788 |
| Gains (Losses) related to investment securities, net | (4) | - | (4) | (27) | - | (27) |
| **Total revenue** | 2,479 | 17 | 2,496 | 8,336 | 58 | 8,394 |
| **Expenses:** | | | | | | |
| Salaries and employee benefits | 793 | 141 (2) | 934 | 3,256 | 141 (2) | 3,397 |
| Information systems and communications | 148 | - | 148 | 546 | - | 546 |
| Transaction processing services | 184 | - | 184 | 619 | - | 619 |
| Occupancy | 107 | - | 107 | 408 | - | 408 |
| Provision for legal exposure | 600 | (600) (2) | - | 600 | (600) (2) | - |
| Merger and Integration costs | 57 | (57) (3) | - | 198 | (198) (3) | - |
| Other | 284 | (8) (2) | 276 | 806 | (8) (2) | 798 |
| Total expenses | 2,173 | (524) | 1,649 | 6,433 | (665) | 5,768 |
| Income before income taxes | 306 | 541 | 847 | 1,903 | 723 | 2,626 |
| Income tax expense | 83 | 207 | 290 | 642 | 257 | 899 |
| Taxable-equivalent adjustment | - | 17 (1) | 17 | - | 58 (1) | 58 |
| **Net income** | $ 223 | $ 317 | $ 540 | $ 1,261 | $ 408 | $ 1,669 |
| **Net income available to common shareholders** | $ 223 | $ 317 | $ 540 | $ 1,261 | $ 408 | $ 1,669 |
| **Diluted earnings per common share** | $ .57 | $ .81 | $ 1.38 | $ 3.45 | $ 1.12 | $ 4.57 |
| **Average diluted common shares outstanding (in thousands)** | 392,200 | 392,200 | 392,200 | 365,488 | 365,488 | 365,488 |
| **Return on common equity** | 7.7% | 11.0% | 18.7% | 13.4% | 4.3% | 17.7% |

Reported results reflect State Street's Consolidated Statement of Income prepared in accordance with accounting principles generally accepted in the United States.

(1) Represents taxable-equivalent adjustment, which is not included in reported results.

(2) Represents a net charge associated with certain active fixed-income strategies at State Street Global Advisors.

(3) Represents merger and integration costs recorded in connection with the acquisition of Investors Financial, which are direct and incremental costs associated with the acquisition and do not include ongoing expenses of the combined organization.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 15 of 17

**STATE STREET CORPORATION**
**Earnings Press Release Addendum**

**RECONCILIATION OF REPORTED RESULTS TO OPERATING-BASIS RESULTS**
**Quarter Ended September 30, 2008**

| (Dollars in millions, except per share amounts) | Reported Results | Adjustments | | Operating Results |
|---|---|---|---|---|
| **Fee Revenue:** | | | | |
| Servicing fees | $ 966 | | | $ 966 |
| Management fees | 261 | | | 261 |
| Trading services | 363 | | | 363 |
| Securities finance | 246 | | | 246 |
| Processing fees and other | 63 | | | 63 |
| Total fee revenue | 1,899 | | | 1,899 |
| **Net Interest Revenue:** | | | | |
| Interest revenue | 1,027 | $ 78 | (1) | 1,105 |
| Interest expense | 502 | (37) | (2) | 465 |
| Net interest revenue | 525 | 115 | | 640 |
| Provision for loan losses | - | - | | - |
| Net interest revenue after provision for loan losses | 525 | 115 | | 640 |
| Gains (Losses) related to investment securities, net | (3) | - | | (3) |
| Gain on sale of CitiStreet interest, net of exit and other associated costs | 350 | (350) | **(3)** | - |
| **Total revenue** | 2,771 | (235) | | 2,536 |
| **Expenses:** | | | | |
| Salaries and employee benefits | 1,022 | - | | 1,022 |
| Information systems and communications | 151 | - | | 151 |
| Transaction processing services | 165 | - | | 165 |
| Occupancy | 116 | - | | 116 |
| Merger and integration costs | 30 | (30) | (4) | - |
| Other | 441 | (200) | (5) | 241 |
| Total expenses | 1,925 | (230) | | 1,695 |
| Income before income taxes | 846 | (5) | | 841 |
| Income tax expense | 369 | (91) | (6) | 278 |
| Taxable-equivalent adjustment | - | 25 | (7) | 25 |
| **Net income** | $ 477 | $ 61 | | $ 538 |
| **Net income available to common shareholders** | $ 477 | $ 61 | | $ 538 |
| **Diluted earnings per common share** | $ 1.09 | $ .15 | | $ 1.24 |
| **Average diluted common shares outstanding (in thousands)** | 435,030 | 435,030 | | 435,030 |
| **Return on common equity** | 13.6% | 1.8% | | 15.4% |

Reported results reflect State Street's Consolidated Statement of Income prepared in accordance with accounting principles generally accepted in the United States.

