**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and A Class of Persons Similarly Situated<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al.<br><br>　　　　Defendants. | Civil Action No. 09-10750-DJC |
| CASEY J. RICHARD, on Behalf of Himself and A Class of Persons Similarly Situated<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al.<br><br>　　　　Defendants. | Civil Action No. 10-10184-GAO |

**PLAINTIFFS' CONSENTED TO MOTION FOR
ENTRY OF PRELIMINARY APPROVAL ORDER**

Plaintiffs Thomas U. Kenney and Casey J. Richard ("Plaintiffs") move for an Order (1) granting preliminary approval of the proposed Settlement;[1] (2) preliminarily certifying the Class as a non-opt-out class under Fed. R. Civ. P. 23(b)(1) for settlement purposes only; (3) approving the form and manner of giving notice of the Settlement to the Class (the "Class Notice"); and (4) setting dates for the Fairness Hearing and other Settlement-related deadlines.[2]

The proposed Settlement consists of a cash payment of $10,000,000, along with broad mutual releases and other terms as described therein.[3] As outlined in Plaintiffs' Memorandum filed herewith, the Settlement provides substantial benefit to members of the Class and resolves all claims asserted in the Actions. The proposed settlement class is defined as:

> All Persons who were participants in or beneficiaries of the State Street Salary Savings Program (the "Plan") whose individual account in the Plan held, at any time during the period August 27, 2007 to October 21, 2009, any interest in the State Street Employee Stock Ownership Plan (the "ESOP"). Excluded from the Settlement Class are: (a) Defendants; (b) members of the immediate families of the Individual Defendants; (c) any person or entity who is a partner, chief executive officer, executive vice president, director, or controlling person of the Company; and (d) the legal representatives, heirs, successors and assigns of any such excluded party.

This Motion is based on (1) the Class Action Settlement Agreement filed Docket Number 314 in the *Kenney* Action and Docket Number 21 in the *Richard* Action, (2) Plaintiffs' Memorandum, and (3) all papers on file in these actions.

---

[1] Capitalized terms used herein are defined in the contemporaneously filed Class Action Settlement Agreement.

[2] Defendants' Counsel have informed Class Counsel that Defendants do not oppose any of the relief sought by this Motion.

[3] The Settlement also allows for the Plans to participate in any recovery in the related securities action, in which Plaintiffs understand a settlement is contemporaneously being submitted for approval.

1

Dated: July 10, 2014

| | |
|---|---|
| **THOMAS U. KENNEY** | **CASEY J. RICHARD** |
| By his attorneys, | By his attorneys, |
| */s/* Mark Levine | */s/* Thomas G. Shapiro |
| Mark Levine | Thomas G. Shapiro  BBO#454680 |
| Patrick Slyne | Michelle Blauner BBO#549049 |
| Michael J. Klein | **SHAPIRO HABER & URMY LLP** |
| **STULL, STULL & BRODY** | Seaport East |
| 6 East 45th Street | 2 Seaport Lane |
| New York, NY 10017 | Boston, MA  02210 |
| Tel:  (212) 687-7230 | Tel: (617) 439-3939 |
| Fax: (212) 490-2022 | Fax: (617) 439-0134 |
| E-mail:  mlevine@ssbny.com | E-mail:   tshapiro@shulaw.com |
|             pkslyne@ssbny.com |              mblauner@shulaw.com |
|             mklein@ssbny.com | |

Theodore M. Hess-Mahan
HUTCHINGS, BARSAMIAN,
        MANDELCORN & ZEYTOONIAN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel:  (781) 431-2231 ext. 234
Fax:  (781) 431-8726
E-mail: thess-mahan@hutchingsbarasmian.com

Major Khan
MAJOR KHAN, LLC
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel:  (646) 546-5664
Fax:  (646) 546-5755

CERTIFICATE OF SERVICE

I, Mark Levine, hereby certify that on this 10th day of July, 2014, I caused a copy of the foregoing to be served by ECF filing to counsel for the parties in the above-captioned actions.

*/s/* Mark Levine