(1) Represents taxable-equivalent adjustment of $25 million for the quarter ended September 30, 2008, which is not included in reported results, plus a $98 million charge associated with SILO leasing transactions, net of $45 million of revenue related to the Boston Federal Reserve Bank's Asset-Backed Commercial Paper Money Market Liquidity Facility (AMLF).

(2) Represents $37 million of interest expense related to the Boston Federal Reserve Bank's AMLF.

(3) Represents gain on the sale of CitiStreet interest, net of exit and other associated costs, which State Street divested on July 1, 2008.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 16 of 17

(4) Represents merger and integration costs recorded in connection with the acquisition of Investors Financial, which are direct and incremental costs associated with the acquisition and do not include ongoing expenses of the combined organization.

(5) Represents a charge to provide for estimated net exposure to customers on an indemnification obligation associated with collateralized repurchase agreements.

(6) Represents $3 million of income tax expense related to the Boston Federal Reserve Bank's AMLF, $39 million of income tax expense related to the reserve for SILO's, $140 million of income tax expense related to the gain from sale of CitiStreet interest, $11 million of income tax benefit related to merger and integration costs for the acquisition of Investors Financial, and $80 million of income tax benefit related to the provision for potential secured exposure associated with a collateralized repurchase agreement.

(7) Represents taxable-equivalent adjustment, which is not included in reported results.

file:///C:/Documents and Settings/elliot/My Documents/Cases/R - Z/State ...

Case 1:09-cv-10750-DJC   Document 146-2   Filed 06/15/11   Page 17 of 17

**STATE STREET CORPORATION**
**Press Release Addendum**

**CONSOLIDATED STATEMENT OF CONDITION**

| (Dollars in millions, except per share amounts) | **December 31, 2008** | September 30, 2008 | December 31, 2007 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash and due from banks | $ **3,181** | $ 56,145 | $ 4,041 |
| Interest-bearing deposits with banks | **55,733** | 20,548 | 6,271 |
| Securities purchased under resale agreements | **1,635** | 9,598 | 19,133 |
| Federal funds sold | **-** | 1,500 | 4,540 |
| Trading account assets | **815** | 6,332 | 589 |
| Investment securities available for sale | **54,163** | 68,881 | 70,326 |
| Investment securities held to maturity purchased under money market liquidity facility | **6,087** | 76,660 | - |
| Investment securities held to maturity | **15,767** | 3,945 | 4,233 |
| Loans and leases (net of allowance of $18) | **9,113** | 17,430 | 15,784 |
| Premises and equipment | **2,011** | 1,987 | 1,894 |
| Accrued income receivable | **1,738** | 1,915 | 2,096 |
| Goodwill | **4,527** | 4,516 | 4,567 |
| Other intangible assets | **1,851** | 1,890 | 1,990 |
| Other assets | **17,010** | 14,217 | 7,079 |
| Total assets | $ **173,631** | $ 285,564 | $ 142,543 |
| **Liabilities** | | | |
| Deposits: | | | |
| Noninterest-bearing | $ **32,785** | $ 70,033 | $ 15,039 |
| Interest-bearing -- U.S. | **4,558** | 9,988 | 14,790 |
| Interest-bearing -- Non-U.S. | **74,882** | 70,848 | 65,960 |
| Total deposits | **112,225** | 150,869 | 95,789 |
| Securities sold under repurchase agreements | **11,154** | 17,274 | 14,646 |
| Federal funds purchased | **1,082** | 1,984 | 425 |
| Short-term borrowings under money market liquidity facility | **6,042** | 76,627 | - |
| Other short-term borrowings | **11,555** | 4,289 | 5,557 |
| Accrued taxes and other expenses | **408** | 2,443 | 4,392 |
| Other liabilities | **13,972** | 14,908 | 6,799 |
| Long-term debt | **4,419** | 4,106 | 3,636 |
| Total liabilities | **160,857** | 272,500 | 131,244 |
| **Shareholders' Equity** | | | |
| Preferred stock, no par: authorized 3,500,000; issued 20,000 shares | **1,883** | - | - |
| Common stock, $1 par: authorized 750,000,000 shares; issued 431,976,032, 431,950,903 and 398,366,326 shares | **432** | 432 | 398 |
| Surplus | **6,992** | 6,793 | 4,630 |
| Retained earnings | **9,135** | 9,002 | 7,745 |
| Accumulated other comprehensive loss | **(5,650)** | (3,146) | (575) |
| Treasury stock (at cost 418,354, 404,943 and 12,081,863 shares) | **(18)** | (17) | (899) |
| Total shareholders' equity | **12,774** | 13,064 | 11,299 |
| Total liabilities and shareholders' equity | $ **173,631** | $ 285,564 | $ 142,543 |

CONTACT:
State Street Corporation
Edward J. Resch, +1 617-664-1110
or
Investors:
Kelley MacDonald, +1 617-664-3477
or
Media:
Hannah Grove, +1 617-664-3377